# EXHIBIT A

## JUDGE JAMES V. SELNA
## [PROPOSED] CASE MANAGEMENT AND DISCOVERY SCHEDULE

| Matter | Time | Weeks Before Trial | Plaintiff's Request | Defendant's Request | Court Order |
|---|---|---|---|---|---|
| Trial date (jury) (court) Estimated length: 7 days | 8:30 a.m. (Tuesdays) | | 1/31/23 | 1/31/23 | |
| [Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony | | -1 | 1/23/23 | 1/23/23 | |
| Final Pretrial Conference; Hearing on Motions *in Limine*; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to Statement of Case | 11:00 a.m. (Mondays) | -2 | 1/16/23 | 1/16/23 | |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | | -3 | 12/12/22 | 12/12/22 | |
| Last day for hand-serving Motions *in Limine* | | -6 | 11/21/22 | 11/21/22 | |
| Last day for hearing motions | 1:30 p.m. (Mondays) | -7 | 11/14/22 subject to the Court's availability | 11/14/22 subject to the Court's availability | |
| Deadline for hand-serving case-dispositive and *Daubert* motions and filing (other than Motions *in Limine*). Please note extended notice requirements for motions for summary judgment under F.R.Civ. P. 56(c). | | -11 | 10/24/22 | 10/24/22 | |

ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE

L.R. 16-14 Settlement Choice:  ((1) CT/USMJ)  (2) Court Mediation Panel    (3) Private ADR

| Matter | Time | Weeks Before Trial | Plaintiff's Request | Defendant's Request | Court Order |
|---|---|---|---|---|---|
| Last day to conduct Settlement Conference | | | 10/10/22 | 10/10/22 | |
| Expert discovery cut-off | | | 9/12/22 | 9/12/22 | |
| Rebuttal Expert Witness Disclosure | | | 8/15/22 | 8/15/22 | |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | | | 7/11/22 | 7/11/22 | |
| Deadline for Defendant to serve final infringement contentions and Plaintiff to serve final invalidity contentions | | | 6/13/22 | 6/13/22 | |
| Non-expert Discovery cut-off | | -15 | 6/9/22 | 6/9/22 | |
| Claim construction (*Markman*) hearing | | | 4/25/22 | 4/25/22 | |
| Responsive claim construction briefing | | | 3/28/22 | 3/28/22 | |
| Opening claim construction briefing | | | 3/14/22 | 3/14/22 | |
| Joint claim construction and pre-hearing statement | | | 3/7/22 | 3/7/22 | |
| Completion of Claim Construction Discovery | | | 12/20/21 | 12/20/21 | |
| Deadline to exchange proposed constructions | | | 11/22/21 | 11/22/21 | |
| Deadline to exchange terms for claim construction | | | 11/08/21 | 11/08/21 | |
| Last day to amend pleadings or add parties | | | 11/08/21 | 11/08/21 | |
| Plaintiff to serve preliminary invalidity contentions (including charts) | | | 10/25/21 | 10/25/21 | |
| Defendant to serve preliminary infringement contentions (including charts) | | | 9/27/21 | 9/27/21 | |
| Initial disclosures | | | 9/13/21 | 9/13/21 | |