UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 21-04758JVS(JDEx) | Date | September 8, 2021 |
| Title | Guangzhou Yucheng Trading Co, Ltd v Dbest Products, Inc | | |

Present: The Honorable   **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS] ORDER RE SCHEDULING DATES**

The Court has read and considered the parties Rule 26(f) Report and sets the following dates:

    **Jury Trial**    **January 31, 2023 at 8:30 a.m.**
      File Findings of Fact and Conclusions of Law by January 23, 2023
    **Final PreTrial Conference**    **January 17, 2023 at 8:30 a.m.**
      File PreTrial Documents not later than December 12, 2022
      File motions in limine not later than November 14, 2022
    **Discovery Cut-off**    **June 9, 2022**
    **Expert Discovery Cut-off**    **September 12, 2022**
      Initial disclosure of Experts not later than July 11, 2022
      Rebuttal disclosure of Experts not later than August 15, 2022
    **Law and Motion Cut-off**    **November 14, 2022 at 1:30 p.m.**
      Motions to be filed and served not later than October 17, 2022
    **Claim Construction Hearing**    **April 25, 2022 at 3:00 p.m.**
      Opening Claim Construction Brief    March 14, 2022
      Responsive Claim Construction Brief    March 28, 2022
      Joint Claim Construction and Pre-hearing Statement    March 7, 2022
      Completion of Claim Construction Discovery    December 20, 2021
      Deadline to Exchange Proposed Constructions    November 22, 2021
    **Last Day to Amend Pleadings or Add Parties**    **November 8, 2021**
      Defendant to Serve Preliminary Infringement Contentions
        (Including charts)    September 27, 2021
      Initial disclosures    September 13, 2021

    Counsel inform the Court in the Rule 26f report that their selection for a settlement procedure pursuant to Local Rule 16-15 is ADR #1 before the Magistrate Judge. Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-04758JVS(JDEx) | Date | September 8, 2021 |
|---|---|---|---|
| Title | Guangzhou Yucheng Trading Co, Ltd v Dbest Products, Inc | | |

**The Scheduling Conference set for September 13, 2021 at 10:00 a.m. is VACATED.**

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |