# Exhibit 27

# Guangzhou Yucheng Trading Co., Ltd. v. dbest products, Inc. - Meet and Confer re: Leave to Amend Complaint

**Ehab Samuel** <esamuel@hdmnlaw.com>
Thu 3/3/2022 12:48 PM
**To:** Sandra A. Hudak <shudak@tarterkrinsky.com>
**Cc:** Dave Randall <dave@hdmnlaw.com>; sml@smlavvocati.com <sml@smlavvocati.com>; ajr@smlavvocati.com <ajr@smlavvocati.com>; Mark Berkowitz <mberkowitz@tarterkrinsky.com>; Chandler Sturm <csturm@tarterkrinsky.com>; Jennifer Doran <jdoran@tarterkrinsky.com>; Paul Novak <paul@hdmnlaw.com>

📎 2 attachments (1 MB)
Ex. 21 - accused product on Walmart.com using Trolley Dolly mark.pdf; Ex. 22 - accused product on Walmart.com using Trolley Dolly mark.pdf;

Counsel

We intend to file a motion for leave to amend the complaint, adding the patent marking that we previously raised, as well as adding claims for trademark infringement and unfair competition. Your client is using dbest's Trolley Dolly mark, without authorization, as detailed in the Joint Stipulation. *See also* attached Exhibits 21-22 to Samuel Decl. iso Joint Stipulation.

As you know, we are meeting and conferring on Monday March 7, 2022, on other issues for the case. We would like to meet and confer on our motion for leave as well.

Best Regards,

Ehab M. Samuel
Partner
Hackler Daghighian Martino & Novak
10900 Wilshire Blvd. ▪ Suite 300 ▪ Los Angeles ▪ CA ▪ 90024 ▪ USA
Tel: 310-701-9592 ▪ Fax: 310-887-1334 ▪ E-mail: esamuel@hdmnlaw.com

The information contained in this message is confidential and/or protected by law. If you are not the intended recipient, please contact the sender and delete this message. Any unauthorized copying of this message or unauthorized distribution of the information contained herein is prohibited.

**Exhibit 27**
**Page 1**

2/24/22, 6:38 PM  Folding Shopping Cart for Groceries, Heavy Duty Stair Climber Cart with Tri-Wheel, Metal Utility Trolley Dolly, Bigger Waterproof Shopping …

Case 2:21-cv-04758-JVS-JDE   Document 38-2   Filed 03/24/22   Page 3 of 15   Page ID #:1836

 **Departments**  **Services**  Search  

Reorder My Items | Sign In Account | 0 $0.00

Laguna Niguel Store | Aliso Viejo, 92656

Home / Luggage & Travel / Travel Accessories / Luggage Carts










**Reduced price**

WILBEST

Folding Shopping Cart for Groceries, Heavy Duty Stair Climber Cart with Tri-Wheel, Metal Utility Trolley Dolly, Bigger Waterproof Shopping Bag, Adjustable Elastic Rope

$ ★★★★★ (5.0) 

**Add to cart**

Free shipping, **arrives by Tue, Mar 1** to
Aliso Viejo, 92656

Want it faster?
Add an address to see options

Sold by **SZYT** | shenzhenshiyuntaidianzishangwuyoux
Fulfilled by Walmart
★★★☆☆ 9 seller reviews

Free 90-Day returns | Details

Add to list | Add to registry

 Get free delivery, shipping and more*

### About this item

**Product details** ⌄

WILBEST Folding shopping cart upgraded oversized wheels and extra large platforms with cushion handles to improve load-bearing capacity and save pull effort, more pocket design for large storage space. It is very suitable for easy stair climbing when transport groceries, luggage and laundry, etc. This versatile tool can meet your various needs.

**Exhibit 27
Page 2**

2/24/22, 6:38 PM   Folding Shopping Cart for Groceries, Heavy Duty Stair Climber Cart with Tri-Wheel, Metal Utility Trolley Dolly, Bigger Waterproof Shopping …

Case 2:21-cv-04758-JVS-JDE   Document 38-2   Filed 03/24/22   Page 4 of 15   Page ID #:1837

Why choose WILBEST?

1.Only provide customers with the best Stair Climbing Cart products.

2.Provide satisfactory service to customers.

3.Pay attention to customer opinions.

*Restrictions apply   Start 30-day free trial

Main features :

1.More load bearing capacity

Extra large wheels and platforms design than other rolling grocery cart. Improved the load-bearing capacity of the grocery shopping cart. Don't worry about not being able to load heavier item

2.Large-capacity shopping bag

This is the biggest shopping bag and more pockets, we upgraded the size of the shopping bag, and can loaded more commodity at any time during shopping at the supermarket

3.Super soft cushion handle

Soft comfortable cushion handle to reduces stress on joints

4.More quiet Tri-wheels designed

The stair climbing cart wheels are made of high-quality materials, which can easily push & down the car up the steps and no noise. The wheel lines are clear, it can resist various road surfaces

5.Pull the cart more effortlessly than other cart

Increase the distance between the wheel and the wheel. The greater the wheel span, the more effortless to pull the stair climbing cart with bag

6.Sturdy stainless steel frame design

Foldable cart made of stainless steel and have the advantage of being durable and rust-free, so you don't have to worry about damaging your handcart on rainy days

7.Multi - functional uses

Grocery cart with wheels is not only suitable for any transportation from laundry and groceries, camping gear, gardening tools. It is also suitable for office documents, suitcases, bottled water, sports equipment, beach equipment and kitchen supplies

Specifications:

Expand Size：41*17*16 inches

Folding size：25

Shopping bag size：14*11*23

Exhibit 27
Page 3

2/24/22, 6:38 PM  Folding Shopping Cart for Groceries, Heavy Duty Stair Climber Cart with Tri-Wheel, Metal Utility Trolley Dolly, Bigger Waterproof Shopping …

Case 2:21-cv-04758-JVS-JDE   Document 38-2   Filed 03/24/22   Page 5 of 15   Page ID #:1838

Platform size：18*12 inches

Load capacity：220 lbs

Package included:

1 x Shopping Bag

1 x Shopping Cart Frame

2 x Tri-wheels

1 x Shopping Cart Axle

- ★ Super Load Bearing Capacity ★ - Upgraded over-sized wheels and extra large platforms, this new design shopping cart will be able to withstand the heavier weight of the cargo more than other grocery cart. It can hold heavy duty & large size item. We adopt high quality rust resistant and sturdy metal construction for made the stair cart steel frame. Capable of carrying 220 lbs (platforms size: 18*12 inches)
- ★ Oversized Shopping Bag with More Pocket ★ - Extra large capacity, Contains 6 pockets for storage, which include 1 large inside pocket,1 front pocket, 1 back zipper pocket, 1 inner zipper pocket and 2 side pockets. 2 in 1 design, the shopping cart bag can easy removed and cleaned. The utility shopping cart can be used as hand truck after disassembly
- ★ Bonus Adjustable Bungee Cord ★ - Both a foldable shopping cart and hand truck. The adjustable bungee cord is very useful match with the cart. You can freely adjust the length of the bungee cord to fix the cargo. Perfect for carrying potted plants, large-size boxes, heavy stuff, packages, goods and so on
- ★ Wider Wheel Span to Pull the Cart Up-down Stairs More Effortlessly ★ - We upgrade wheel span and adopt tri-wheels design with sturdy rubber material. Tri-wheels designed specifically for easy to climb stairs. The stair climbing cart wheel made of heavy duty material that can take on various terrains. Can easily use on cobblestones ground, broken crosswalks, stairs step
- ★ Easy Assemble and Collapsible Shopping Cart ★ - For simple and quick installation. We have offered the detailed assemble instructions placed in the package. Easily foldable in half when not in use. Portable grocery cart is easy to store in trunk of your car, under the bed or garage

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.

See our disclaimer

## Specifications ⌃

**Manufacturer Part Number**

TBST111703

**Brand**

WILBEST

**Material**

,plastic

## Warnings ⌃

Exhibit 27
Page 4

2/24/22, 6:38 PM    Folding Shopping Cart for Groceries, Heavy Duty Stair Climber Cart with Tri-Wheel, Metal Utility Trolley Dolly, Bigger Waterproof Shopping …

Case 2:21-cv-04758-JVS-JDE    Document 38-2    Filed 03/24/22    Page 6 of 15    Page ID
#:1839

**WARNING - California Proposition 65**

None

---

💬 Report incorrect product information

---

**Earn 5% cash back** on Walmart.com    Learn how

---

**Products you may also like**                              Sponsored

        

+ Add                          + Add                          + Add

**$179.99** ~~$359.99~~        **$21.90**                     **$11.69** ~~$13.76~~

VEVOR Lab Trolley, Rolling     Alameda Compression            NUTRI FIT Digit
Lab Cart w/ Built-in Socket,   Packing Cubes for              Scale Portable H
3 Layers Tray Rolling Clini…   Travel,Compression Bag f…      Baggage Scale S

                                                              ⭐⭐⭐⭐⭐ 1

3+ day shipping                2-day shipping                 3+ day shipping

---

## Customer reviews & ratings

**5** out of **5**

⭐⭐⭐⭐⭐ (11 reviews)

| 5 stars | 11 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

[ See all reviews ]    Write a review

**Exhibit 27**
**Page 5**

★★★★★     1/13/2022

### Perfect for Seniors

This cart is the right size and weight for seniors to use with ease. It goes up and down stairs easily and the bag is easy to remove for carrying soda or water instead of groceries. I don't drive and this is going to be such a big help going to the store.

Sarah

★★★★★     1/17/2022

### Very sturdy shopping cart

The cart is very light. The assembling was very easy. The structure looks reasonably durable with metal attachments. It can easily hold 50lb goodies from shopping. The shopping bag looks solid and can easily be attached to the cart. Overall a very handy cart for houses with steps at the entrance.

Nicole

★★★★★     12/31/2021

### Very helpful

I have about a 50ft. Walk from my garage to my back door. Also, there are 4 steps up to the patio. It's so much easier to load all the groceries into the cart and just make one trip rather than go back and forth several times. The cart goes up the steps easily. I am a senior citizen and this is very helpful.

★★★★★     12/31/2021

### Glad I bought this one

I don't tend to write reviews, but for anyone who is looking for a sturdy, functional and overall good-looking cart, this one is amazing. It's easy to assemble (and disassemble which comes with it's own benefits), but it's made of a strong material that adds weight but isn't too much to carry around. The stair wheels work great and the general width is just right. I ride public shuttles and even with decent-size boxes strapped on, this cart can go through the passageway between the seats. I recommend this one, definitely worth the money.

★★★★★     12/31/2021

### Sturdy and super helpful

I wanted to be sure the cart did not fall apart after a few weeks like the one I'm replacing. Well So far so great, Its very sturdy and and climbs stairs with little effort. I have used if for some heavy duty shopping and so far i haven't been disappointed.

See all reviews

Exhibit 27
Page 6

Case 2:21-cv-04758-JVS-JDE   Document 38-2   Filed 03/24/22   Page 8 of 15   Page ID #:1841

Notice unusual marketplace activity? Report

We'd love to hear what you think!

Give feedback

All Departments          Store Directory          Careers          Our Company          Sell on Walmart.com          Help
COVID-19 Vaccine Scheduler          Product Recalls          Accessibility          Tax Exempt Program          Get the Walmart App
Sign-up for Email          Terms of Use          Privacy & Security          CA Privacy Rights          California Supply Chain Act
Do Not Sell My Personal Information          Request My Personal Information

© 2022 Walmart. All Rights Reserved.

Exhibit 27
Page 7

2/24/22, 6:40 PM   Shopping Cart for Groceries, Super Loading 220 lbs Capacity Stair Climber Folding Shopping Carts with Shopping Bag, Foldable Groceries Tro…

Case 2:21-cv-04758-JVS-JDE   Document 38-2   Filed 03/24/22   Page 9 of 15   Page ID #:1842

 Departments  Services  Reorder My Items  Sign In Account  0 $0.00

Laguna Niguel Store | Aliso Viejo, 92656

Home / Storage & Organization / Drawers & Carts







**Clearance**

winkeep

**Shopping Cart for Groceries, Super Loading 220 lbs Capacity Stair Climber Folding Shopping Carts with Shopping Bag, Foldable Groceries Trolley Dolly Carts with Adjustable Bungee Cord for**

Add to cart

Free shipping, arrives by Wed, Mar 9 to Aliso Viejo, 92656

Want it faster?
Add an address to see options
More options

Sold and shipped by Caper Bro. | shenzhenshikuayuefeimaoyiyouxiang
★★★★☆ 6 seller reviews

Free 30-Day returns    Details

Add to list    Add to registry

### Popular items in this category
Bestselling items that customers love





**Exhibit 27**
**Page 8**

2/24/22, 6:40 PM Shopping Cart for Groceries, Super Loading 220 lbs Capacity Stair Climber Folding Shopping Carts with Shopping Bag, Foldable Groceries Tro…

Case 2:21-cv-04758-JVS-JDE Document 38-2 Filed 03/24/22 Page 10 of 15 Page ID #:1843



Options

■ ■ ■

**From $25.48**

Sterilite 3 Drawer Wide Weave Tower Plastic, Cement

★★★★☆ 4405

Pickup   Delivery

2-day shipping



Options

■ ■

**$55.00**

Sterilite Plastic 4 Drawer Wide Weave Tower Espresso

★★★★☆ 3411

Pickup   Delivery

2-day shipping



+ Add

Sponsored

**$19.00** $28.99

Honey Can Do Rolling Cart for Items, White

★★★★☆ 483

2-day shipping



+ Add

Sponsored

**$79.99**

$106.99

Costway Folding Shopp...

★★★☆☆

3+ day...

## About this item

### Product details ⌃

Winkeep portable shopping cart upgraded extra large wheels & platform with cushion handles to improve loading capacity and save effort, more pockets for large storage. It is suitable for loading heavy groceries. This versatile rolling shopping cart can meet your various needs.

Main features :

1.More Loading Capacity

Adopt sturdy materials to make base & frames. Improved the loading capacity of the grocery cart. No worry about not able to load heavier item

2.More Quiet Wheels Design

The collapsible shopping cart wheels are made of heavy duty materials, which can easily up-down stairs with no noise. The anti-slip wheel lines can resist various terrain

3.Sturdy Stainless Steel Frame Design

Foldable cart made of stainless steel and have the advantage of being durable and rust-free, so you don't have to worry about damaging your handcart on rainy days

4.Oversized Black Shopping Bag

This is the biggest shopping bag and more pockets, we upgraded the size of the shopping bag, and can loaded more groceries at any time

5.Multi - Functional Uses

**Exhibit 27**
**Page 9**

2/24/22, 6:40 PM
Shopping Cart for Groceries, Super Loading 220 lbs Capacity Stair Climber Folding shopping Carts with Shopping Bag, Foldable Groceries Tro…

Case 2:21-cv-04758-JVS-JDE   Document 38-2   Filed 03/24/22   Page 11 of 15   Page ID #:1844

Grocery cart with wheels is not only suitable for any transportation from laundry and groceries, camping gear, gardening tools. It is also suitable for suitcases, bottled water, sports equipment, garden stuff, beach equipment & kitchen supplies

Specifications:

Expand Size：44*19*18 inches

Folding size：25*16*11 inches

Shopping bag size：15*11*24 inches

Platform size：18*12 inches

Package included:

1 x Black Shopping Bag

1 x Adjustable Bungee Cord

1 x Shopping Cart Frame

2 x Wheels

1 x Shopping Cart Axle

2 x Small Tubes

- ★ Stronger Frame Structure & Super Loading Capacity ★ - Upgrade sturdy materials to make base & metal frames. This newly designed grocery shopping cart will more durable and be able to withstand heavy items than other foldable shopping cart. Capable of carrying 220 lbs
- ★ Oversized Loading Capacity ★ - The oversized black shopping bag with more pockets. One 75L black bag, contains 5 pockets for storage, which include 1 front pocket, 1 back zipper pocket, 1 inner zipper pocket and 2 large side pockets. It can hold different size & heavy duty item. The black color will easy to keep clean than others
- ★ Offer Adjustable Bungee Cord ★ - Both a best shopping carts and hand truck. The adjustable bungee cord will make transportation safer. It is very useful match with the cart. You can freely adjust the length of the bungee cord to fix the cargo. Perfect for carrying potted plants, boxes, heavy stuff, packages, goods, etc
- ★ Easy Install & Folding Grocery Cart ★ - The metal shopping cart will come with an installation manual, and a detailed video instructions. This Laundry utility cart can be easily folded, which is very convenient for you to carry and transport. (Please Note: After install the wheel, please try to pull out the wheel to ensure the wheel is fixed on the axle groove)
- ★ Maneuverability Shopping Cart Wheels ★ - The cart wheel made of sturdy rubber and heavy duty material that can easily use on various terrains. It also makes much easier for you to transport heavy items and better control and smoothly change of direction

ⓘ  **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

Exhibit 27
Page 10

2/24/22, 6:40 PM    Shopping Cart for Groceries, Super Loading 220 lbs Capacity Stair Climber Folding Shopping Carts with Shopping Bag, Foldable Groceries Tro…

Case 2:21-cv-04758-JVS-JDE   Document 38-2   Filed 03/24/22   Page 12 of 15   Page ID #:1845

## Specifications ^

### Brand
winkeep

### Color
Black

### Manufacturer
Winkeep

### Manufacturer Part Number
SP1759002

💬 Report incorrect product information

**Earn 5% cash back** on Walmart.com   Learn how

## Products you may also like                                Sponsored

+ Add                           + Add                           + Add

**$52.99** ~~$139.99~~          **$79.99** ~~$106.99~~          **$51.29** ~~$56.99~~
Costway Folding                 Costway Folding                 Poloma 2 in 1 F
Shopping Cart Stair             Shopping Cart Jumbo             Utility Shoppin
Climbing Dolly w/ Bag &…        Basket with Swivel Wheels       Three Wheels S

 25           1324

2-day shipping                  3+ day shipping                 2-day shipping

## Customer reviews & ratings

**Exhibit 27**
**Page 11**

Case 2:21-cv-04758-JVS-JDE   Document 38-9   Filed 03/24/22   Page 13 of 15   Page ID #:1846

# 5 out of 5

★★★★★ (3 reviews)

| | |
|---|---|
| 5 stars | 3 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

**See all reviews**   **Write a review**

---

★★★★★   1/10/2022

### It does what is mean to

Easy setup, works as it should. It's good for the price and it comes in handy when I need it so I'm happy with my purchase. My only wish was that wheels were versatile but hey, you can't have it all. So what's there to complain about? Nothing that what! lol

Chance

★★★★★   1/10/2022

### No problems

I used it 5 ore 6 Times , loaded 40 to 50 lb. and after a close inspection everything is okay !

Bennett

★★★★★   1/10/2022

### Eliminates multiple trips fro…

I live in a 4th floor apartment and this is just what I needed to get all of my stuff from my car to my apartment in one trip. It has lots of room and is easy to move around.

Videl

**See all reviews**



**Exhibit 27**
**Page 12**

2/24/22, 6:40 PM  Shopping Cart for Groceries, Super Loading 220 lbs Capacity Stair Climber Folding Shopping Carts with Shopping Bag, Foldable Groceries Tro…

Case 2:21-cv-04758-JVS-JDE Document 38-9 Filed 03/24/22 Page 14 of 15 Page ID #:1847

Sponsored

## Related pages

Plastic Drawers

Tstak Drawer

Top Rated Products in Drawers & Carts

Quik Cart

Jobox Drawer

Goat Carts

Plastic Storage Drawers & Carts

Filing Cabinets

Sterilite

Teens' Drawers & Carts

File Cabinets

Dorm Storage

Notice unusual marketplace activity? Report

We'd love to hear what you think!

Give feedback

All Departments   Store Directory   Careers   Our Company   Sell on Walmart.com   Help
COVID-19 Vaccine Scheduler   Product Recalls   Accessibility   Tax Exempt Program   Get the Walmart App
Sign-up for Email   Terms of Use   Privacy & Security   CA Privacy Rights   California Supply Chain Act
Do Not Sell My Personal Information   Request My Personal Information

© 2022 Walmart. All Rights Reserved

Exhibit 27
Page 13

© 2022 Walmart. All Rights Reserved.

**Exhibit 27**
**Page 14**