Exhibit 29

       

Departments    Services    Reorder My Items    Sign In Account    0    $0.00

Laguna Niguel Store    Aliso Viejo, 92656

All filters    In-store    Pickup & shipping    Price    Brand    Department

## Results for "winkeep" (856)



Clearance

+ Add

$42.99  $57.62

winkeep Foldable Shopping Cart,Heavy Folding Frame with Extra Large Black...

★★★★★ 14

3+ day shipping



Clearance

+ Add

$47.99  $64.32

winkeep Shopping Grocery Foldable Cart Stair Climber Car 220 lbs Capacity Wit...

★★★★★ 18

Save with W+

2-day shipping



Clearance

+ Add

$47.99  $64.32

winkeep 220 lbs Heavy Duty Grocery Cart With 75L Extra Large Shopping...

★★★★★ 16

Save with W+

2-day shipping



Clearance

+ Add

$40.99  $54.94

winkeep Foldable Cart with Extra Large Shopping Bag,Stair Climber Cart 22...

★★★★★ 4

3+ day shipping



Clearance

+ Add



Clearance

+ Add



Clearance

+ Add



Clearance

Options

 

**Exhibit 29**
**Page 1**

2/14/22, 3:45 PM    Case 2:21-cv-04758-JVS-JDE    Document 38-4    Filed 03/24/22    Page 3 of 73    Page ID
winkeep | Walmart.com
#:1876

**$40.99** ~~$54.94~~

winkeep Shopping Trolley, 2in1 Folding Shopping Cart 75l Capacity with...

3+ day shipping

**$56.60** ~~$75.86~~

winkeep 42 Pieces Farm Animals Figures Toys for Kids, Jungle Animals with...

★★★★★ 3

3+ day shipping

**$39.99** ~~$53.60~~

winkeep Shopping Cart, Stair Climber Cart 220 lbs Capacity Foldable Cart...

3+ day shipping

**From $26.99**

winkeep Tie Dye Kit, 32 Colors Shirt Dye Kit for Kids Adults,Super Big On...

★★★★★ 6

3+ day shipping

---

Clearance

+ Add

Clearance

+ Add

Clearance

+ Add

Clearance

+ Add

**$42.99** ~~$51.99~~

winkeep Shopping Foldable Cartwith Extra Large Black Shopping Bag, 220 lbs...

3+ day shipping

**$26.99** ~~$36.17~~

winkeep Super Big One-Step Tie-Dye Kit ,26 Colors Fabric Dye Set Tie Dye Ki...

★★★★★ 5

3+ day shipping

**$19.99** ~~$26.79~~

winkeep Fairy Lantern Craft Kit, Halloween Decorations DIY Fairy Jar...

3+ day shipping

**$18.68** ~~$25.04~~

winkeep Mantel Hooks Hanger Safety Hang Grip Clip Silver Alloy Hook...

★★★★★ 13

Save with W+

2-day shipping

---


+ Add

Clearance

Options

Clearance

+ Add

Clearance

+ Add

**$16.99**

winkeep 80 Pcs Learning Educational Toys Wooden Alphabet Puzzle ABC...

**From $39.99**

Shopping Cart, 220 lbs Super Loading Folding Shopping Cart with...

**$16.77** ~~$22.48~~

winkeep Matching Letter Game Preschool Learning Toys Educational Toys for...

**$10.99** ~~$14.51~~

winkeep Dog Paw Cleaner, Dog Paw Washer Cup, 2 In 1 Portable Silico...

**Exhibit 29
Page 2**

★★★★★ 14

Save with W⁺⧉

2-day shipping

★★★★★ 6

3+ day shipping

★★★★★ 6

Save with W⁺⧉

2-day shipping

Clearance



**+ Add**

Clearance



**+ Add**

Clearance



**+ Add**

Clearance



**Options**

+3 options

**$47.99** ~~$64.32~~

Folding Shopping Cart,
Stair Climbing Utility
Trolley Cart for Groceries...

★★★★★ 3

3+ day shipping

**$36.99** ~~$49.58~~

winkeep DIY Tie Dye Kit,
20 Colors Shirt Fabric Dye
Kit for Kids, Adults

3+ day shipping

**$34.99** ~~$46.90~~

Folding Hand Truck, 75
Kg/165 lbs Heavy Duty
Solid Construction Utility...

★★★★★ 4

3+ day shipping

**$34.99** ~~$46.90~~

Hand Truck, 165 lbs Heavy
Duty Folding Dolly Moving
Carts with 4 Wheels,...

★★★★★ 3

3+ day shipping

Clearance



**+ Add**

Clearance



**+ Add**

Clearance



**+ Add**

Clearance



**+ Add**

**$150.99** ~~$200.99~~

Folding Hand Truck, 450lbs
Capacity 6 Wheels Heavy
Duty Folding Luggage...

★★★★★ 4

3+ day shipping

**$47.99** ~~$64.32~~

Shopping Cart, 220 lbs
Capacity Heavy Duty Cart
with Large Shopping Bag,...

★★★★★ 3

3+ day shipping

**$8.61** ~~$11.54~~

winkeep Silicone Hot
Handle Holder 2Pack for
Cookware Handles...

3+ day shipping

**$39.99** ~~$51.99~~

Bovn Shopping Cart, Stair
Climber Cart 220 lbs
Capacity Foldable Cart...

3+ day shipping

Clearance

Clearance

Clearance

**Exhibit 29**
**Page 3**









**$7.39**

winkeep 8Pack Large Pop Fidget Toys,Pop Tubes Sensory Toy for Stress an...

★★★★★ 15

Save with W+

2-day shipping

**$11.38** ~~$15.25~~

winkeep Trunk Cargo Storage Net, Adjustable Elastic Storage Organizer...

3+ day shipping

**$12.99** ~~$17.41~~

winkeep Busy Board Montessori Leaning Toys For Toddlers Foldable...

3+ day shipping

**$9.53** ~~$12.77~~

winkeep Car Tissue Holder, [Upgraded Version] Hanging Tissue Holder fo...

3+ day shipping

---

Clearance



Clearance



Clearance



Clearance



**$16.57** ~~$22.21~~

winkeep 155 Pcs Wooden Pattern Blocks Set,Educational Montess...

3+ day shipping

**$48.16** ~~$64.55~~

Doctor's Case for Children, Role Play Toy with Pink Doctor's Coat and Doll,...

3+ day shipping

**$13.89** ~~$18.62~~

winkeep Aluminum Hamburger Press Patty Maker with Non-stick...

3+ day shipping

**$13.75** ~~$18.43~~

winkeep Apple Slicer Corer Cutter,8 Blades Easy to Use, Stainless Steel Apple...

3+ day shipping

---

Clearance



Clearance





Clearance



**Exhibit 29**
**Page 4**

2/14/22, 3:45 PM                                          winkeep - Walmart.com



**$5.99** ~~$8.03~~

winkeep 7 Pack Stretchy String Fidgets Sensory Toys,Noodle Stress...

3+ day shipping

**$47.60** ~~$63.80~~

Kids Travel Tray, Car Seat Play Tray with Colorful Space Top Toddler Snack...

3+ day shipping

**$63.04**

Luxury Cat Tree Cat Tower With Double Condos Spacious Perch Fully...

3+ day shipping

**$38.99** ~~$52.26~~

Tie Dye Kit, 36 Colors DIY Shirt Dye Kit for Kids, Adults, 265 Packs User-...

★★★★★ 6

3+ day shipping

Clearance



**$36.63** ~~$49.10~~

DIY Tie Dye Kit, 20 Colours, 120 ml Fabric Dye Kit, Textile Paint, 200...

★★★★★ 6

3+ day shipping

Clearance



**$33.99** ~~$45.56~~

Snow Tube, 49" Huge Inflatable Snow Sled 0.9MM Heavy Duty with ...

3+ day shipping

Clearance



**$28.99** ~~$38.86~~

Tie Dye Kit, 32 Colors Shirt Dye Kit for Kids Adults, 198 Packs Add Water Only, DI...

★★★★★ 7

3+ day shipping

Clearance



**$29.99** ~~$40.20~~

Squat Pad Barbell Pad for Squats, Lunges and Hip Thrusts - Foam Sponge P...

3+ day shipping

(1)  2  3  4  ...  22  ⟩

## Products you may also like

Sponsored







Exhibit 29
Page 5







**+ Add**

**+ Add**

**+ Add**

**$17.99**

Baracuda Lower Engine Housing for MX8 R0525800

3+ day shipping

**$34.99**

Set of 4 ISA Ignition Coils Compatible with 2006-2011 Hyundai Accent Kia Rio Rio5 Dodge Attitude fit Engine L4 1.6L...

★★★★★ 2

2-day shipping

**$65.99**

Set of 4 ISA Ignition Co... with 2006-2017 Chevy Cobalt Equinox GMC T...

2-day shipping

We'd love to hear what you think!

**Give feedback**

All Departments        Store Directory        Careers        Our Company        Sell on Walmart.com        Help

COVID-19 Vaccine Scheduler        Product Recalls        Accessibility        Tax Exempt Program

Get the Walmart App        Sign-up for Email        Terms of Use        Privacy & Security        CA Privacy Rights

California Supply Chain Act        Do Not Sell My Personal Information        Request My Personal Information

© 2022 Walmart. All Rights Reserved.

**Exhibit 29**
**Page 6**
6/6

https://www.walmart.com/search?q=winkeep

Case 2:21-cv-04758-JVS-JDE   Document 38-4   Filed 03/24/22   Page 8 of 73   Page ID #:1881





0
$0.00

Reorder
My Items

Sign In
Account

Departments    Services

Laguna Niguel Store        Aliso Viejo, 92656

Home  /  Storage & Organization  /  Drawers & Carts















Clearance

winkeep

## Shopping Cart for Groceries, Super Loading 220 lbs Capacity Stair Climber Folding Shopping Carts with Shopping Bag, Foldable Groceries Trolley Dolly Carts with Adjustable Bungee Cord for

Add to cart

Free shipping, **arrives by Wed, Mar 9** to
Aliso Viejo, 92656

**Want it faster?**
Add an address to see options

More options

Sold and shipped by Caper Bro. | shenzhenshikuayuefeimaoyiyouxiang

★★★★☆  6 seller reviews

Free 30-Day returns          Details

Add to list        Add to registry

### Popular items in this category

Bestselling items that customers love







**Exhibit 29
Page 7**

Case 2:21-cv-04758-JVS-JDE  Document 38-4  Filed 03/24/22  Page 9 of 73  Page ID #:1882



**From $25.48**

Sterilite 3 Drawer Wide Weave Tower Plastic, Cement

★★★★½ 4405

Pickup  Delivery

2-day shipping

**$55.00**

Sterilite Plastic 4 Drawer Wide Weave Tower Espresso

★★★★½ 3411

Pickup  Delivery

2-day shipping

Sponsored

☐ Add

**$19.00** $28.99

Honey Can Do Rolling Cart for Items, White

★★★★☆ 483

2-day shipping

☐ Add

Sponsored

**$79.99**
$106.99

Costw Foldin Shopp

★★★☆ 3+ day

## About this item

### Product details ⌄

Winkeep portable shopping cart upgraded extra large wheels & platform with cushion handles to improve loading capacity and save effort, more pockets for large storage. It is suitable for loading heavy groceries. This versatile rolling shopping cart can meet your various needs.

Main features :

1.More Loading Capacity

Adopt sturdy materials to make base & frames. Improved the loading capacity of the grocery cart. No worry about not able to load heavier item

2.More Quiet Wheels Design

The collapsible shopping cart wheels are made of heavy duty materials, which can easily up-down stairs with no noise. The anti-slip wheel lines can resist various terrain

3.Sturdy Stainless Steel Frame Design

Foldable cart made of stainless steel and have the advantage of being durable and rust-free, so you don't have to worry about damaging your handcart on rainy days

4.Oversized Black Shopping Bag

This is the biggest shopping bag and more pockets, we upgraded the size of the shopping bag, and can loaded more groceries at any time

5.Multi - Functional Uses

**Exhibit 29**
**Page 8**

**Grocery cart with wheels is not only suitable for any transportation from laundry and groceries, camping gear, gardening tools. It is also suitable for suitcases, bottled water, sports equipment, garden stuff, beach equipment & kitchen supplies**

**Specifications:**

**Expand Size：44*19*18 inches**

**Folding size：25*16*11 inches**

**Shopping bag size：15*11*24 inches**

**Platform size：18*12 inches**

**Package included:**

**1 x Black Shopping Bag**

**1 x Adjustable Bungee Cord**

**1 x Shopping Cart Frame**

**2 x Wheels**

**1 x Shopping Cart Axle**

**2 x Small Tubes**

- ★ Stronger Frame Structure & Super Loading Capacity ★ - Upgrade sturdy materials to make base & metal frames. This newly designed grocery shopping cart will more durable and be able to withstand heavy items than other foldable shopping cart. Capable of carrying 220 lbs
- ★ Oversized Loading Capacity ★ - The oversized black shopping bag with more pockets. One 75L black bag, contains 5 pockets for storage, which include 1 front pocket, 1 back zipper pocket, 1 inner zipper pocket and 2 large side pockets. It can hold different size & heavy duty item. The black color will easy to keep clean than others
- ★ Offer Adjustable Bungee Cord ★ - Both a best shopping carts and hand truck. The adjustable bungee cord will make transportation safer. It is very useful match with the cart. You can freely adjust the length of the bungee cord to fix the cargo. Perfect for carrying potted plants, boxes, heavy stuff, packages, goods, etc
- ★ Easy Install & Folding Grocery Cart ★ - The metal shopping cart will come with an installation manual, and a detailed video instructions. This Laundry utility cart can be easily folded, which is very convenient for you to carry and transport. (Please Note: After install the wheel, please try to pull out the wheel to ensure the wheel is fixed on the axle groove)
- ★ Maneuverability Shopping Cart Wheels ★ - The cart wheel made of sturdy rubber and heavy duty material that can easily use on various terrains. It also makes much easier for you to transport heavy items and better control and smoothly change of direction

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

**Exhibit 29**
**Page 9**

## Specifications ^

**Brand**

winkeep

**Color**

Black

**Manufacturer**

Winkeep

**Manufacturer Part Number**

SP1759002

---

💬 <u>Report incorrect product information</u>

---

**Earn 5% cash back** on Walmart.com    <u>Learn how</u>

---

## Products you may also like                         Sponsored



| ⊕ Add | ⊕ Add | ⊕ Add |
|---|---|---|

**$52.99** ~~$139.99~~    **$79.99** ~~$106.99~~    **$51.29** ~~$56.99~~

Costway Folding Shopping Cart Stair Climbing Dolly w/ Bag &...

Costway Folding Shopping Cart Jumbo Basket with Swivel Wheels

Poloma 2 in 1 F... Utility Shoppin Three Wheels S

★★★★☆ 25    ★★★★☆ 1324

<u>2-day shipping</u>    <u>3+ day shipping</u>    <u>2-day shipping</u>

---

## Customer reviews & ratings

**Exhibit 29**
**Page 10**

Case 2:21-cv-04758-JVS-JDE  Document 38-4  Filed 03/24/22  Page 12 of 73  Page ID
#:1885

# 5 out of 5

★★★★★ ([3 reviews](#))

| | |
|---|---|
| [5 stars](#) | 3 |
| [4 stars](#) | 0 |
| [3 stars](#) | 0 |
| [2 stars](#) | 0 |
| [1 star](#) | 0 |

**See all reviews**          Write a review

---

★★★★★                                          1/10/2022

### It does what is mean to

Easy setup, works as it should. It's good for the price and it comes in handy when I need it so I'm happy with my purchase. My only wish was that wheels were versatile but hey, you can't have it all. So what's there to complain about? Nothing that what! lol

Chance

★★★★★                                          1/10/2022

### No problems

I used it 5 ore 6 Times , loaded 40 to 50 lb. and after a close inspection everything is okay !

Bennett

★★★★★                                          1/10/2022

### Eliminates multiple trips fro...

I live in a 4th floor apartment and this is just what I needed to get all of my stuff from my car to my apartment in one trip. It has lots of room and is easy to move around.

Videl

**See all reviews**



**Exhibit 29
Page 11**

Quality care with
Pet Rx

Sponsored

## Related pages

Plastic Drawers

Tstak Drawer

Top Rated Products in Drawers & Carts

Quik Cart

Jobox Drawer

Goat Carts

Plastic Storage Drawers & Carts

Filing Cabinets

Sterilite

Teens' Drawers & Carts

File Cabinets

Dorm Storage

💬 **Notice unusual marketplace activity?** Report

We'd love to hear what you think!

**Give feedback**

© 2022 Walmart. All Rights Reserved.

**Exhibit 29**
**Page 12**

© 2022 Walmart. All Rights Reserved.

Exhibit 29
Page 13



 **Departments**  **Services** 🔍

Reorder
My Items

Sign In
Account

🛒 0
$0.00

🏠 Laguna Niguel Store    📍 Aliso Viejo, 92656

Home / Storage & Organization / Drawers & Carts

Clearance

winkeep

## Shopping Cart for Groceries, Super Loading 220 lbs Capacity Stair Climber Folding Shopping Carts with Shopping Bag, Foldable Groceries Trolley Dolly Carts with Adjustable Bungee Cord for Seniors

**$45.99** ~~$62.56~~ ⓘ

⭐⭐⭐⭐⭐ (5.0)  [3 reviews](#)

**Add to cart**

🚚 Free shipping, **arrives by Thu, Mar 17** to [Aliso Viejo, 92656](#)

**Want it faster?** [Add an address](#) to see options
[More options](#)

🏪 Sold and shipped by [Caper Bro.](#) | shenzhenshikuayuefeimaoyiyouxiangongsi

⭐⭐⭐½☆  8 seller reviews

📦 Free 30-Day returns  [Details](#)

🤍 [Add to list](#)   |   🎁 [Add to registry](#)

---



⊕ **Add**

Sponsored

**$79.99** ~~$106.99~~

Costway Folding Shopping Cart Jumbo Basket with Swivel Wheels

⭐⭐⭐⭐½  1324

[3+ day shipping](#)

**Exhibit 29
Page 14**



## Popular items in this category

Bestselling items that customers love



Rollback



**Exhibit 29**
**Page 15**

3/6/22, 6:57 PM                Shopping-Cart-Groceries-Super-Loading-220-lbs-Capacity-Stair-Climber-Folding-Carts-Bag-Foldable-Groceries-Troll…

Case 2:21-cv-04758-JVS-JDE   Document 38-4   Filed 03/24/22   Page 17 of 73   Page ID
#:1890





+2 opti

**$28.98**                          **$14.98** $49.99                    **From $13.48**

Sterilite 3 Drawer Wide Weave Tower     Sterilite 3 Drawer Cart, Black          Sterilite Wide 3 Drawe
Plastic, Cement                                                                 White

⭐⭐⭐⭐⭐ 4471              ⭐⭐⭐⭐⭐ 2896                    ⭐⭐⭐⭐⭐ 365

Pickup   Delivery   3+ day shipping    Pickup   Delivery   3+ day shipping      Pickup   Delivery   3+ da

## About this item

### Product details ⌃

Winkeep portable shopping cart upgraded extra large wheels & platform with cushion handles to improve loading capacity and save effort, more pockets for large storage. It is suitable for loading heavy groceries. This versatile rolling shopping cart can meet your various needs.

Main features :

1.More Loading Capacity

Adopt sturdy materials to make base & frames. Improved the loading capacity of the grocery cart. No worry about not able to load heavier item

2.More Quiet Wheels Design

The collapsible shopping cart wheels are made of heavy duty materials, which can easily up-down stairs with no noise. The anti-slip wheel lines can resist various terrain

3.Sturdy Stainless Steel Frame Design

Foldable cart made of stainless steel and have the advantage of being durable and rust-free, so you don't have to worry about damaging your handcart on rainy days

4.Oversized Black Shopping Bag

This is the biggest shopping bag and more pockets, we upgraded the size of the shopping bag, and can loaded more groceries at any time

5.Multi - Functional Uses

Grocery cart with wheels is not only suitable for any transportation from laundry and groceries, camp
gear, gardening tools. It is also suitable for suitcases, bottled water, sports equipment, garden stuff, beach

Exhibit 29
Page 16

equipment & kitchen supplies

**Specifications:**

**Expand Size**：44*19*18 inches

**Folding size**：25*16*11 inches

**Shopping bag size**：15*11*24 inches

**Platform size**：18*12 inches

**Package included:**

1 x Black Shopping Bag

1 x Adjustable Bungee Cord

1 x Shopping Cart Frame

2 x Wheels

1 x Shopping Cart Axle

2 x Small Tubes

- ★ Stronger Frame Structure & Super Loading Capacity ★ - Upgrade sturdy materials to make base & metal frames. This newly designed grocery shopping cart will more durable and be able to withstand heavy items than other foldable shopping cart. Capable of carrying 220 lbs
- ★ Oversized Loading Capacity ★ - The oversized black shopping bag with more pockets. One 75L black bag, contains 5 pockets for storage, which include 1 front pocket, 1 back zipper pocket, 1 inner zipper pocket and 2 large side pockets. It can hold different size & heavy duty item. The black color will easy to keep clean than others
- ★ Offer Adjustable Bungee Cord ★ - Both a best shopping carts and hand truck. The adjustable bungee cord will make transportation safer. It is very useful match with the cart. You can freely adjust the length of the bungee cord to fix the cargo. Perfect for carrying potted plants, boxes, heavy stuff, packages, goods, etc
- ★ Easy Install & Folding Grocery Cart ★ - The metal shopping cart will come with an installation manual, and a detailed video instructions. This Laundry utility cart can be easily folded, which is very convenient for you to carry and transport. (Please Note: After install the wheel, please try to pull out the wheel to ensure the wheel is fixed on the axle groove)
- ★ Maneuverability Shopping Cart Wheels ★ - The cart wheel made of sturdy rubber and heavy duty material that can easily use on various terrains. It also makes much easier for you to transport heavy items and better control and smoothly change of direction

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. <u>See our disclaimer</u>

---

## Specifications    ∧

### Brand

winkeep

**Exhibit 29
Page 17**

3/6/22, 6:57 AM    Shopping Cart Groceries Super Loading 220 lbs Capacity Stair Climber Folding Carts Shopping Change Shopping Bag, Foldable Groceries Troll…

Case 2:21-cv-04758-JVS-JDE  Document 38-4  Filed 03/24/22  Page 19 of 73  Page ID
#:1892

**Color**

Black

**Manufacturer**

Winkeep

**Manufacturer Part Number**

SP1759002

0

💬 Report incorrect product information

 Earn **5% cash back** on Walmart.com    Learn how

## Products you may also like

Sponsored







| + Add | + Add | + Add |

**$52.99** $139.99

Costway Folding Shopping Cart Stair Climbing Dolly w/ Bag & Bungee Cord

★★★★½ 26

2-day shipping

**$79.99** $106.99

Costway Folding Shopping Cart Jumbo Basket with Swivel Wheels

★★★★½ 1324

3+ day shipping

**$49.98**

Pipishell Shopping Ca Swivel Wheels for Gr Iron Tube with Powde

★★★★★ 3

3+ day shipping

## Customer reviews & ratings

**Exhibit 29**
**Page 18**

3/6/22, 6:57 PM    Shopping Cart Groceries Super Loading 220 lbs Capacity Stair Climber Folding Carts Bag, Foldable Groceries Troll…

Case 2:21-cv-04758-JVS-JDE   Document 38-4   Filed 03/24/22   Page 20 of 73   Page ID #:1893

# 5 out of 5

★★★★★ (3 reviews)

| | |
|---|---|
| 5 stars | 3 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

**See all reviews**    Write a review

---

★★★★★                                        1/10/2022

### It does what is mean to

Easy setup, works as it should. It's good for the price and it comes in handy when I need it so I'm happy with my purchase. My only wish was that wheels were versatile but hey, you can't have it all. So what's there to complain about? Nothing that what! lol

Chance

---

★★★★★                                        1/10/2022

### No problems

I used it 5 ore 6 Times , loaded 40 to 50 lb. and after a close inspection everything is okay !

Bennett

---

★★★★★                                        1/10/2022

### Eliminates multiple trips from my car to m...

I live in a 4th floor apartment and this is just what I needed to get all of my stuff from my car to my apartment in one trip. It has lots of room and is easy to move around.

Videl

---

**See all reviews**

Exhibit 29
Page 19

Case 2:21-cv-04758-JVS-JDE   Document 384   Filed 03/24/22   Page 21 of 73   Page ID
                                              #:1894

## Related pages

Plastic Drawers

Tstak Drawer

Top Rated Products in Drawers & Carts

Quik Cart

Jobox Drawer

Goat Carts

Plastic Storage Drawers & Carts

Filing Cabinets

Sterilite

Teens' Drawers & Carts

File Cabinets

Dorm Storage

We'd love to hear what you think!

💬 **Notice unusual marketplace activity?** Report

**Give feedback**

All Departments      Store Directory      Careers      Our Company      Sell on Walmart.com      Help

COVID-19 Vaccine Scheduler      Product Recalls      Accessibility      Tax Exempt Program

Get the Walmart App      Sign-up for Email      Terms of Use      Privacy & Security      CA Privacy Rights

California Supply Chain Act      Do Not Sell My Personal Information      Request My Personal Information

© 2022 Walmart. All Rights Reserved.

**Exhibit 29**
**Page 20**

Case 2:21-cv-04758-JVS-JDE   Document 38-4   Filed 03/24/22   Page 22 of 73   Page ID
#:1895



| Departments | Services | Search | Reorder My Items | Sign In Account | 🛒 0 $0.00 |

Laguna Niguel Store | Aliso Viejo, 92656

Home / Storage & Organization / Drawers & Carts













**Clearance**

winkeep

## winkeep 220 lbs Heavy Duty Grocery Cart With 75L Extra Large Shopping Bag Foldable Utility Cart Upgraded Rubber Tri-Wheel Design With Adjustable Bungee Cord Included

★★★★★ (5.0)  16

**Add to cart**

🚚 Free shipping, **arrives by Thu, Feb 17** to
Aliso Viejo, 92656

**Want it faster?**
Add an address to see options

🏬 Sold by Caper Bro. |
shenzhenshikuayuefeimaoyiyouxiang
**Fulfilled by Walmart**
★★★½ 4 seller reviews

🔄 Free 90-Day returns        Details

❤️ Add to list        📋 Add to registry

## About this item

### Product details ⌃

winkeep portable shopping cart upgraded extra large wheels & platform with cushion handles to improve loading capacity and save effort, more pockets for large storage. It is suitable for Heavy loading, climbing stairs and meet your various needs.

Exhibit 29
Page 21

- ★ Super Load Bearing Capacity ★ - Upgraded oversized wheels and extra large platforms, Capable of carrying 220 lbs (platforms size: 18*12 inches)
- ★ Oversized Shopping Bag with More Pocket ★ - Extra large capacity, Contains 6 pockets for storage
- ★ Bonus Adjustable Bungee Cord ★ - Both a foldable shopping cart and hand truck.You can freely adjust the length of the bungee cord to fix the cargo.
- ★ Wider Wheel Span to Pull the Cart Up-down Stairs More Effortlessly
- ★ Easy Assemble and Collapsable Shopping Cart ★ - For simple and quick installation. We have offered the detailed assemble instructions placed in the package.

Specifications:

- Name：winkeep shopping cart
- Materials：Stainless steel
- Expand Size：44*19*18 inches
- Folding Size：25*16*11 inches
- Shopping Bag Size：15*11*24 inches
- Load capacity：220 lbs

Package included:

- 1 x Shopping Bag
- 1 x Shopping Cart Frame
- 1 x Adjustable Bungee Cord
- 2 x Tri-wheels
- 1 x Shopping Cart Axle
- 2x Small Tubes

- Our upgraded foldable grocery cart wheels are larger than other grocery carts
- Designed with special tri-wheel, make up and down stairs more easily
- when loading heavy things.our Heavy duty stair climb cart wheels can bear heavier things.
- The premium rubber cart wheel material ensures quiet and stable loading.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

---

## Specifications ⌃

### Brand
winkeep

### Color
Lake blue

### Manufacturer
winkeep



Walmart+ **Get free delivery, shipping and more***

*Restrictions apply Start 30-day free trial

Sponso

$67.99

dbest
Trolley
Moroc

★★★

3+ day

**Exhibit 29**
**Page 22**

2/14/22, 3:47 PM — winkeep 220 lbs Heavy Duty Grocery Cart With Current — Large Shopping Bag, Foldable Utility Upgraded Rubber Tri-Wheel Design With …

Case 2:21-cv-04758-JVS-JDE Document 38-4 Filed 03/24/22 Page 24 of 73 Page ID #:1897



**Assembled Product Weight**

9.11 lb

**Manufacturer Part Number**

WM2-HW229

**Assembled Product Dimensions (L x W x H)**

22.44 x 14.17 x 4.72 Inches

---

## Warnings ⌃

⚠ **WARNING - California Proposition 65**

None

---

💬 <u>Report incorrect product information</u>

## Popular items in this category

Bestselling items that customers love





Options

🔘 ⚪ 🔵

**From $25.48**

Sterilite 3 Drawer Wide Weave Tower Plastic, Cement

★★★★½ 4408

Pickup    Delivery

2-day shipping



Options

⚪ 🔘

**From $55.00**

Sterilite Plastic 4 Drawer Wide Weave Tower Espresso

★★★★½ 3402

Pickup    Delivery

2-day shipping





Add

Sponsored

**$19.00** ~~$28.99~~

Honey Can Do Rolling Cart for Items, White

★★★★☆ 480

2-day shipping



**Earn 5% cash back** on Walmart.com    <u>Learn how</u>

**Exhibit 29**
**Page 23**

**Products you may also like**

Sponsored





| | | |
|---|---|---|
| + Add | + Add | + Add |

**$67.99** | **$63.99** | **$74.99** ~~$106.99~~

dbest products Trolley Dolly, Moroccan Tile Shopping Grocery... | dbest products Trolley Dolly, Red Shopping Grocery Foldable Cart | Costway Foldin Shopping Cart Basket with Sw

★★★★½ 43 | ★★★★½ 55 | ★★★★½ 1320

3+ day shipping | 3+ day shipping | 2-day shipping

## Customer reviews & ratings

# 5 out of 5

★★★★★ (16 reviews)

| | |
|---|---|
| 5 stars | 16 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

See all reviews    Write a review

2/14/22, 3:47 PM    Amazon.com : winkeep Heavy Duty Grocery Cart With 75L Extra Large Shopping Bag Foldable, Utility Upgraded Rubber Tri-Wheel Design With …

Case 2:21-cv-04758-JVS-JDE Document 38-4 Filed 03/24/22 Page 26 of 73 Page ID
#:1899

★★★★★     **Verified Purchaser**     12/7/2021

this was so easy toassemble and it is perfect for what i needed.

mary

★★★★★     12/24/2021

**I'm Going To MARRY This...**

I just moved to a neighborhood with a farmer's market, and a grocery store with an actual Butcher, All within a 1.5 mile radius from my house. Before this cart, I had to be real selective about what I bought (Weight) Now I don't , and its super cute too!

Haslett

★★★★★     12/14/2021

**Very sturdy shopping cart**

The cart is very light. The assembling was very easy. The structure looks reasonably durable with metal attachments. I did not test with 220lbs as what's described. But it can easily hold 50lb goodies from shopping. The shopping bag looks solid and can easily be attached to the cart. The three-wheel system design really made climbing stairs a breeze. Overall a very handy cart for houses with steps at the entrance.

Isabel

★★★★★     12/15/2021

**Easy to use**

I have been shopping outdoor farmers markets during the pandemic and was tired of schlepping heavy bags back to the car. The cart allows me to do all the shopping in one trip. I can cinch the top closed, pick up the cart by the handle and lower support, and lay the whole thing down in the back of the SUV. Then, when I get home, I can roll the whole thing up the steps from the garage with the stair-clumber wheels. It takes a little muscle if I buy a lot of heavy things but it saves me a couple trips to the car which is good for me since my knees don't like steps too much.

Jacqueline

**Exhibit 29**
**Page 25**

Case 2:21-cv-04758-JVS-JDE Document 38-4 Filed 03/24/22 Page 27 of 73 Page ID #:1900

★★★★★                    12/15/2021

I highly recommend this...

My wife and I (in our 60's) rented a townhouse for the summer. The townhouse has L shaped steps from the garage to the main floor. My wife has a bad knee and I suffer from tennis elbow in both arms. We've used this cart to carry numerous loads of groceries up the stairs. It's so light you wouldn't think its going to be sturdy, but it honestly is very sturdy. For us it has worked exactly as advertised. So glad we bought it. I don't leave reviews unless I'm really impressed with a product (this is my 3rd review in 15 years).

Kity

Exhibit 29
Page 26

See all reviews

## Related pages

Plastic Drawers

Tstak Drawer

Top Rated Products in Drawers & Carts

Quik Cart

Jobox Drawer

Goat Carts

Plastic Storage Drawers & Carts

Filing Cabinets

Sterilite

Teens' Drawers & Carts

File Cabinets

Dorm Storage

---

💬 **Notice unusual marketplace activity?** Report

We'd love to hear what you think!

**Give feedback**

All Departments    Store Directory    Careers    Our Company    Sell on Walmart.com    Help

COVID-19 Vaccine Scheduler    Product Recalls    Accessibility    Tax Exempt Program    Get the Walmart App

Sign-up for Email    Terms of Use    Privacy & Security    CA Privacy Rights    California Supply Chain Act

Do Not Sell My Personal Information    Request My Personal Information

© 2022 Walmart. All Rights Reserved.

**Exhibit 29**
**Page 27**



Departments    Services    🔍    Reorder My Items    Sign In Account    🛒 0 $0.00

Laguna Niguel Store    📍 Aliso Viejo, 92656

Home / Storage & Organization / Drawers & Carts












Clearance

winkeep

**winkeep Foldable Cart with Extra Large Shopping Bag,Stair Climber Cart 220 lbs Capacity**

**$40.99**    ⭐⭐⭐⭐⭐ (5.0)    4 re

$54.94  ⓘ

Add to cart

🚚 Free shipping, **arrives by Thu, Feb 24** to Aliso Viejo, 92656

**Want it faster?**
Add an address to see options

**More options**

🏪 Sold and shipped by Caper Bro. | shenzhenshikuayuefeimaoyiyouxiang

⭐⭐⭐⯪☆ 4 seller reviews

📅 Free 30-Day returns    Details

♡ Add to list    🎁 Add to registry

**About this item**

Product details    ⌃

winkeep portable shopping cart upgraded extra large wheels & platform with cushion handles to improve loading capacity and save effort, more pockets for large storage. It is suitable for Heavy loading, climbing stairs and meet your various needs.

**Exhibit 29 Page 28**

- ★ **Super Load Bearing Capacity** ★ - Upgraded oversized wheels and extra large platforms, Capable of carrying 220 lbs (platforms size: 18*12 inches)
- ★ **Oversized Shopping Bag with More Pocket** ★ - Extra large capacity, Contains 6 pockets for storage
- ★ **Bonus Adjustable Bungee Cord** ★ - Both a foldable shopping cart and hand truck.You can freely adjust the length of the bungee cord to fix the cargo.
- ★ **Wider Wheel Span to Pull the Cart Up-down Stairs More Effortlessly**
- ★ **Easy Assemble and Collapsable Shopping Cart** ★ - For simple and quick installation. We have offered the detailed assemble instructions placed in the package.



Sponso

$67.99

dbest
Trolley
Moroc

★★★

3+ day

**Specifications:**

- Name：winkeep shopping cart
- Materials：Stainless steel
- Expand Size：41*17*16 inches
- Folding size：25
- Shopping bag size：14*11*23
- Load capacity：220 lbs

**Package included:**

- 1 x Shopping Bag
- 1 x Shopping Cart Frame
- 2 x Tri-wheels
- 1 x Shopping Cart Axle

- Our upgraded foldable grocery cart wheels are larger than other grocery carts
- Designed with special tri-wheel, make up and down stairs more easily
- when loading heavy things.our Heavy duty stair climb cart wheels can bear heavier things.

 **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

**Specifications**  ∧

**Brand**
winkeep

**Color**
Blue

**Manufacturer**
Winkeep

**Assembled Product Weight**
8.89 lb

**Exhibit 29
Page 29**

**Manufacturer Part Number**

WM2-HW231

**Assembled Product Dimensions (L x W x H)**

21.65 x 14.17 x 4.72 Inches

---

Warnings                                                                    ⌃

⚠ **WARNING - California Proposition 65**

None

---

 [Report incorrect product information](#)

## Popular items in this category

Bestselling items that customers love

`Best seller`







Options                          Options                          ＋ Add

● ● ●                            ● ●                             Sponsored

**From $25.48**                  **From $55.00**                 **$19.00** ~~$28.99~~

Sterilite 3 Drawer Wide         Sterilite Plastic 4 Drawer      Honey Can Do
Weave Tower Plastic,            Wide Weave Tower                Rolling Cart for
Cement                          Espresso                       Items, White

★★★★½ 4408                       ★★★★½ 3402                      ★★★★☆ 480

Pickup   Delivery               Pickup   Delivery              2-day shipping

2-day shipping                  2-day shipping

---

 **Earn 5% cash back** on Walmart.com    [Learn how](#)

---

## Products you may also like                              Sponsored

https://www.walmart.com/ip/winkeep-Foldable-Cart-with-Extra-Large-Shopping-Bag-Stair-Climber-Cart-220-lbs-Capacity/294582309?athbdg=L1400

**Exhibit 29**
**Page 30**





**$63.99**

**$67.99**

**$74.99** ~~$106.99~~

dbest products Trolley Dolly, Red Shopping Grocery Foldable Cart

dbest products Trolley Dolly, Moroccan Tile Shopping Grocery...

Costway Foldir Shopping Cart Basket with Sw

★★★★½ 55

★★★★½ 43

★★★★½ 1320

3+ day shipping

3+ day shipping

2-day shipping

## Customer reviews & ratings

# 5 out of 5

★★★★★ (4 reviews)

| | |
|---|---|
| 5 stars | 4 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

**See all reviews**    Write a review

**Exhibit 29
Page 31**



★★★★★                                    1/10/2022

Works great

I've successfully used it to wheel around drink coolers and marketing materials for events, so I say it works great! Good price point.

Videl

★★★★★                                    1/10/2022

Goes up the stairs.

I use it to bring groceies into the house

Bennett

★★★★★                                    1/10/2022

good

I use it to carry wood. its great

Chance

★★★★★                                    2/5/2022

Dwayne

**See all reviews**

## Related pages

Plastic Drawers

Tstak Drawer

Top Rated Products in Drawers & Carts

Quik Cart

Jobox Drawer

Goat Carts

Plastic Storage Drawers & Carts

Filing Cabinets

Sterilite

Teens' Drawers & Carts

File Cabinets

**Exhibit 29**
**Page 32**

Winkeep Foldable Cart with Extra Large Shopping Bag Stair Climber Cart 220 lbs Capacity - Walmart.com

Dorm Storage

---

💬 **Notice unusual marketplace activity?** [Report](#)

We'd love to hear what you think!

[ **Give feedback** ]

All Departments   Store Directory   Careers   Our Company   Sell on Walmart.com   Help

COVID-19 Vaccine Scheduler   Product Recalls   Accessibility   Tax Exempt Program   Get the Walmart App

Sign-up for Email   Terms of Use   Privacy & Security   CA Privacy Rights   California Supply Chain Act

Do Not Sell My Personal Information   Request My Personal Information

© 2022 Walmart. All Rights Reserved.

**Exhibit 29**
**Page 33**

Case 2:21-cv-04758-JVS-JDE    Document 38-4    Filed 03/24/22    Page 35 of 73    Page ID #:1908



⬡ Departments     ⬡ Services

🔍

Reorder
My Items

Sign In
Account

🛒 0
$0.00



🏠 Laguna Niguel Store     📍 Aliso Viejo, 92656

Home  /  Storage & Organization  /  Drawers & Carts

















🔍

**Clearance**

winkeep

**winkeep Foldable Shopping Cart,Heavy Folding Frame with Extra Large Black Shopping Bag, 220 lbs Capacity With Adjustable Bungee Cord**

**$42.99**   ★★★★★ (5.0)   14 re

Add to cart

🚚 Free shipping, **arrives by Thu, Feb 24** to
Aliso Viejo, 92656

Want it faster?
Add an address to see options
More options

🛍 Sold and shipped by Caper Bro. |
shenzhenshikuayuefeimaoyiyouxian
★★★½ 4 seller reviews

🎁 Free 30-Day returns   Details

❤️ Add to list          Add to registry

**About this item**

**Product details** ⌃

winkeep portable shopping cart upgraded extra large wheels & platform with cushion handles to improve loading capacity and save effort, more pockets for large storage. It is suitable for Heavy loading, climbing stairs and meet your various needs.

**Exhibit 29**
**Page 34**

Case 2:21-cv-04758-JVS-JDE  Document 38-4  Filed 03/24/22  Page 36 of 73  Page ID
#:1909

- ★ **Stronger Frame Structure & Super Loading Capacity ★** - Upgrade sturdy materials to make base & metal frames.The metal shopping cart capable of carrying 220 lbs
- ★ **Oversized Loading Capacity ★** - The portable grocery cart's shopping bag with more pockets. One 75L black bag,contains 5 pockets.
- ★ **Offer Adjustable Bungee Cord ★** -The adjustable bungee cord will make transportation safer. It is very useful match with the Shopping Cart.
- ★ **Easy Install & Folding Grocery Cart ★** - The metal shopping cart will come with an installation manual, and a detailed video instructions. This Laundry utility cart can be easily folded, which is very convenient for you to carry.
- ★ **Maneuverability Shopping Cart Wheels ★** - The cart wheel made of sturdy rubber and heavy duty material that can easily use on various terrains.

Specifications:

- Name：winkeep shopping cart
- Materials：Stainless steel
- Expand Size：44*19*18 inches
- Folding size：25*16*11 inches
- Shopping bag size：15*11*24 inches
- Platform size：18*12 inches
- Please Note: After install the wheel, please try to pull out the wheel to ensure the wheel is fixed on the axle groove

Package included:

- 1 x Black Shopping Bag
- 1 x Adjustable Bungee Cord
- 1 x Shopping Cart Frame
- 2 x Wheels
- 1 x Shopping Cart Axle
- 2 x Small Tubes

- Our upgraded foldable grocery cart wheels are larger than other grocery carts
- Designed with special tri-wheel, make up and down stairs more easily
- when loading heavy things.our Heavy duty stair climb cart wheels can bear heavier things.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

---

## Specifications ⌃

### Brand

winkeep

### Color



Sponsored

$67.99

dbest
Trolley
Moroc

★★★

3+ day

**Exhibit 29**
**Page 35**

Black

**Manufacturer**

winkeep

**Assembled Product Weight**

7.33 lb

**Manufacturer Part Number**

WM2-HW436

**Assembled Product Dimensions (L x W x H)**

22.83 x 13.78 x 4.72 Inches

💬 Report incorrect product information

## Popular items in this category

Bestselling items that customers love

Best seller

Options          Options          ➕ Add

Sponsored

**From $25.48**          **From $55.00**          **$19.00** $28.99

Sterilite 3 Drawer Wide    Sterilite Plastic 4 Drawer    Honey Can Do
Weave Tower Plastic,       Wide Weave Tower           Rolling Cart for
Cement                     Espresso                   Items, White

⭐⭐⭐⭐ 4408          ⭐⭐⭐⭐ 3402          ⭐⭐⭐⭐ 480

Pickup  Delivery          Pickup  Delivery          2-day shipping

2-day shipping            2-day shipping

Earn 5% cash back on Walmart.com    Learn how

**Exhibit 29**
**Page 36**

2/14/22, 3:45 PM          winkeep 04 Foldable Shopping Cart Heavy Folding Frame with Extra Large Black Shopping Bag 220 lbs Capacity With Adjustable Bungee Cord - …

Case 2:21-cv-04758-JVS-JDE   Document 38-4   Filed 03/24/22   Page 38 of 73   Page ID #:1911

## Products you may also like

Sponsored







| + Add | + Add | + Add |
|---|---|---|

**$63.99**

dbest products Trolley Dolly, Red Shopping Grocery Foldable Cart

★★★★½  55

3+ day shipping

**$67.99**

dbest products Trolley Dolly, Moroccan Tile Shopping Grocery…

★★★★½  43

3+ day shipping

**$59.99**  $119.99

Costway Foldin Shopping Cart Rolling Utility 1

★★★★½  846

2-day shipping

# Customer reviews & ratings

# 5 out of 5

★★★★★  (14 reviews)

| | |
|---|---|
| 5 stars | 14 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

**See all reviews**     Write a review

Exhibit 29
Page 37

2/14/22, 3:45 PM    winkeep Foldable Shopping Cart Heavy Folding Frame with Extra Large Black Shopping Bag 220 lbs Capacity With Adjustable Bungee Cord - …

Case 2:21-cv-04758-JVS-JDE  Document 38-4  Filed 03/24/22  Page 39 of 73  Page ID #:1912

★★★★★  **Verified Purchaser**    12/16/2021

great

was easy to install the wheels and is very comfortable.

Blanca

★★★★★    12/14/2021

best purchase for apartment

I live on the 6th floor of my building and I needed something to get my groceries up to my apartment! this cart is super spacious and held 4 paper bags of groceries and a case of water. it was super easy to assemble and it very sturdy. the only thing is that sometimes one of the wheel pops off but that has only happened twice. additionally, it kept my frozen groceries frozen and the bag did not become wet at all even when the food was in the car for 30 plus minutes. the bag was cold upon opening to unload the groceries! overall, a fantastic investment that will last a long time!

Hilary

★★★★★    12/16/2021

How did I manage before I...

Best investment!!...i moved into an apartment on the first floor....i can unload my groceries into my cart and roll right in...it holds a lot!!!...In the picture i actually have a whole watermelon and 2-6 packs of water among other things!!!!It's very sturdy and very well made!!..I sent one to my daughter...who loves it also!!

Madeline

★★★★★    12/22/2021

well-designed, capatious,...

when i broke my collarbone and couldn't carry things, i bought this to do local grocery shopping. attaching the wheels is easy, but the instructions could be clearer. i'm glad i bought the larger version. the bag can carry about 3 grocery bags worth of food, but it does then get heavy. even with that, i find it is sturdy and moves easily. and the bag itself has many nice features: pockets for folded grocery bags, wallet and keys, umbrella, and straps and velcro where needed to keep the bag securely on the trolly. that's nice. the bag has no liner, and since i want to keep it clean, i might put a large trash bag inside. i have used it only to cart groceries home, but the trolly feature alone could also be very useful. this product is very we... <u>See more</u>

Quany

**Exhibit 29**
**Page 38**

2/14/22, 3:45 PM    winkeep Foldable Shopping Cart Heavy Folding Frame with Extra Large Black Shopping Bag 220 lbs Capacity With Adjustable Bungee Cord - ...

Case 2:21-cv-04758-JVS-JDE  Document 38-4  Filed 03/24/22  Page 40 of 73  Page ID #:1913

★★★★★                                          12/14/2021

this is the BEST purchase I'v...

LOVE this product! Best purchase ever! I substitute teach and am needing to transport many items from building to building on a daily basis and this product has been a blessing! I love the larger wheels, very sturdy and they roll easily over all surfaces. The canvas is attractive and easy to clean. I once spilled an entire coffee over the whole bag, and was easily able to wipe it off. I am able to fit a large lunch bag, my purse, computer, cords, files, and drinks easily into the compartments. The frame folds, but it is so lightweight

Hilda

Exhibit 29
Page 39

See all reviews



Time for Super Bowl LVI

Sponsored

## Related pages

Plastic Drawers

Tstak Drawer

Top Rated Products in Drawers & Carts

Quik Cart

Jobox Drawer

Goat Carts

Plastic Storage Drawers & Carts

Filing Cabinets

Sterilite

Teens' Drawers & Carts

File Cabinets

Dorm Storage

💬 **Notice unusual marketplace activity?** Report

We'd love to hear what you think!

Give feedback

All Departments     Store Directory     Careers     Our Company     Sell on Walmart.com     Help

COVID-19 Vaccine Scheduler     Product Recalls     Accessibility     Tax Exempt Program     Get the Walmart App

Sign-up for Email     Terms of Use     Privacy & Security     CA Privacy Rights     California Supply Chain Act

Do Not Sell My Personal Information     Request My Personal Information

© 2022 Walmart. All Rights Reserved.

3/6/22, 6:57 PM    winkeep Foldable Shopping Cart,Heavy Folding Frame with Extra Large Black Shopping Bag, 220 lbs Capacity With Adjustable Bungee Cord - ...

Case 2:21-cv-04758-JVS-JDE   Document 38-4   Filed 03/24/22   Page 43 of 73   Page ID #:1916



**Departments**    **Services**    🔍

Reorder
My Items

Sign In
Account

🛒 0
$0.00

🏠 Laguna Niguel Store    📍 Aliso Viejo, 92656

Home  /  Storage & Organization  /  Drawers & Carts

Clearance

winkeep

## winkeep Foldable Shopping Cart,Heavy Folding Frame with Extra Large Black Shopping Bag, 220 lbs Capacity With Adjustable Bungee Cord

**$45.99**  ~~$62.56~~ ⓘ

⭐⭐⭐⭐⭐ (5.0)  [14 reviews](#)

Add to cart

🚚  Free shipping, **arrives by Thu, Mar 17** to  Aliso Viejo, 92656

**Want it faster?** Add an address to see options
More options

🏪  Sold and shipped by Caper Bro. | **shenzhenshikuayuefeimaoyiyouxiangongsi**
⭐⭐⭐½  8 seller reviews

🔄  Free 30-Day returns  Details

♡ Add to list       🎁 Add to registry

---



+ Add

Sponsored

**$79.99** ~~$106.99~~

Costway Folding Shopping Cart Jumbo Basket with Swivel Wheels

⭐⭐⭐⭐½  1324

3+ day shipping

**Exhibit 29**
**Page 42**

3/6/22, 6:57 PM winkeep Foldable Shopping Cart Heavy Folding Frame with Extra Large Black Shopping Bag - 220 lbs Capacity With Adjustable Bungee Cord - ...

Case 2:21-cv-04758-JVS-JDE Document 38-4 Filed 03/24/22 Page 44 of 73 Page ID #:1917










## Popular items in this category

Bestselling items that customers love

Rollback





**Exhibit 29**
**Page 43**

3/6/22, 6:57 PM    winkeep Foldable Shopping Cart Heavy Folding Frame with Extra Large Black Shopping Bag, 220 lbs Capacity With Adjustable Bungee Cord - ...

Case 2:21-cv-04758-JVS-JDE   Document 38-4   Filed 03/24/22   Page 45 of 73   Page ID
#:1918







**Options**

**$28.98**

Sterilite 3 Drawer Wide Weave Tower
Plastic, Cement

★★★★½ 4471

Pickup    Delivery    3+ day shipping

**+ Add**

**$14.98** ~~$49.99~~

Sterilite 3 Drawer Cart, Black

★★★★½ 2896

Pickup    Delivery    3+ day shipping

**+2 opti**

**From $13.48**

Sterilite Wide 3 Drawe
White

★★★★½ 365

Pickup    Delivery    3+ da

# About this item

## Product details ∧

winkeep portable shopping cart upgraded extra large wheels & platform with cushion handles to improve loading capacity and save effort, more pockets for large storage. It is suitable for Heavy loading, climbing stairs and meet your various needs.

- ★ Stronger Frame Structure & Super Loading Capacity ★ - Upgrade sturdy materials to make base & metal frames.The metal shopping cart capable of carrying 220 lbs
- ★ Oversized Loading Capacity ★ - The portable grocery cart's shopping bag with more pockets. One 75L black bag,contains 5 pockets.
- ★ Offer Adjustable Bungee Cord ★ -The adjustable bungee cord will make transportation safer. It is very useful match with the Shopping Cart.
- ★ Easy Install & Folding Grocery Cart ★ - The metal shopping cart will come with an installation manual, and a detailed video instructions. This Laundry utility cart can be easily folded, which is very convenient for you to carry.
- ★ Maneuverability Shopping Cart Wheels ★ - The cart wheel made of sturdy rubber and heavy duty material that can easily use on various terrains.

Specifications:

- Name：winkeep shopping cart
- Materials：Stainless steel
- Expand Size：44*19*18 inches
- Folding size：25*16*11 inches
- Shopping bag size：15*11*24 inches
- Platform size：18*12 inches
- Please Note: After install the wheel, please try to pull out the wheel to ensure the wheel is fixed on the axle groove

**Exhibit 29
Page 44**

3/6/22, 6:57 Winkeep Foldable Shopping Cart Heavy Folding Frame with Extra Large Black Shopping Bag, 220 lbs Capacity With Adjustable Bungee Cord - ...

Case 2:21-cv-04758-JVS-JDE Document 38-4 Filed 03/24/22 Page 46 of 73 Page ID #:1919

Package included:

- 1 x Black Shopping Bag
- 1 x Adjustable Bungee Cord

- 1 x Shopping Cart Frame
- 2 x Wheels
- 1 x Shopping Cart Axle
- 2 x Small Tubes

- Our upgraded foldable grocery cart wheels are larger than other grocery carts
- Designed with special tri-wheel, make up and down stairs more easily
- when loading heavy things.our Heavy duty stair climb cart wheels can bear heavier things.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

---

## Specifications ⌃

**Brand**

winkeep

**Color**

Black

**Manufacturer**

winkeep

**Assembled Product Weight**

7.33 lb

**Manufacturer Part Number**

WM2-HW436

**Assembled Product Dimensions (L x W x H)**

22.83 x 13.78 x 4.72 Inches

---

0

---

💬 Report incorrect product information

 **Earn 5% cash back** on Walmart.com  Learn how

---

## Products you may also like

Sponsored

Exhibit 29
Page 45





**$59.99**

WSKY Foldable Utility Cart with 8 Wheels, Stair Climbing Collapsible Rolling Crate for Teachers, Large...

3+ day shipping

**$79.99** $106.99

Costway Folding Shopping Cart Jumbo Basket with Swivel Wheels

★★★★½ 1324

3+ day shipping

**$52.99** $139.99

Costway Folding Shop Climbing Dolly w/ Bag

★★★★½ 26

2-day shipping

## Customer reviews & ratings

# 5 out of 5

★★★★★ (14 reviews)

| | |
|---|---|
| 5 stars | 14 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

**See all reviews**    Write a review

**Exhibit 29**
**Page 46**

3/6/22, 6:57 PM    winkeep Foldable Shopping Cart Heavy Folding Frame with Extra Large Black Shopping Bag, 220 lbs Capacity With Adjustable Bungee Cord - …

★★★★★  **Verified Purchaser**                12/16/2021

great

was easy to install the wheels and is very comfortable.

Blanca

★★★★★                                        12/14/2021

best purchase for apartment

I live on the 6th floor of my building and I needed something to get my groceries up to my apartment! this cart is super spacious and held 4 paper bags of groceries and a case of water. it was super easy to assemble and it very sturdy. the only thing is that sometimes one of the wheel pops off but that has only happened twice. additionally, it kept my frozen groceries frozen and the bag did not become wet at all even when the food was in the car for 30 plus minutes. the bag was cold upon opening to unload the groceries! overall, a fantastic investment that will last a long time!

Hilary

★★★★★                                        12/16/2021

How did I manage before I bought this!!??

Best investment!!...i moved into an apartment on the first floor....i can unload my groceries into my cart and roll right in...it holds a lot!!!...In the picture i actually have a whole watermelon and 2-6 packs of water among other things!!!!It's very sturdy and very well made!!..I sent one to my daughter...who loves it also!!

★★★★★                                        12/22/2021

well-designed, capatious, useful, and so...

when i broke my collarbone and couldn't carry things, i bought this to do local grocery shopping. attaching the wheels is easy, but the instructions could be clearer. i'm glad i bought the larger version. the bag can carry about 3 grocery bags worth of food, but it does then get heavy. even with that, i find it is sturdy and moves easily. and the bag itself has many nice features: pockets for folded grocery bags, wallet and keys, umbrella, and straps and velcro where needed to keep the bag securely on the trolly. that's nice. the bag has no liner, and since i want to keep it clean, i might put a large trash bag inside. i have used it only to cart groceries home, but the trolly feature alone could also be very useful. this product is very we...

<u>See more</u>

Quany

★★★★★                                        12/14/2021

this is the BEST purchase I've ever made!

LOVE this product! Best purchase ever! I substitute teach and am needing to transport many items from building to building on a daily basis and this product has been a blessing! I love the larger wheels, very sturdy and they roll easily over all surfaces. The canvas is attractive and easy to clean. I once spilled an entire coffee over the whole bag, and was easily able to wipe it off. I am able to fit a large lunch bag, my purse, computer, cords, files, and drinks easily into the compartments. The frame folds, but it is so lightweight

Hilda

**Exhibit 29**
**Page 47**

Madeline

See all reviews

## Related pages

Plastic Drawers

Tstak Drawer

Top Rated Products in Drawers & Carts

Quik Cart

Jobox Drawer

Goat Carts

Plastic Storage Drawers & Carts

Filing Cabinets

Sterilite

Teens' Drawers & Carts

File Cabinets

Dorm Storage

We'd love to hear what you think!

Give feedback

💬 Notice unusual marketplace activity? Report

All Departments    Store Directory    Careers    Our Company    Sell on Walmart.com    Help
COVID-19 Vaccine Scheduler    Product Recalls    Accessibility    Tax Exempt Program
Get the Walmart App    Sign-up for Email    Terms of Use    Privacy & Security    CA Privacy Rights
California Supply Chain Act    Do Not Sell My Personal Information    Request My Personal Information

© 2022 Walmart. All Rights Reserved.

**Exhibit 29**
**Page 48**

Case 2:21-cv-04758-JVS-JDE Document 38-4 Filed 03/24/22 Page 50 of 73 Page ID #:1923





Departments    Services    Search    Reorder My Items    Sign In Account    $0.00    0

Laguna Niguel Store  |    Aliso Viejo, 92656

Home  /  Storage & Organization  /  Drawers & Carts









Clearance

winkeep

**winkeep Shopping Cart, Stair Climber Cart 220 lbs Capacity Foldable Cart with Extra Large Shopping Bag and Adjustable Bungee Cord (Red)**

**$39.99**    $53.60  ⓘ

Add to cart

🚚 Free shipping, **arrives by Thu, Feb 24** to
Aliso Viejo, 92656

**Want it faster?**
Add an address to see options
**More options**

🏬 Sold and shipped by Caper Bro. | shenzhenshikuayuefeimaoyiyouxiang

★★★½    4 seller reviews

Return policy  Details

❤ Add to list    🎁 Add to registry

## About this item

### Product details  ⌃

winkeep portable shopping cart upgraded extra large wheels & platform with cushion handles to improve loading capacity and save effort, more pockets for large storage. It is suitable for Heavy loading, climbing stairs and meet your various needs.

Exhibit 29
Page 49

- ★ **Stronger Frame Structure & Super Loading Capacity** ★ - Upgrade sturdy materials to make base & metal frames.The metal shopping cart capable of carrying 220 lbs
- ★ **Oversized Loading Capacity** ★ - The portable grocery cart's shopping bag with more pockets. One 75L black bag,contains 5 pockets.
- ★ **Offer Adjustable Bungee Cord** ★ -The adjustable bungee cord will make transportation safer. It is very useful match with the Shopping Cart.
- ★ **Easy Install & Folding Grocery Cart** ★ - The metal shopping cart will come with an installation manual, and a detailed video instructions. This Laundry utility cart can be easily folded, which is very convenient for you to carry.
- ★ **Maneuverability Shopping Cart Wheels** ★ - The cart wheel made of sturdy rubber and heavy duty material that can easily use on various terrains.

Specifications:

- Name：winkeep shopping cart
- Materials：Stainless steel
- Expand Size：44*19*18 inches
- Folding size：25*16*11 inches
- Shopping bag size：15*11*24 inches
- Platform size：18*12 inches
- Please Note: After install the wheel, please try to pull out the wheel to ensure the wheel is fixed on the axle groove

Package included:

- 1 x Red Shopping Bag
- 1 x Adjustable Bungee Cord
- 1 x Shopping Cart Frame
- 2 x Wheels
- 1 x Shopping Cart Axle
- 2 x Small Tubes

- Our upgraded foldable grocery cart wheels are larger than other grocery carts
- Designed with special tri-wheel, make up and down stairs more easily
- when loading heavy things.our Heavy duty stair climb cart wheels can bear heavier things.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

---

## Specifications  ⌃

### Brand
winkeep

### Color

Sponso
$67.99
dbest
Trolley
Moroc
★★★
3+ day

2/14/22, 4:07 PM    winkeep Shopping Cart Stair Climber Cart 220 lbs Capacity Foldable Cart with Extra-Large Shopping Bag and Adjustable Bungee Cord (Red) - ...

Case 2:21-cv-04758-JVS-JDE Document 38-4 Filed 03/24/22 Page 52 of 73 Page ID #:1925

Red

**Manufacturer**

winkeep

**Assembled Product Weight**

9.11 lb

**Manufacturer Part Number**

WM2-HW228

**Assembled Product Dimensions (L x W x H)**

21.65 x 14.17 x 4.72 Inches

💬  Report incorrect product information

## Popular items in this category

Bestselling items that customers love

Best seller

Options

Options

＋ Add

Sponsored

**From $25.48**

**From $55.00**

**$19.00**  $28.99

Sterilite 3 Drawer Wide Weave Tower Plastic, Cement

Sterilite Plastic 4 Drawer Wide Weave Tower Espresso

Honey Can Do Rolling Cart for Items, White

★★★★½ 4408

★★★★½ 3402

★★★★ 480

Pickup   Delivery

Pickup   Delivery

2-day shipping

1-day shipping

1-day shipping

**Earn 5% cash back** on Walmart.com    Learn how

**Exhibit 29**
**Page 51**

2/14/22, 4:07 PM winkeep Shopping Cart Stair Climber Cart 220 lbs Capacity Foldable Cart with Extra-Large Shopping Bag and Adjustable Bungee Cord (Red) - ...

Case 2:21-cv-04758-JVS-JDE Document 38-4 Filed 03/24/22 Page 53 of 73 Page ID #:1926

## Products you may also like

Sponsored







**$63.99**

dbest products Trolley Dolly, Red Shopping Grocery Foldable Cart

★★★★½ 55

3+ day shipping

**$67.99**

dbest products Trolley Dolly, Moroccan Tile Shopping Grocery...

★★★★½ 43

3+ day shipping

**$59.99**

Foldable Utility 8 Wheels, Stair Collapsible Rol

3+ day shipping

## Customer reviews & ratings

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

## Recently viewed items

Based on your most recent browse history

Clearance

Clearance

Clearance

**Exhibit 29**
**Page 52**

2/14/22, 4:07 PM    winkeep Shopping Cart Stair Climber Cart 220 lbs Capacity Foldable Cart with Extra Large Shopping Bag and Adjustable Bungee Cord (Red) - ...

Case 2:21-cv-04758-JVS-JDE Document 38-4 Filed 03/24/22 Page 54 of 73 Page ID #:1927







**$40.99** ~~$54.94~~

winkeep Shopping Trolley, 2in1 Folding Shopping Cart 75l Capacity with Adjustable Bungee Cord

3+ day shipping

**$40.99** ~~$54.94~~

winkeep Foldable Cart with Extra Large Shopping Bag,Stair Climber Cart 220 lbs Capacity

⭐⭐⭐⭐⭐ 4

3+ day shipping

**$47.99** ~~$64.32~~

winkeep 220 lbs Heavy D With 75L Extra Large Sh Utility Cart Upgraded R

⭐⭐⭐⭐⭐ 16

2-day shipping

💬 **Notice unusual marketplace activity?** <u>Report</u>

We'd love to hear what you think!

**Give feedback**

All Departments    Store Directory    Careers    Our Company    Sell on Walmart.com    Help

COVID-19 Vaccine Scheduler    Product Recalls    Accessibility    Tax Exempt Program    Get the Walmart App

Sign-up for Email    Terms of Use    Privacy & Security    CA Privacy Rights    California Supply Chain Act

Do Not Sell My Personal Information    Request My Personal Information

© 2022 Walmart. All Rights Reserved.

**Exhibit 29**
**Page 53**

Case 2:21-cv-04758-JVS-JDE   Document 38-4   Filed 03/24/23   Page 55 of 73   Page ID
#:1928



| | | | | | |
|---|---|---|---|---|---|
| ☰ **Departments** | ○○ **Services** | 🔍 | Reorder **My Items** | Sign In **Account** | 🛒 0 $0.00 |

🏠 Laguna Niguel Store | 📍 Aliso Viejo, 92656

Home / Storage & Organization / Drawers & Carts













Clearance

winkeep

**winkeep Shopping Grocery Foldable Cart Stair Climber Car 220 lbs Capacity With Adjustable Bungee Cord**

**$47.99** ★★★★★ (4.8) 18 rev

~~$64.32~~ ⓘ

Add to cart

🚚 Free shipping, **arrives by Thu, Feb 17** to Aliso Viejo, 92656

**Want it faster?**
Add an address to see options

🏪 Sold by Caper Bro. | shenzhenshikuayuefeimaoyiyouxiang **Fulfilled by Walmart**
★★★☆☆ 4 seller reviews

🏷️ Free 90-Day returns    Details

🎁 Add to list | Add to registry

## About this item

### Product details ⌃

winkeep portable folding shopping cart upgraded extra large wheels & platform with cushion handles to improve loading capacity and save effort, more pockets for large storage. It is suitable for Heavy loading, climbing stairs and meet your various needs.

**Exhibit 29
Page 54**

- ★ **Stronger Frame Structure & Super Loading Capacity** ★ - Upgrade sturdy materials to make base & main frames.The metal shopping cart capable of carrying 220 lbs
- ★ **Oversized Loading Capacity** ★ - The portable grocery cart's shopping bag with more pockets. One 75L black bag,contains 5 pockets.
- ★ **Offer Adjustable Bungee Cord** ★ -The adjustable bungee cord will make transportation safer. It is very useful match with the Shopping Cart.
- ★ **Easy Install & Folding Grocery Cart** ★ - The metal shopping cart will come with an installation manual, and a detailed video instructions. This Laundry utility cart can be easily folded, which is very convenient for you to carry.
- ★ **Maneuverability Shopping Cart Wheels** ★ - The cart wheel made of sturdy rubber and heavy duty material that can easily use on various terrains.

Please Note: After install the wheel, please try to pull out the wheel to ensure the wheel is fixed on the axle groove

Specifications:

- Name：winkeep shopping cart
- Materials：Stainless steel
- Expand Size：44*19*18 inches
- Folding size：25*16*11 inches
- Shopping bag size：15*11*24 inches
- Platform size：18*12 inches

Package included:

- 1 x Shopping Bag
- 1 x Adjustable Bungee Cord
- 1 x Shopping Cart Frame
- 2 x Wheels
- 1 x Shopping Cart Axle
- 2 x Small Tubes

- Our upgraded foldable grocery cart wheels are larger than other grocery carts
- Designed with special tri-wheel, make up and down stairs more easily
- when loading heavy things.our Heavy duty stair climb cart wheels can bear heavier things.
- The premium rubber cart wheel material ensures quiet and stable loading.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

---

## Specifications ⌃

### Features

Grocery Carts for Seniors on Sale

**Exhibit 29**
**Page 55**

---

Walmart+  **Get free delivery, shipping and more***

*Restrictions apply  Start 30-day free trial

Sponso

$67.99

dbest
Trolley
Moroc

★★★

3+ day

**Brand**

winkeep

**Color**

Ash

**Manufacturer**

Winkeep

**Assembled Product Weight**

9.11 lb

**Manufacturer Part Number**

WM2-HW230

**Assembled Product Dimensions (L x W x H)**

22.44 x 14.17 x 4.72 Inches

Warnings ⌃

WARNING - California Proposition 65

None

💬 <u>Report incorrect product information</u>

## Popular items in this category

Bestselling items that customers love

Best seller



Options



Options

Add

Sponsored

From $25.48

Sterilite 3 Drawer Wide Weave Tower Plastic, Cement

★★★★½ 4408

From $55.00

Sterilite Plastic 4 Drawer Wide Weave Tower Espresso

★★★★½ 3402

$19.00 $28.99

Honey Can Do Rolling Cart for Items, White

★★★★☆ 480

**Exhibit 29**
**Page 56**

2/14/22, 3:46 PM    winkeep Shopping Grocery Foldable Cart Stair Climber Car 220 lbs Capacity With Adjustable Bungee Cord - Walmart.com

Case 2:21-cv-04758-JVS-JDE   Document 38-4   Filed 03/24/23   Page 58 of 73   Page ID #:1931

Pickup    Delivery                    Pickup    Delivery                    2-day shipping

2-day shipping                        2-day shipping

---

Earn **5% cash back** on Walmart.com    Learn how

---

## Products you may also like                                    Sponsored







+ Add                       + Add                       + Add

**$63.99**                  **$67.99**                  **$59.99**

dbest products Trolley      dbest products Trolley      Foldable Utility
Dolly, Red Shopping         Dolly, Moroccan Tile        8 Wheels, Stair
Grocery Foldable Cart       Shopping Grocery...         Collapsible Rol

★★★★½ 55                    ★★★★½ 43                    3+ day shipping

3+ day shipping             3+ day shipping

## Customer reviews & ratings

# 4.8 out of 5

★★★★★ (18 reviews)

5 stars     17
4 stars     0
3 stars     0
2 stars     0
1 star      1

See all reviews    Write a review

**Exhibit 29**
**Page 57**

**Most helpful positive review**

VS

**Most helpful negative review**

★★★★★

Perfect for...

When I received this cart, I thought thewrong item had been sent. It was small and light. But when I unfolded the cart, I could see it was the right item. This cart is the right size and weight for seniors to use with ease. It goes up and down stairs easily and the bag is easy to remove for carrying soda or water instead of groceries. I don't drive and this is going to be such a big help going to the store.

Isabel

★☆☆☆☆

Came broke

I like because looks heavy, but that's came broke, so I need use very carefully

Charito

**Exhibit 29**
**Page 58**

★★★★★                                    12/14/2021

### Perfect for Seniors

When I received this cart, I thought thewrong item had been sent. It was small and light. But when I unfolded the cart, I could see it was the right item. This cart is the right size and weight for seniors to use with ease. It goes up and down stairs easily and the bag is easy to remove for carrying soda or water instead of groceries. I don't drive and this is going to be such a big help going to the store.

Isabel

★★★★★                                    12/7/2021

### Wonderful Trolly

Best investment!!...i moved into an apartment on the first floor....i can unload my groceries into my Trolley Dolly and roll right in...it holds a lot!!!...I actually have a whole watermelon and 2-6 packs of water among other things!!!!It's very sturdy and very well made!!..I sent one to my daughter...who loves it also!!

Elvira

★★★★★                                    12/16/2021

### What a great cart

I searched and searched for something that wasn't going to fall apart when I was bringing it upstairs fully loaded. Super easy to assemble and I love it. I had it packed down with groceries, anything bigger would have been too much! Climbed the stairs to my apartment with ease, I took it slow because it was my first time using it and it was FULL! I will keep it in my car at all times. The only con on this cart is once it's folded you can't stand it up against the wall, it will roll and fall, so I hang mine

Madeline

★★★★★                                    12/16/2021

### Foldable Cart

I use it for everything. I had a ton of magazines that needed to go to dumpster. You know they would be heavy to carry, put them in my cart one at a time and it was so easy to take to the trash, also used it after taking the bag off to put trash bags stacked and off to the trash again. Put the bag back on, grocery delivery and the groceries in my cart and brought in and then to the kitchen. Oh my gosh it was so easy; fold down and put away . the wheels roll over rough places and even grassy places like a charm. Stairs are not a problem for this cart. I love it.

Olive

**Exhibit 29
Page 59**

2/14/22, 3:46 Winkeep Shopping Grocery Foldable Cart Stair Climber Car 220 lbs Capacity With Adjustable Bungee Cord - Walmart.com

Case 2:21-cv-04758-JVS-JDE Document 38-4 Filed 03/24/23 Page 61 of 73 Page ID #:1934

★★★★★ 12/22/2021

Best money I've spent in a...

I'm 63 with a hinky knee from a previous injury. 10 fairly steep steps from street parking to front door. Works like a champ even loaded with fairly heavy grocery load. Also use it to haul laundry to basement. It is very stable and easy to control on steps both up and down so I can still use the handrail. Works great on flat sidewalk, gravel, loose dirt too if it isn't TOO heavy. The bag is heavy duty canvas and well contructed. Without the bag its easy to carry moderate size/ weight boxes on steps as well. If I would change anything it would be heavier duty ""tires"". These are plastic and I know they will eventually have to replace them, but for the reasonable price I paid

Treyvon

Exhibit 29
Page 60

See all reviews

## Related pages

Plastic Drawers

Tstak Drawer

Top Rated Products in Drawers & Carts

Quik Cart

Jobox Drawer

Goat Carts

Plastic Storage Drawers & Carts

Filing Cabinets

Sterilite

Teens' Drawers & Carts

File Cabinets

Dorm Storage

💬 **Notice unusual marketplace activity?** Report

We'd love to hear what you think!

**Give feedback**

All Departments    Store Directory    Careers    Our Company    Sell on Walmart.com    Help

COVID-19 Vaccine Scheduler    Product Recalls    Accessibility    Tax Exempt Program    Get the Walmart App

Sign-up for Email    Terms of Use    Privacy & Security    CA Privacy Rights    California Supply Chain Act

Do Not Sell My Personal Information    Request My Personal Information

© 2022 Walmart. All Rights Reserved.

**Exhibit 29
Page 61**

Case 2:21-cv-04758-JVS-JDE Document 38-4 Filed 03/24/22 Page 63 of 73 Page ID #:1936



| | Departments | Services | | Reorder My Items | Sign In Account | 🛒 0 $0.00 |

Laguna Niguel Store  |  📍 Aliso Viejo, 92656

Home / Luggage & Travel / Travel Accessories / Luggage Carts












**Clearance**

winkeep

**winkeep Shopping Trolley, 2in1 Folding Shopping Cart 75l Capacity with Adjustable Bungee Cord**

**$40.99** $54.94  ⓘ

Add to cart

🚚 Free shipping, **arrives by Thu, Feb 24** to
Aliso Viejo, 92656

**Want it faster?**
Add an address to see options
More options

🛍 Sold and shipped by Caper Bro. | shenzhenshikuayuefeimaoyiyouxian

★★★☆ 4 seller reviews

📦 Free 30-Day returns    Details

♡ Add to list          🎁 Add to registry

## About this item

### Product details                                    ⌃

- Unlike plastic wheels, Larger 3 rubber wheels for labor saving & stability & noiseless
- The wheels is 31cm tall, it suitable for all kind of stairs and makes stair climbing more easily, labor saving up

**Exhibit 29**
**Page 62**

2/14/22, 4:03 PM    Winkeep Shopping Trolley 2in1 Folding Shopping Cart 75l Capacity with Adjustable Bungee Cord - Walmart.com

Case 2:21-cv-04758-JVS-JDE Document 38-4  Filed 03/24/22  Page 64 of 73  Page ID #:1937

- **Super loading 50kg & 75l extra large capacity waterproof shopping bag,**
- **It can be installed in minutes without any tools and also can be folded into small size.**
- **Bonus adjustable bungee cord:We offering you an unique adjustable bungee cord on the market**
- **It will be a very pleasant gift for the elderly, people with back problems and pregnant women with their weekly shopping.**

Specific

- **2in1 Folding Shopping Cart with Adjustable Bungee Cord**
- **Brand:Winkeep**
- **Package Dimensions:55 x 35 x 16 cm; 8.82lb**
- **Bag Capacity:75 litres**
- **Colour:Blue**
- **Material Type:Stainless Steel**

- It suitable for all kind of stairs and makes stair climbing more easily
- Can carry heavy duty & large size item up to 50kg.
- With extra large capacity waterproof shopping bag
- It will be a very pleasant gift for the elderly, people with back problems and pregnant women with their weekly shopping.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

---

## Specifications ⌃

**Manufacturer Part Number**

WM1-HW231

**Brand**

winkeep

**Assembled Product Dimensions (L x W x H)**

22.80 x 21.26 x 4.80 Inches

---

Warranty ⌄

---

💬 Report incorrect product information



Earn **5% cash back** on Walmart.com    Learn how

**Exhibit 29**
**Page 63**

## Products you may also like

Sponsored



| | | |
|---|---|---|
| + Add | + Add | + Add |
| $24.99 | $18.99 | $17.97 |
| Vacpack Space Saver Bags,8 Pack Jumbo Vacuum Storage Bags... | Medium Compression Packing Organizers High Capacity Travel Luggage... | 19x15x4.5 Foldi Reusable Groce Eco-Friendly Li |
| 3+ day shipping | 2-day shipping | 2-day shipping |

## Customer reviews & ratings

☆☆☆☆☆  (0 reviews)

Write a review

This item doesn't have any reviews yet.

💬 **Notice unusual marketplace activity?** Report

We'd love to hear what you think!

**Give feedback**

COVID-19 Vaccine Scheduler    Product Recalls    Accessibility    Tax Exempt Program    Get the Walmart App

Sign-up for Email    Terms of Use    Privacy & Security    CA Privacy Rights    California Supply Chain Act

Do Not Sell My Personal Information    Request My Personal Information

© 2022 Walmart. All Rights Reserved.

Exhibit 29
Page 65

2/14/22, 4:00 PM
winkeep Upgraded Shopping Trolley, 2in1 Folding Shopping Cart 75l capacity & Hand Truck Super Loading 50kg Labor Saving for Stair Clim…

Case 2:21-cv-04758-JVS-JDE Document 38-4 Filed 03/24/22 Page 67 of 73 Page ID #:1940

**bigamart**



USD

+

# winkeep Upgraded Shopping Trolley, 2in1 Folding Shopping Cart 75l Capacity & Hand Truck

**Exhibit 29
Page 66**

2/14/22, 4:00 PM  Winkeep Upgraded Shopping Trolley, 2in1 Folding Shopping Cart 75l Capacity... Hand Truck Super Loading 50kg Labor Saving for Stair Clim…

Case 2:21-cv-04758-JVS-JDE  Document 38-4  Filed 03/24/22  Page 68 of 73  Page ID #:1941

# Super Loading 50kg Labor Saving for Stair Climbing with Adjustable Bungee Cord, 3 Large Noiseless Wheels

**$119.99**

▼

---

✔【2 in 1 Shopping trolley & Hand Truck】-Buying a Winkeep shopping trolley is equivalent to get a hand truck at the same time. The upgrade platform is larger&higher than other sellers on the market(other seller's wheel is higher than the platform makes the loading space is to narrow for big items), our trolley makes it to withstand the heavier weight cargo and hold heavy duty item.

✔【Larger 3 Rubber Wheels for Labor Saving & Stability & Noiseless】–Unlike plastic 3 wheels, our shopping cart wheels are made of rubber, wear-resistant but noiseless. The wheels is 31cm tall, it suitable for all kind of stairs and makes stair climbing more easily, labor saving up to 22kg(with our shopping trolley you will feel more easier even carrying the same groceries). Larger wheels design has a better performance of stability than other small wheels.

✔【Super loading 50kg & 75L Capacity Bag】–Adopt high quality rust resistant and sturdy metal construction to make the stair cart steel frame, can carry heavy duty & large size item up to 50kg. With extra

USD



Exhibit 29
Page 67

2/14/22, 4:00 PM    Winkeep Upgraded Shopping Trolley, 2in1 Folding Shopping Cart 75l Capacity Hand Truck Super Loading 50kg Labor Saving for Stair Clim…

Case 2:21-cv-04758-JVS-JDE   Document 38-4   Filed 03/24/22   Page 69 of 73   Page ID #:1942

large capacity waterproof shopping bag, contains 6 pockets for easy storage and organize. It can be installed in minutes without any tools and also can be folded into small size.

✔【Bonus Adjustable Bungee Cord】 –We offering you an unique adjustable bungee cord on the market, it is very practical for transportation. You can freely & easily adjust the length of the elastic cord to secure the cargo, whether it is a large or small size item, it can easily control and securely hold your item without moving.

✔【Suitable for All Kinds of Pavement】- Our folding shopping cart can lift all your belongings upstairs, downstairs or uneven paths, cobblestones ground, broken crosswalks, lawn, stairs step can be easily and smoothly used. It will be a very pleasant gift for the elderly, people with back problems and pregnant women with their weekly shopping.

USD



| 1 | |
|---|---|

Buy now 

— OR —

Add to cart

**International Express shipping available**

**30 day easy returns**

Exhibit 29
Page 68

**Guaranteed Safe Checkout**



**Description**          **Additional information**

Winkeep Shopping Trolley Make Your Life Easier

★Extra large & super loading stairs climber With larger storage space, bigger platform area, can hold heavy duty & large size item. The trolley makes transportation and storage easy, pain-free and hassle-free.

★Rust resistant and sturdy metal construction High quality material to make the stair cart steel frame, durable and lasting. 3 wheels design, labor saving 22kg and no noise, it's perfect for carrying groceries, luggage and laundry on the stairs.

★Adjustable Bungee Cord It is very useful match with the cart. You can freely adjust the length of the bungee cord to fix the cargo. can firmly hold your items without moving. Perfect for carrying potted plants, large-size boxes, heavy stuff, packages, goods and so on

★Detachable multi-functional shopping trolley It can be used as a shopping cart, shopping cart, utility cart, folding cart and overall special cart on wheels.

★Foldable shopping cart It is for compact storage or it can become your easy to use portable while on the go. Whether you are running errands, shopping, moving boxes of supplies this dolly can help you carry it all!

Specifications: Expand Size：44*19*18 inches Folding size：25*16*11 inches Shopping bag size：15*11*24 inches Platform size：18*12 inches

Package included: 1 x Shopping Bag 1 x Adjustable Bungee Cord 1 x Shopping Cart Frame 2 x Tri-wheels 1 x Shopping Cart Axle 2 x Small Tubes

USD

SKU:  B07T3LN94R

Category:  Cooking & Dining

Tags:  Cooking & Dining, Kitchen Storage & Organisation, Shopping Bags & Baskets, Shopping Trolley

Exhibit 29
Page 69

# Latest Reviews

## Great purse

February 10, 2022

I love the purse! It has a lot of pockets and a place for everything I carry.

*Mary*

## Outstanding service

February 1

It has been a very long time I last had this grea experience. Thank you! I think I got daily upda as to where the package is.

*Adele*

USD



# Related products

Exhibit 29
Page 70

COOKING & DINING

**Wobekuy 2 Pcs Wheel Shopping Service Cart Stool Caster Replacement**

$37.99

| 1 | Add to cart |

COOKING & DINING

**Chipolo Red, 38x7mm**

$80.99

| 1 | Add to cart |

USD

COOKING & DINING

**Colombo Rolly 2 Wheel Shopping Trolley, Polyester, Random Colour: Black or Blue,...**

$75.99

| 1 | Add to cart |

COOKING & DINING

**Fuoliystep Folding Shopping Trolley,Shopping Trolley Bag 2 Wheels,...**

$48.99

| 1 | Add to cart |

+

⊙ **Worldwide shipping**

Express tracked courier available

⇄ **Easy 30 days returns**

30 days money back guarantee

⊙ **Customer Support**

Exhibit 29
Page 71

2/14/22, 4:00 PM  Winkeep Upgraded Shopping Trolley, 2in1 Folding Shopping Cart 75l Capacity Hand Truck Super Loading 50kg Labor-saving for Stair Clim…

Case 2:21-cv-04758-JVS-JDE  Document 38-4  Filed 03/24/22  Page 73 of 73  Page ID #:1946

24/7 support available

🔒 **100% Secure Checkout**

Visa, Mastercard, Amex, Google Pay & Apple Pay

## About

Privacy Policy

Terms and Conditions



## Help

Customer Help & FAQ

Contact Us

Request a Return

© Bigamart 2021

USD

✚

>

**Exhibit 29**
**Page 72**