Tianyu Ju, Esq.
Glacier Law LLP
9660 Flair Dr., Suite 328
El Monte, CA 91731
Tel.:(626)727-8666
Fax: (626)727-9666
Email: iris.ju@glacier.law
Counsel for Plaintiff
Guangzhou Yucheng Trading Co., Ltd.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGZHOU YUCHENG TRADING CO., LTD., a foreign limited liability company,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>DBEST PRODUCTS, INC., a California corporation,<br><br>Defendant/ Counterclaim Plaintiff. | Case No. 2:21-cv-04758-JVS-JDE<br><br>**JOINT STIPULATION CONTINUING HEARING DATE**<br><br>1. Hearing Date: April 7, 2022<br>2. New Hearing Date: April 14, 2022 |

Plaintiff Guangzhou Yucheng Trading Co., Ltd. ("Plaintiff") and Defendant dbest products, Inc ("Defendant"), together the "Parties", through undersigned counsel of record hereby stipulate to continue hearing date. In support thereof, the Parties state as follows:

WHEREAS, on June 10, 2021, Plaintiff filed Case No. 2:21-cv-04758-JVS-JDE against Defendant. (Dkt. 1).

1  WHEREAS, on March 14, 2022, the Parties filed Joint Stipulation under Local Rule 37-2 setting the hearing for Defendant's Motion to Compel and for Sanctions to April 7, 2022. (Dkt. 33).

WHEREAS, on March 30, 2022 and April 1, 2022, Plaintiff filed the Request for the Substitution of Attorney (Dkt. 42 & 44), which was granted on April 1, 2022 (Dkt. 45).

WHEREAS, due to the scheduling conflict of the newly retained attorney on April 7, 2022, Plaintiff has requested, and Defendant has agreed to, continue the Hearing to April 14, 2022.

IT IS HEREBY STIPULATED AND AGREED, and the Parties request, the Court enter the following schedule: For the Hearing on Defendant's Motion to Compel Responses to Discovery and Sanctions set to April 14, 2022.

DATED: April 4, 2022      Respectfully Submitted,

/s/ Ehab M. Samuel
Ehab M. Samuel (SBN 228296)
esamuel@hdmnlaw.com
David A. Randall (SBN 156722)
dave@hdmnlaw.com
Sepehr Daghighian (SBN 239349)
sd@hdmnlaw.com
HACKER DAGHIGHIAN MARTINO & NOVAK P.C.
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel.: (310) 887-1333
Fax: (310) 887-1334

**Attorney for Defendant**
**dbest products, Inc**

-2-
JOINT STIPULATION

**GLACIER LAW LLP**

 /s/ Tianyu Ju
Tianyu Ju (SBN 323817)
9660 Flair Dr., Suite 328
El Monte, California 91731
Telephone: 312.448.7772
Facsimile: 312.801.4587
Email: iris.ju@glacier.law
***Attorney for Plaintiff***
***Guangzhou Yucheng Trading Co., Ltd.***

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4, I have obtained the authorization from the above signatories representing Defendant to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 4, 2022.

                 */s/ Tianyu Ju*
                 Tianyu Ju