UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  2:21-cv-04758-JVS (JDEx)                                          Date  April 25, 2022

Title  Guangzhou Yucheng Trading Co. v. Dbest Products, Inc.

Present: The Honorable  **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

**Proceedings:**    **Claim Construction Hearing**

    Cause is called for hearing and counsel make their appearances. Counsel submit on the tentative ruling with a correction as reflected in the notes of the court reporter.

:  05

Initials of Preparer  lmb