Tianyu Ju, Esq.
Glacier Law LLP
9660 Flair Dr., Suite 328
El Monte, CA 91731
Tel.:(626)727-8666
Fax: (626)727-9666
Email: iris.ju@glacier.law
Counsel for Plaintiff and Counterclaim Defendant
Guangzhou Yucheng Trading Co., Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGZHOU YUCHEN TRADING CO., LTD., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> DBEST PRODUCTS, INC., <br><br> Defendant/Counterclaim Plaintiff. | Case No. 2-21-cv-04758-JVS-JDE <br><br> **PLAINTIFF/COUNTERCLAIM DEFENDANT'S ANSWER TO COUNTERCLAIM** |

Plaintiff/Counterclaim-Defendant Guangzhou Yucheng Trading Co., Ltd. ("GYT" or "Counterclaim-Defendant"), through its counsel, hereby responds to the Counterclaims, dated April 23, 2022 (ECF No. 57, "Counterclaims") of Defendant/Counterclaim-Plaintiff DBest Products, Inc. ("DPI" or "Counterclaim- Plaintiff") as set forth below. In response to all paragraphs of the Counterclaims, GYT denies each and every allegation except as expressly admitted herein.

**NATURE OF ACTION**

1. GYT admits that DPI purports to allege a claim for patent infringement of U.S. Patent No. 9,233,700, trademark infringement, trademark infringement, unfair competition and false designation of origin, and common law trademark infringement and passing off. GYT denies the remainder of the allegations of paragraph "1" of the Counterclaims.

## PARTIES

2. Denies in that it presently lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

3. Denies in that it presently lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

4. Denies in that it presently lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

5. GYT admits that the '700 Patent was issued on January 12, 2016 and is entitled "PORTABLE CART WITH REMOVABLE SHOPPING BAG." GYT denies the remaining allegations in paragraph "5" of the Counterclaims in that it presently lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

6. Denies.

7. Denies in that it presently lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

8. Denies in that it presently lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

9. Denies.

10. Admits.

11. Admits.

12. GYT Admits that it offers and sells products to customers and/or potential customers located in California and in this District, as well as elsewhere in the United States. GYT denies the remaining allegations in paragraph "12" of the Counterclaims.

## JURISDICTION AND VENUE

13. Admits.

14. Admits.

15. Admits.

16. GYT admits that it is subject to personal jurisdiction in this Court for purposes of this Action. GYT denies the remainder of the allegations of paragraph "16" of the Counterclaims.

## ACCUSED PRODUCTS

17. GYT admits that it has sold products under ASIN #s B07T63S2WP, B08CX9VXPT, and B07B4XSW9L on the Amazon.com platform. GYT denies the remainder of the allegation in paragraph "17" of the Counterclaims.

18. GYT admits that it has sold products under ASIN #s B07T63S2WP, B08CX9VXPT, and B07B4XSW9L on the Amazon.com platform. GYT admits that it has sold products under SKU JML-HW228, RYGM1-HW436, JML-HW231, RY-HW231, JML-HW230 on the Wlamart.com platform. Guangzhou denies the remainder of the allegations in paragraph "18" of the Counterclaims.

## INTENTIONAL AND WILLFUL INFRINGEMENT OF THE TROLLEY DOLLY® TRADEMARK

19. Denies.

20. Denies.

21. Denies in that it presently lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

22. Denies.

23. Denies.

24. Denies.

25. Denies.

26. Admits.

27. Denies.

28. Admits.

29. Admits.

30. Denies in that it presently lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

31. Denies.

32. Denies.

33. Denies in that it presently lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

34. Denies.

## COUNT I – PATENT INFRINGEMENT

35. GYT repeats and reiterates each and every one of the foregoing answers in response to the allegations made in paragraph 35 of the Counterclaims herein with the same force and effect as though set forth at length.

36. Denies.

37. Denies.

38. Denies.

39. Denies.

40. Denies.

41. Denies.

## PRAYER FOR RELIEF

Denies.

## AFFIRMATIVE DEFENSES

GYT incorporates by reference the foregoing paragraphs in their entirety and asserts the following affirmative defenses to the claims set forth in the Counterclaims. GYT reserves the right to allege additional Affirmative Defenses as they become known, and accordingly to amend this Answer.

## FIRST AFFIRMATIVE DEFENSE
**(Failure to State a Claim)**

The Counterclaims fail to state a claim upon which relief may be granted. In particular, the Counterclaims fail to provide any factual support for any of the claims from which the Court could conclude that GYT is liable for any claim.

### SECOND AFFIRMATIVE DEFENSE
### (Non-Infringement)

GYT has not infringed, nor is it infringing, the '700 Patent directly, indirectly, literally or under the doctrine of equivalents.

### THIRD AFFIRMATIVE DEFENSE
### (Invalidity)

The '700 Patent is invalid for failing to satisfy at least one of the requirements of patentability set forth in 35 U.S.C. §§ 101, 102, 103, and/or 112.

### FOURTH AFFIRMATIVE DEFENSE
### (Limitation of Damages)

DPI's claims for damages and costs are limited by 35 U.S.C. §§ 286, 287, and/or 288.

### FIFTH AFFIRMATIVE DEFENSE
### (Patent Misuse)

DPI's Counterclaims are barred, in whole or in part, by patent misuse. In particular, DPI improperly asserted the '700 Patent to submit false and defamatory statements to Amazon. The purpose of DPI's patent misuse is to stifle legitimate competition and maintain pricing for its shopping cart products on Amazon.

### SIXTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

DPI's action is barred, in whole or in part, under the doctrine of unclean hands. In particular, DPI's claims are barred by its own unlawful conduct.

### SEVENTH AFFIRMATIVE DEFENSE
### (Laches)

DPI's action is barred, in whole or in part, under the doctrine of waiver, stopper, laches, ratification and/or acquiescence.

# DEMAND FOR JURY TRIAL

GYT hereby requests a jury trial for all issues triable by jury.

Dated: May 8, 2022                                     Respectfully Submitted,

                                        By:    /s/ Tianyu Ju
                                               Tianyu Ju, Esq.
                                               Glacier Law LLP
                                               9660 Flair Dr., Ste 328
                                               El Monte, CA 91731
                                               iris.ju@glacier.law
                                               Tel: +1 (312) 448-7772
                                               Fax: +1 (312)-801-4587
                                               ***Attorney for Counterclaim Defendant***