Tianyu Ju, Esq.
Glacier Law LLP
9660 Flair Dr., Suite 328
El Monte, CA 91731
Tel.:(626)727-8666
Fax: (626)727-9666
Email: iris.ju@glacier.law
Counsel for Plaintiff and Counterclaim Defendant
Guangzhou Yucheng Trading Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGZHOU YUCHEN TRADING CO., LTD., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> DBEST PRODUCTS, INC., <br><br> Defendant/Counterclaim Plaintiff. | Case No. 2-21-cv-04758-JVS-JDE <br><br> **NOTICE OF ERRATA TO AFFIDAVIT OF ALLEY YE TO MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS** <br><br> JUDGE: JAMES V. SELNA <br> HEARING DATE: June 6, 2022 <br> TIME: 1:30 p.m. <br> COURTROOM: 10C |

## NOTICE OF ERRATA

**PLEASE TAKE NOTICE** Plaintiff/Counterclaim Defendant Guangzhou Yuchen Trading Co., Ltd. ("Counterclaim Defendant" or "GYT"), respectfully submits this Notice of Errata to its Affidavit of Alley Ye of Memorandum in support of its Motion to Dismiss, which was filed as Docket No. 60-1 on May 8, 2022.

The Affidavit of Alley Ye is not signed. GYT respectfully requests that the attached Affidavit of Alley Ye be filed in this matter to remedy the error in the previously filed document (Dkt. No. 60).

Dated: May 10, 2022                                    Respectfully Submitted,

                                                       By:    /s/ Tianyu Ju
                                                              Tianyu Ju, Esq.
                                                              Glacier Law LLP
                                                              9660 Flair Dr., Ste 328
                                                              El Monte, CA 91731
                                                              iris.ju@glacier.law
                                                              Tel: +1 (312) 448-7772
                                                              Fax: +1 (312)-801-4587
                                                              ***Attorney for Counterclaim Defendant***