Tianyu Ju, Esq.
Glacier Law LLP
9660 Flair Dr., Suite 328
El Monte, CA 91731
Tel.:(626)727-8666
Fax: (626)727-9666
Email: iris.ju@glacier.law
Counsel for Plaintiff and Counterclaim Defendant
Guangzhou Yucheng Trading Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGZHOU YUCHEN TRADING CO., LTD.,<br><br>   Plaintiff/Counterclaim Defendant,<br><br>   v.<br><br>DBEST PRODUCTS, INC.,<br><br>   Defendant/Counterclaim Plaintiff. | Case No. 2-21-cv-04758-JVS-JDE<br><br>**PLAINTIFF'S APPICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS RELATED TO THE RESPONSE TO DEFENDANT'S REQUEST FOR FEES**<br><br>Judge: John D. Early<br>Date: May 31, 2022<br>Time: 10:00 a.m.<br>Courtroom: 6A |

Pursuant to Local Rule 79-5.2.2, Plaintiff Guangzhou Yuchen Trading Co., Ltd. respectfully submits this Application for leave to file the following document under seal:

Unredacted Exhibit 1 to the response to Defendant Dbest Products Inc.'s request for fees.

Federal Rule of Civil Procedure 26(c)(7) authorizes a court to enter "any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including, to insure that, for good cause shown, "confidential research, development, or commercial information not be revealed or be revealed only in a designated way." Fed. R. Civ. P. 26(c). Accordingly, this Court may order that specified documents be filed under

seal. *Id*. Where a motion is "not related, or only tangentially related, to the merits of a case," accompanying motions to seal are subject to the "good cause" standard. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1098, 1099 (9th Cir. 2016).

Exhibit 1 is a screenshot of Plaintiff's Amazon account, which is produced with the designation "Highly Confidential –Attorney's Eyes Only," pursuant to the Protective Order entered in this case. Therefore, Plaintiff respectfully requests that the Court enter the concurrently filed Proposed Order permitting Plaintiff to file the above-referenced document under seal.

Dated: May 19, 2022                    Respectfully Submitted,

By:   /s/ Tianyu Ju
      Tianyu Ju, Esq.
      Glacier Law LLP
      9660 Flair Dr., Ste 328
      El Monte, CA 91731
      iris.ju@glacier.law
      Tel: +1 (312) 448-7772
      Fax: +1 (312)-801-4587
      **Attorney for Plaintiff**