Ehab M. Samuel (SBN 228296)
esamuel@hdmnlaw.com
David A. Randall (SBN 156722)
dave@hdmnlaw.com
Sepehr Daghighian (SBN 239349)
sd@hdmnlaw.com
**HACKLER DAGHIGHIAN MARTINO & NOVAK P.C**.
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel.: (310) 887-1333
Fax: (310) 887-1334

Attorneys for Defendant and Counterclaimant,
DBEST PRODUCTS, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGZHOU YUCHENG TRADING CO., LTD., a foreign limited liability company,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>DBEST PRODUCTS, INC., a California corporation,<br><br>Defendant/ Counterclaim Plaintiff. | Case No. 2:21-cv-04758-JVS-JDE<br><br>**ORDER CONTINUING HEARING DATE**<br><br>1. Hearing Date: June 6, 2022<br>2. New Hearing Date: June 13, 2022<br><br>JUDGE: JAMES V. SELNA<br>TIME: 1:30 p.m.<br>COURTROOM: 10C |

Pursuant to the parties' joint stipulation filed May 19, 2022, and good cause appearing therefor, the Court ORDERS that the hearing date on Plaintiff's Motion to Dismiss Counterclaim Plaintiff's Federal Trademark Infringement, Unfair Competition and False Designation of Origin, and Common Law Trademark

1  Infringement and Passing Off (Dkt. 60) is continued to June 13, 2022, that the
2  opposition papers are due May 22, 2022, and the reply papers are due May 30, 2022.

3
4  DATED: May 20, 2022

                                                */s/ James V. Selna*
5                                            United States District Judge James V Selna

[PROPOSED] ORDER CONTINUING
HEARING DATE ON PLAINTIFF'S MOTION TO DISMISS
Case No. 2:21-cv-04758-JVS-JDE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28