Tianyu Ju, Esq.
Glacier Law LLP
9660 Flair Dr., Suite 328
El Monte, CA 91731
Tel.: (312)448-7772
Fax: (312)801-4587
Email: iris.ju@glacier.law
Counsel for Plaintiff
Guangzhou Yucheng Trading Co., Ltd.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGZHOU YUCHENG TRADING CO., LTD., a foreign limited liability company,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>DBEST PRODUCTS, INC., a California corporation,<br><br>Defendant/ Counterclaim Plaintiff. | Case No. 2:21-cv-04758-JVS-JDE<br><br>**JOINT STIPULATION TO EXTEND SCHEDULING DATES** |

Plaintiff Guangzhou Yucheng Trading Co., Ltd. ("GYT") and Defendant dbest products, Inc ("DPI"), together the "Parties", through undersigned counsel of record hereby stipulate to move this Court to extend the scheduling dates. In support thereof, the Parties state as follows:

WHEREAS, on June 10, 2021, GYT filed Case No. 2:21-cv-04758-JVS-JDE against Defendant. (Dkt. 1).

WHEREAS, on June 11, 2021, the Court entered a Notice to Parties of Court – Directed ADR Program (Dkt. 7).

WHEREAS, on September 3, 2021, Parties filed the Joint Rule 26 Meeting Report, and selected ADR Settlement Procedure No. 1—use of a Magistrate Judge—for their settlement procedure selection, as set forth in Local Rule 16-15.4.

WHEREAS, on September 8, 2021, the Court entered an Order Re Scheduling Dates (Dkt. 26) setting the schedule.

WHEREAS, Parties will appear before the magistrate judge assigned to this case for settlement proceedings in August 2022, Parties agreed to extend all of the Scheduling dates two (2) months.

IT IS HEREBY STIPULATED AND AGREED, and the Parties request, the Court enter the following schedule:

| | |
|---|---|
| **Jury Trial** | **April 4, 2023 at 8:30 a.m.** |
| File Findings of Fact and Conclusions of Law | not later than March 27, 2023 |
| **File PreTrial Conference** | **March 21, 2023 at 8:30 a.m.** |
| File PreTrial Documents | not later than February 13, 2023 |
| File motions in limine | not later than January 16, 2023 |
| **Discovery Cut-off** | **September 1, 2022** |
| **Expert Discovery Cut-off** | **November 14, 2022** |
| Initial disclosure of Experts | not later than September 12, 2022 |
| Rebuttal disclosure of Experts | not later than October 14, 2022 |
| **Law and Motion Cut-off** | **January 16, 2023 at 1:30 p.m.** |
| Motions to be filed and served | not later than December 19, 2022 |

DATED: June 9, 2022              Respectfully Submitted,

**GLACIER LAW LLP**

/s/Tianyu Ju
Tianyu Ju (SBN 323817)

9660 Flair Dr., Suite 328
El Monte, California 91731
Telephone: 312.448.7772
Facsimile: 312.801.4587
Email: iris.ju@glacier.law
**Attorney for Plaintiff**
**Guangzhou Yucheng Trading Co., Ltd.**


/s/ Ehab M. Samuel
Ehab M. Samuel (SBN 228296)
esamuel@hdmnlaw.com
David A. Randall (SBN 156722)
dave@hdmnlaw.com
Sepehr Daghighian (SBN 239349)
sd@hdmnlaw.com
HACKER DAGHIGHIAN MARTINO &
NOVAK P.C.
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel.: (310) 887-1333
Fax: (310) 887-1334

**Attorney for Defendant**
**dbest products, Inc**

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4, I have obtained the authorization from the above signatories representing Defendant to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 9, 2022.

                                                         */s/ Tianyu Ju*
                                                        Tianyu Ju