Tianyu Ju, Esq.
Glacier Law LLP
9660 Flair Dr., Suite 328
El Monte, CA 91731
Tel.:(626)727-8666
Fax: (626)727-9666
Email: iris.ju@glacier.law
Counsel for Plaintiff and Counterclaim Defendant
Guangzhou Yucheng Trading Co., Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGZHOU YUCHEN TRADING CO., LTD.,<br><br>        Plaintiff/Counterclaim Defendant,<br><br>    v.<br><br>DBEST PRODUCTS, INC.,<br><br>        Defendant/Counterclaim Plaintiff. | Case No. 2-21-cv-04758-JVS-JDE<br><br>**PLAINTIFF/COUNTERCLAIM DEFENDANT'S ANSWER TO COUNTERCLAIMS** |

Plaintiff/Counterclaim-Defendant Guangzhou Yucheng Trading Co., Ltd. ("GYT" or "Counterclaim-Defendant"), through its counsel, hereby responds to the rest of Amended Counterclaims dated April 23, 2022 (ECF No. 57, "Counterclaims") of Defendant/Counterclaim-Plaintiff DBest Products, Inc. ("DPI" or "Counterclaim-Plaintiff") as set forth below. In response to all paragraphs of the Counterclaims, GYT denies each and every allegation except as expressly admitted herein.

///

///

## COUNT II – TRADEMARK INFRINGEMENT

42. GYT repeats and reiterates each and every one of the foregoing answers in response to the allegations made in paragraph 42 of the Counterclaims herein with the same force and effect as though set forth at length.

43. Denies in that it presently lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

44. Denies.

45. Admits.

46. Denies in that the activities complained in this pleading were committed by a third party, GYT presently lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

47. Denies.

48. Denies.

49. Denies.

50. Denies.

51. Denies.

## COUNT III – UNFAIR COMEPTITION AND FALSE DESIGNATION OF ORIGIN UNDER 15 U.S.C. § 1125(A)

52. GYT repeats and reiterates each and every one of the foregoing answers in response to the allegations made in paragraph 52 of the Counterclaims herein with the same force and effect as though set forth at length.

53. Denies.

54. Denies.

55. Admits.

56. Denies.

57. Denies in that the activities complained in this pleading were committed by a third party, GYT presently lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

58. Denies.

59. Denies.

60. Denies.

## COUNT IV – COMMON LAW TRADEMARK INFRINGEMENT AND PASSING OFF

61. GYT repeats and reiterates each and every one of the foregoing answers in response to the allegations made in paragraph 61 of the Counterclaims herein with the same force and effect as though set forth at length.

62. Denies in that it presently lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

63. Denies in that it presently lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

64. Denies.

65. Denies.

66. Denies.

67. Denies.

68. Denies.

## PRAYER FOR RELIEF

Denies.

## AFFIRMATIVE DEFENSES

GYT incorporates by reference the foregoing paragraphs in their entirety and asserts the following affirmative defenses to the claims set forth in the Counterclaims. GYT reserves the right to allege additional Affirmative Defenses as they become known, and accordingly to amend this Answer.

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

The Counterclaims fail to state a claim upon which relief may be granted. In particular, the Counterclaims fail to provide any factual support for any of the claims from which the Court could conclude that GYT is liable for any claim.

### SECOND AFFIRMATIVE DEFENSE

### (Non-Infringement)

GYT has not infringed, nor is it infringing, DPI's trademark directly, indirectly, literally or under federal or state law.

### THIRD AFFIRMATIVE DEFENSE

### (Laches)

DPI's action is barred, in whole or in part, under the doctrine of waiver, stopper, laches, ratification and/or acquiescence.

### FOURTH AFFIRMATIVE DEFENSE

### (No Damages)

DPI cannot establish that it has suffered any damages as a result of any of the conduct alleged in the Complaint.

### FIFTH AFFIRMATIVE DEFENSE

### (Lack of Irreparable Harm)

DPI is barred from seeking injunctive relief because it cannot show that it will suffer irreparable harm from GYT's alleged conduct because the alleged injury to DPI, if any, would be adequately compensated by damages.

### SIXTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

DPI's action is barred, in whole or in part, under the doctrine of unclean hands. In particular, DPI's claims are barred by its own unlawful conduct.

///

///

### SEVENTH AFFIRMATIVE DEFENSE

### (No Likelihood of Confusion)

DPI's counterclaims are barred in whole, or part, because GYT's alleged conduct has not caused consumer confusion and is not likely to cause confusion.

### EIGHTH AFFIRMATIVE DEFENSE

### (Innocent Infringement))

Even if GYT might has infringed any trademark interest allegedly held by DPI, GYT did so with innocent intent, and thus DBI cannot obtain damages for willful infringement and/or attorney's fees.

### DEMAND FOR JURY TRIAL

GYT hereby requests a jury trial for all issues triable by jury.

Dated: June 23, 2022                                Respectfully Submitted,

By:  /s/ Tianyu Ju
     Tianyu Ju, Esq.
     Glacier Law LLP
     9660 Flair Dr., Ste 328
     El Monte, CA 91731
     Iris.ju@glacier.law
     Tel: +1 (332)208-8882
     Fax: +1 (312)-801-4587
     **Attorney for Counterclaim Defendant**