Tianyu Ju, Esq. (SBN 323817)
Yu Hao Yao, Esq. (SBN 344022)
Glacier Law LLP
9660 Flair Dr., Suite 328
El Monte, CA 91731
Tel.:(626)727-8666
Fax: (626)727-9666
Email: iris.ju@glacier.law
          mickey.yao@glacier.law
Counsels for Plaintiff and Counterclaim Defendant
Guangzhou Yucheng Trading Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGZHOU YUCHEN TRADING CO., LTD., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> DBEST PRODUCTS, INC., <br><br> Defendant/Counterclaim Plaintiff. | Case No. 2-21-cv-04758-JVS-JDE <br><br> **PLAINTIFF'S APPICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS RELATED TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** <br><br> JUDGE: JAMES V. SELNA <br> HEARING DATE: November 14, 2022 <br> TIME: 1:30 p.m. <br> COURTROOM: 10C |

Pursuant to Local Rule 79-5.2.2, Plaintiff/Countecrlaim Defendant Guangzhou Yuchen Trading Co., Ltd. ("Plaintiff" or "GYT") respectfully submits this Application for leave to file the following document under seal:

    1. Unredacted Exhibit 13 to Plaintiff's Motion for Summary Judgment.

Federal Rule of Civil Procedure 26(c)(7) authorizes a court to enter "any order which justice requires to protect a party or person from annoyance,

embarrassment, oppression, or undue burden or expense, including, to insure that, for good cause shown, "confidential research, development, or commercial information not be revealed or be revealed only in a designated way." Fed. R. Civ. P. 26(c). Accordingly, this Court may order that specified documents be filed under seal. *Id*. Where a motion is "not related, or only tangentially related, to the merits of a case," accompanying motions to seal are subject to the "good cause" standard. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1098, 1099 (9th Cir. 2016).

Exhibit 13 is transcript of the deposition of Plaintiff's employee Liping Ye, which is produced with the designation "Confidential - Attorney's Eyes Only", pursuant to the Protective Order entered in this case. Therefore, Plaintiff respectfully requests that the Court enter the concurrently filed Proposed Order permitting Plaintiff to file the above-referenced document under seal.

Dated: October 17, 2022                             Respectfully Submitted,

                                                         By:   /s/ Tianyu Ju
                                                              Tianyu Ju, Esq.
                                                              Glacier Law LLP
                                                              9660 Flair Dr., Ste 328
                                                              El Monte, CA 91731
                                                              iris.ju@glacier.law
                                                              Tel: +1 (312) 448-7772
                                                              Fax: +1 (312)-801-4587
                                                              ***Attorney for Plaintiff***