# DENIED
## BY ORDER OF THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GUANGZHOU YUCHENG TRADING CO., LTD.**, a foreign limited liability company,<br><br>    Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>**DBEST PRODUCTS, INC.**, a California corporation,<br><br>    Defendant / Counterclaim Plaintiff. | Case No.: 2:21-cv-04758-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DBEST PRODUCTS, INC.'S EX PARTE APPLICATION FOR: (1) LEAVE TO FILE MOTION TO EXCLUDE UNTIMELY PLAINTIFF'S REBUTTAL EXPERT OPINIONS; AND (2) EXPEDITED HEARING DATE AND BRIEFING SCHEDULE**<br><br>**JUDGE:  JAMES V. SELNA** |

# [PROPOSED] ORDER

**THIS CAUSE** comes before the Court upon defendant and counterclaim plaintiff dbest products, Inc.'s ("dbest") *Ex Parte* Application for: (1) Leave to File Motion to Exclude Untimely Plaintiff's Rebuttal Expert Opinions; and (2) Expedited Hearing Date and Briefing Schedule (the "*Ex Parte* Application"). Dkt. No. ___.

The Court has carefully considered the *Ex Parte* Application and all related filings.

Accordingly, it is hereby **ORDERED and ADJUDGED** that:

1. dbest's *Ex Parte* Application is **GRANTED**;
2. dbest's Motion to Exclude Untimely Plaintiff's Rebuttal Expert Opinions ("Motion to Exclude") is deemed filed as of the date of this Order;
3. plaintiff and counterclaim defendant Guangzhou Yucheng Trading Co., Ltd. shall file its opposition to the Motion by November 1, 2022;
4. dbest shall file its reply brief by November 4, 2022; and
5. the hearing on the Motion to Exclude shall be set for November 14, 2022 at 1:30 p.m. in Courtroom 10C.

**IT IS SO ORDERED**.

Dated: October 26, 2022

**DENIED**
BY ORDER OF THE COURT

_____
Hon. James V. Selna
United States District Court
Central District of California