UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 21-04758JVS(JDEx) | Date | December 5, 2022 |
| Title | Guangzhou Yucheng Trading Company, Ltd v Dbest Products, Inc | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Yu-Hao Yao | Ehab Samuel, David Randall |

**Proceedings:** Motions Hearing

Cause is called for hearing and counsel make their appearances. The Court's tentative ruling is issued. Motions are argued. The Court rules as follows:

Daubert Motion to Exclude Certain Opinions of Plaintiff's Experte David G Smith[92] is GRANTED. Defendant Dbest Products, Inc's Motion to Strike Improper Invalidity Theories of Plaintiff's Expert David G Smith[93] is GRANTED. Defendant Dbest Products, Inc's Motion for Partial Summary Judgment on Plaintiff's Invalidity Defenses[94] is GRANTED. Plaintiff's Motion for Summary Judgment[96, 107] is argued and taken under submission. Plaintiff's Motion to Exclude the Testimony of Defendant's Infringement Expert Dr Glen Stevick's Report and Damages Expert Dr Matthew Farber's Report Based on the Walmart Produced Sales Data[99] is DENIED. Defendant Dbest Products, Inc's Motion for Partial Summary Judgment of Infringement[102] is GRANTED. Motion to Exclude Plaintiff's Untimely Rebuttal Expert Opinions[118] is GRANTED.

A separate order ruling on motions to issue.

| | : | 20 |
|---|---|---|
| Initials of Preparer | lmb | |