# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGZHOU YUCHENG TRADING CO., LTD., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> DBEST PRODUCTS, INC., <br><br> Defendant/Counterclaim Plaintiff. | Case No. 21-cv-04758-JVS-JDE <br><br> **[PROPOSED] FINAL PRETRIAL CONFERENCE ORDER** <br><br> JUDGE: JAMES V. SELNA <br> HEARING DATE: January 17, 2023 <br> TIME: 8:30 a.m. <br> COURTROOM: 10C |

Pursuant to Court's Minute Order Re Scheduling Dates (Dkt. 26), Plaintiff Guangzhou Yucheng Trading Co., Ltd ("GYT" or "Plaintiff") respectfully attaches hereto its Proposed Final Pretrial Conference Order.

DATED: December 12, 2022          Respectfully Submitted,

**GLACIER LAW LLP**

/s/Yu Hao Yao
Yu Hao Yao, Esq. (SBN 344022)
Tianyu Ju, Esq. (SBN 323817)
9660 Flair Dr., Suite 328
El Monte, California 91731
Telephone: 312.448.7772
Facsimile: 312.801.4587

Email: mickey.yao@glacier.law
iris.ju@glacier.law
**Attorneys for Plaintiff**
**Guangzhou Yucheng Trading Co., Ltd.**


/s/ Ehab M. Samuel

Ehab M. Samuel (SBN 228296)
esamuel@hdmnlaw.com
David A. Randall (SBN 156722)
dave@hdmnlaw.com
Sepehr Daghighian (SBN 239349)
sd@hdmnlaw.com
HACKER DAGHIGHIAN MARTINO &
NOVAK P.C.
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel.: (310) 887-1333
Fax: (310) 887-1334
**Attorney for Defendant**
**dbest products, Inc**

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4, I have obtained the authorization from the above signatories representing Defendant to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 12, 2022.

*/s/ Yu Hao Yao*
Yu Hao Yao

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December, 2022, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record.

.

Date: 12/12/2022                                             /s/ Yu Hao Yao
                                                                      Yu Hao Yao, Esq.
                                                                      mickey.yao@glacier.law
                                                                      Glacier Law LLP
                                                                      ***Attorney for Plaintiff***