# EXHIBIT 1

Tianyu Ju, Esq.
Yu Hao Yao, Esq
Glacier Law LLP
9660 Flair Dr., Suite 328
El Monte, CA 91731
Tel.:(312)448-7772
Fax: (312)801-4587
Email: iris.ju@glacier.law
       mickey.yao@glacier.law
Counsels for Plaintiff
Guangzhou Yucheng Trading Co., Ltd.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGZHOU YUCHENG TRADING CO., LTD., a foreign limited liability company,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>DBEST PRODUCTS, INC., a California corporation,<br><br>Defendant/ Counterclaim Plaintiff. | Case No. 2:21-cv-04758-JVS-JDE<br><br>**PLAINTIFF'S EXHIBIT LIST**<br><br>**Pretrial Conference:** January 17, 2023<br>**Time:** 8:30 a.m.<br>**Courtroom:** 10C<br><br>**Trial Date:** January 31, 2023 |

| No. | Description | Objection[1] | Date Identified | Date Admitted |
|---|---|---|---|---|
| P-1 | Plaintiff's complaint | | | |
| P-2 | GYT's Sales Data | | | |
| P-3 | GYT's Shopping Carts | | | |
| P-4 | Alley Ye's Deposition Transcript | H; FRCP 32; FRE 804 | | |
| P-5 | Dbest's subpoena to Walmart | | | |
| P-6 | Walmart's production regarding dbest's subpoena | | | |
| P-7 | Letter to dbest's counsel on May 10, 2021 | | | |

---

[1] The Parties' respective lists utilize the following objection codes: A - Authenticity; C - Composite Exhibit; D - Duplicate; H - Hearsay; LD - Untimely/Late Disclosure; P - Privilege; R - Relevance; UP - Fed. R. Evid. 403: Unfairly prejudicial; confusing the issues; misleading the jury; undue delay; wasting time; cumulative evidence; X - Incomplete.