# EXHIBIT 2

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **GUANGZHOU YUCHENG TRADING CO., LTD.**, a foreign limited liability company,<br><br>    Plaintiff / Counterclaim Defendant,<br>v.<br><br>**DBEST PRODUCTS, INC.**, a California corporation,<br>    Defendant / Counterclaim Plaintiff. | Case No.: 2:21-cv-04758-JVS-JDE<br><br>**DEFENDANT DBEST PRODUCTS, INC.'S EXHIBIT LIST**<br><br>JUDGE: JAMES V. SELNA |

| No. | Description | Objection[1] | Date Identified | Date Admitted |
|---|---|---|---|---|
| D-1 | U.S. Pat. No. 9,233,700 | | | |
| D-2 | GYT's Marketing Materials - Dep. Ex. DX-2 (GYT000620-50) | | | |
| D-3 | GYT's Amazon Winkeep Storefront page – dbest Dep. Ex. DX-3 | | | |
| D-4 | GYT's Amazon Winkeep Storefront page – dbest Dep. Ex. DX-4 | | | |
| D-5 | GYT's Amazon Winkeep Storefront page on wire cart – dbest Dep. Ex. DX-5 | | | |
| D-6 | Expert Report of Glen Stevick, Ph.D. | | | |
| D-7 | Amazon Webpage re Lenbest – dbest Dep. Ex. 7 | | | |
| D-8 | Image of carts shown in paras. 150-151 of D-6 | | | |
| D-9 | Expert Report of Matthew Farber, Ph.D. | | | |
| D-10 | Figs. 1-5 in Farber Report | | | |
| D-11 | dbest Dep. Ex. 11 – GYT000855 | | | |
| D-12 | [RESERVED] | | | |
| D-13 | Table 2 in Farber Report | | | |
| D-14 | Table 3 in Farber Report | | | |
| D-15 | Attachment A-1 to Farber Report | | | |
| D-16 | Attachment A-2 to Farber Report | | | |
| D-17 | Attachment B-1 to Farber Report | | | |
| D-18 | Attachment B-2 to Farber Report | | | |
| D-19 | Attachment B-3 to Farber Report | | | |

---

[1] The Parties' respective lists utilize the following objection codes: A - Authenticity; C - Composite Exhibit; D - Duplicate; H - Hearsay; LD - Untimely/Late Disclosure; P - Privilege; R - Relevance; UP - Fed. R. Evid. 403: Unfairly prejudicial; confusing the issues; misleading the jury; undue delay; wasting time; cumulative evidence; X - Incomplete.

| No. | Description | Objection[1] | Date Identified | Date Admitted |
|---|---|---|---|---|
| D-20 | Attachment B-4 to Farber Report | | | |
| D-21 | Attachment B-5 to Farber Report | | | |
| D-22 | Attachment B-6 to Farber Report | | | |
| D-23 | Attachment C-1 to Farber Report | | | |
| D-24 | Attachment C-2 to Farber Report | | | |
| D-25 | Attachment D-1 to Farber Report | | | |
| D-26 | Attachment D-2 to Farber Report | | | |
| D-27 | Farber Certain Materials Considered | | | |
| D-28 | USPTO Patent Assignment Record | | | |
| D-29 | Assignment of the '700 Patent | | | |
| D-30 | dbest – Kanchimi Settlement and Patent License Agreement | | | |
| D-31 | dbest – GGLT Patent License Agreement | | | |
| D-32 | Dbest – Katziela Patent License Agreement | | | |
| D-33 | dbest – Kanchimi 2022 Patent License Agreement | | | |
| D-34 | Anson (2010) – IP Valuation and Management (Chapter 14) | | | |
| D-35 | Razgaitis (2003) - Valuation and Pricing of Technology-Based Intellectual Property (Chapter 4) | | | |
| D-36 | Weil et al. (2007) - Litigation Services Handbook (Chapter 22) | | | |
| D-37 | Anson (2005) – Intellectual Property Valuation (Chapter 3) | | | |
| D-38 | dbest Trolley Dolly sales records 2020 | A/ UP | | |
| D-39 | dbest Trolley Dolly sales records 2022 | A/ UP | | |
| D-40 | dbest product profitability data | A/ UP | | |
| D-41 | GYT sales report – GYT000419 | | | |
| D-42 | Excerpt from GYT Ex. 13 – GYT00428-561 | | | |

| No. | Description | Objection[1] | Date Identified | Date Admitted |
|---|---|---|---|---|
| D-43 | Excel Spreadsheet on GYT 2019 Sales Data | | | |
| D-44 | Excel Spreadsheet on GYT 2020 Sales Data | | | |
| D-45 | Excel Spreadsheet on GYT 2021 Sales Data | | | |
| D-46 | dbest First Set of RFPs | | | |
| D-47 | dbest First Set of ROGs | | | |
| D-48 | GYT's 2022-01-07 Objs and Resp. to dbest's RFPs | | | |
| D-49 | GYT's 2022-01-07 Objs and Resp. to dbest's ROGs | | | |
| D-50 | GYT 2022-03-01 Suppl. Objs. And Resp. to dbest's RFPs | | | |
| D-51 | GYT 2022-03-01 Suppl. Objs. And Resp. to dbest's ROGs | | | |
| D-52 | Verification of Interrogatory Answers, dated March 2, 2022 | | | |
| D-53 | March 11, 2022 Decl. of Alley Ye – Dkt. 33-36 | | | |
| D-54 | Sales Records from Walmart | | | |
| D-55 | Richard Elden - LinkedIN profile | R | | |
| D-56 | Richard Elden – LinkedIN CV | R | | |
| D-57 | Prosecution History of the '700 Patent | | | |
| D-58 | Shark Tank Pitch – DBEST-001001 | | | |
| D-59 | dbest About Us webpage | | | |
| D-60 | dbest webpage on Shark Tank | | | |
| D-61 | After Shark Tank Update | | | |
| D-62 | dbest products after Shark Tank | | | |
| D-63 | Blue Trolley Dolly product | | | |
| D-64 | Patent Marking on Blue Trolley Dolly product | | | |
| D-65 | Red Trolley Dolly product | | | |
| D-66 | Patent Marking on Red Trolley Dolly product | | | |

| No. | Description | Objection[1] | Date Identified | Date Admitted |
|---|---|---|---|---|
| D-67 | Brown Trolley Dolly product | | | |
| D-68 | Patent Marking on Brown Trolley Dolly product | | | |
| D-69 | Blue Stair-Climber Trolley Dolly | | | |
| D-70 | Patent Marking on Blue Stair-Climber Trolley Dolly product | | | |
| D-71 | Red Stair-Climber Trolley Dolly product | | | |
| D-72 | Patent Marking on Red Stair-Climber Trolley Dolly product | | | |
| D-73 | Black Stair-Climber Trolley Dolly product | | | |
| D-74 | Stair Climber Bigger Trolley Dolly Marketing Material | | | |
| D-75 | Polka Dot Trolley Dolly | | | |
| D-76 | Reflective Trolley Dolly | | | |
| D-77 | Stair Climber Trolley Dolly Classic Patterns | | | |
| D-78 | Complaint Filed Against Amazon | | | |
| D-79 | Ex 6 to Complaint Against Amazon - Claim Chart 1 | | | |
| D-80 | Ex 7 to Complaint Against Amazon - Claim Chart 2 | | | |
| D-81 | Ex 8 to Complaint Against Amazon - Claim Chart 3 | | | |
| D-82 | dbest – Amazon NTD Settlement Agreement | | | |
| D-83 | Amazon Email to dbest re infringement complaint on numerous ASINs | | | |
| D-84 | dbest email to Amazon re ROYI | R/ UP | | |
| D-85 | Screenshot of Accused Product | R/ UP | | |
| D-86 | Email from Alley Ye to dbest re Trolley Dolly | UP | | |
| D-87 | Email from G. Sach to dbest, dated Nov. 29, 2019 | | | |

| No. | Description | Objection[1] | Date Identified | Date Admitted |
|---|---|---|---|---|
| D-88 | Email from G. Sach, dated May 3, 2021 | | | |
| D-89 | Email from W. Wang, dated Sept. 2, 2022 | | | |
| D-90 | Email from R. Elden, dated Mar. 16, 2020 re ROYI and Winkeep | | | |
| D-91 | Trolley Dolly® Federal Registration | | | |
| D-92 | Excerpt from GYT's Amazon Storefront webpage re wire cart – DBEST-000978 | R/ UP | | |
| D-93 | Lenbest Email to Amazon | R/ UP | | |
| D-94 | Email from Amazon dated 2019-11-13 – DBEST-00507 | | | |
| D-95 | Email from Amazon dated 2019-11-13 – DBEST-00508 | | | |
| D-96 | Email from Amazon dated 2019-11-14 – GYT000420 | | | |
| D-97 | Email from Amazon dated 2019-11-29 – GYT000421 | | | |
| D-98 | Winkeep on Walmart – DBEST-001296-1301 | R/ UP | | |
| D-99 | Winkeep on Walmart using Trolley Dolly mark – DBEST-001289-95 | R/ UP | | |
| D-100 | Accused Product on Walmart – DBEST-001401-07 | R/ UP | | |
| D-101 | Accused Product on Walmart – DBEST-001208-18 | R/ UP | | |
| D-102 | Accused Product on Walmart – DBEST-001408-13 | R/ UP | | |
| D-103 | Accused Product on Walmart – DBEST-001313-21 | R/ UP | | |
| D-104 | Accused Product on Walmart – DBEST-001414-21 | R/ UP | | |
| D-105 | Accused Product on Walmart – DBEST-001371-78 | R/ UP | | |

| No. | Description | Objection[1] | Date Identified | Date Admitted |
|---|---|---|---|---|
| D-106 | Accused Product on Walmart – DBEST-001434-41 | R/ UP | | |
| D-107 | Accused Product on Walmart – DBEST-001379-89 | R/ UP | | |
| D-108 | GYT Emails – GYT000653-854 | | | |
| D-109 | Email to GYT's counsel, dated March 8, 2022 re Amending Counterclaims with Attachment | | | |
| D-110 | C.V. of Glen Stevick, Ph.D. - Exhibit 1 of Stevick Report | | | |
| D-111 | Subpoena to Walmart | | | |