# Exhibit 5

Case 2:21-cv-04758-JVS-JDE   Document 145-6   Filed 12/26/22   Page 2 of 5   Page ID #:5735



# AIPLA 2021
## Report of the Economic Survey

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

**American Intellectual Property Law Association**
1400 Crystal Drive, Suite 600
Arlington, VA 22202

www.aipla.org



# Report of the Economic Survey 2021

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

Arlene Neal, Chair

September 2021

Prepared by:



**10097 Tyler Court, Suite 3 ◼ Ijamsville, Maryland 21754**
**TEL: (240) 268-1262 ◼ ARI@associationresearch.com**

# AIPLA Law Practice Management 2021 Economic Survey Participants

We would like to thank those who helped put together and review
this year's AIPLA Economic Survey:

**Arlene Neal**: Neal Bilbo, LLC – Chair of LPM Committee

**Nicholas Camillo**: Finnegan – Vice Chair of LPM Committee

**Ryan Dean**: Umberg Zipser, LLP, Co-Chair – Economic Survey Subcommittee

**John Gorecki**: Anderson Gorecki, LLP, Co-Chair – Economic Survey Subcommittee

**Anthony Venturino**: Vorys Sater Seymour and Pease, LLP – Board Liaison

---

## Economic Survey Subcommittee Members:

**Ryan Dean**: Umberg Zipser, LLP – Co-Chair

**John Gorecki**: Anderson Gorecki, LLP – Co-Chair

| | |
|---|---|
| **Ashraf Abdul-Mohsen**: ARI | **Megan Kirkegaard**: ARI |
| **Kaitlin Drake**: AIPLA | **Meghan Donohoe**: AIPLA |

---

©2021 AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION

ALL RIGHTS RESERVED. NO PART OF THIS BOOK MAY BE REPRODUCED OR TRANSMITTED IN ANY FORM OR BY ANY MEANS, ELECTRONIC OR MECHANICAL, INCLUDING PHOTOCOPYING, RECORDING, OR BY AN INFORMATION STORAGE AND RETRIEVAL SYSTEM, WITHOUT PERMISSION IN WRITING FROM THE PUBLISHER.

PROVIDED DIGITALLY TO MEMBERS COMPLIMENTARY
PRINTED COPIES OF THIS REPORT ARE AVAILABLE FROM AIPLA AT A COST OF $75 PER COPY FOR MEMBERS AND $495 PER COPY FOR NON-MEMBERS.

AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
1400 CRYSTAL DRIVE, SUITE 600
ARLINGTON VA 22202
(703) 415-0780
WWW.AIPLA.ORG

**Total Costs: Litigation-Patent Infringement, All Varieties by Location**

**Litigation-Patent Infringement, All Varieties <$1M Initial case management (000s) by Location (Q45Aa)**

| | | Location | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 48 | 2 | 5 | 2 | 3 | 3 | 5 | 3 | 1 | 1 | 9 | 4 | 3 | 3 | 4 |
| Mean (Average) | $57 | ISD | $34 | ISD | $75 | $53 | $33 | $37 | ISD | ISD | $56 | $63 | $75 | $118 | $51 |
| 10th Percentile 10% | $6 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $21 | ISD | $10 | ISD | ISD | ISD | $8 | ISD | ISD | ISD | $25 | $31 | ISD | ISD | $10 |
| Median (Midpoint) | $50 | ISD | $25 | ISD | $50 | $50 | $25 | $25 | ISD | ISD | $50 | $63 | $75 | $150 | $50 |
| Third Quartile 75% | $75 | ISD | $63 | ISD | ISD | ISD | $63 | ISD | ISD | ISD | $75 | $94 | ISD | ISD | $94 |
| 90th Percentile 90% | $150 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

**Litigation-Patent Infringement, All Varieties <$1M Inclusive of discovery, motions, and claim construction (000s) by Location (Q45Ab)**

| | | Location | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 45 | 2 | 5 | 1 | 3 | 3 | 6 | 2 | 1 | 1 | 8 | 4 | 3 | 2 | 4 |
| Mean (Average) | $369 | ISD | $520 | ISD | $542 | $317 | $283 | ISD | ISD | ISD | $344 | $250 | $400 | ISD | $413 |
| 10th Percentile 10% | $100 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $175 | ISD | $350 | ISD | ISD | ISD | $193 | ISD | ISD | ISD | $213 | $150 | ISD | ISD | $113 |
| Median (Midpoint) | $300 | ISD | $550 | ISD | $500 | $300 | $288 | ISD | ISD | ISD | $300 | $175 | $400 | ISD | $275 |
| Third Quartile 75% | $500 | ISD | $675 | ISD | ISD | ISD | $388 | ISD | ISD | ISD | $475 | $425 | ISD | ISD | $850 |
| 90th Percentile 90% | $690 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |

**Litigation-Patent Infringement, All Varieties <$1M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Location (Q45Ac)**

| | | Location | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 46 | 2 | 5 | 1 | 4 | 3 | 6 | 3 | 2 | 1 | 7 | 4 | 3 | 2 | 3 |
| Mean (Average) | $771 | ISD | $896 | ISD | $1,138 | $967 | $553 | $992 | ISD | ISD | $600 | $438 | $900 | ISD | $1,400 |
| 10th Percentile 10% | $193 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |
| First Quartile 25% | $338 | ISD | $565 | ISD | $250 | ISD | $380 | ISD | ISD | ISD | $350 | $200 | ISD | ISD | ISD |
| Median (Midpoint) | $675 | ISD | $850 | ISD | $725 | $750 | $650 | $300 | ISD | ISD | $700 | $275 | $900 | ISD | $900 |
| Third Quartile 75% | $900 | ISD | $1,250 | ISD | $2,438 | ISD | $750 | ISD | ISD | ISD | $750 | $838 | ISD | ISD | ISD |
| 90th Percentile 90% | $1,650 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD |