UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  2-21-cv-04758-JVS-JDE                              Date  January 6, 2023

Title  Guangzhou Yuchen Trading Co. v. DBest Prods. Inc.

Present: The Honorable  **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**  **[IN CHAMBERS] Order Regarding Motion to Allow Witness to Testify Via Contemporaneous Transmission [140]**

     Plaintiff Guangzhou Yucheng Trading Co., Ltd ("GYT") moves this Court to allow witness Alley Ye to testify via contemporaneous transmission at trial.  (Mot. 140).  Defendant DBest Products, Inc. ("Dbest") opposed.  (Opp'n 144).  GYT replied.  (Dkt. No. 146).  The Court shortened the hearing on the motion.  (Dkt. No. 142).  For the following reasons, the Court **DENIES** the motion subject to further showing.

     Federal Rule of Civil Procedure 43(a) permits a witness's testimony to be taken via "contemporaneous transmission from a different location" for good cause and "with appropriate safeguards."  Fed. R. Civ. P. 43(a).  GYT argues good cause exists because the witness, Alley Ye, is a Chinese citizen and is "uncertain" whether she can obtain a visa at the time of trial to travel to the United States.  (Mot. 5–6).  GYT acknowledges that Chinese law prohibits witnesses from testifying within the boarders of mainland China but does not prohibit a witness from testifying in Hong Kong or Macau, which are "special administrative regions" not subject to such prohibition.  (Reply 3); cf. Zhizheng Wang v. Hull, No. C18-1220RSL, 2020 WL 4734930, at *1–2 (W.D. Wash. June 22, 2020). GYT further reassures the Court that witness Ye has already been deposed remotely from Macau on September 3, 2022.  (Dkt. No. 144-1).

     However, GYT fails to submit any declarations from the witness or cites applicable Chinese regulations to its motion, without which the Court is unable to determine whether good cause exists.  Until GYT submits such evidence, particularly a declaration from the witness describing the "uncertainty" of her obtaining a visa to travel to the United States or whether she is able to travel to Macau or Hong Kong at the time of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2-21-cv-04758-JVS-JDE | Date | January 6, 2023 |
| Title | Guangzhou Yuchen Trading Co. v. DBest Prods. Inc. | | |

trial, the Court **DENIES** the motion subject to further showing.

    The Court **VACATES** the January 9, 2023, hearing. The Court finds that oral argument would not be helpful in this matter. Fed R. Civ. P. 78; L.R. 7-15.

    **IT IS SO ORDERED.**