# <u>EXHIBIT A</u>

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

## EXHIBIT A

### Table 1: Attorney Fees for Services Performed on or Before Nov. 30, 2022

| Timekeeper | Hourly Rate | | Hours Billed | | Billed | | Total Billed |
|---|---|---|---|---|---|---|---|
| | 2021 | 2022 | 2021 | 2022 | 2021 | 2022 | |
| Ehab M. Samuel | ▨ | ▨ | ▨ | ▨▨ | ▨▨▨ | ▨▨ | $270,405.00 |
| David A. Randall | ▨▨ | | ▨▨ | | ▨▨ | | $68,802.50 |
| Paul G. Novak | ▨▨ | | | ▨ | | ▨ | $15,310.00 |
| Elizabeth Rader | | ▨ | | ▨ | | ▨ | $54,664.50 |
| Katherine Fayne | | ▨ | | ▨ | | ▨ | $3,326.40 |
| Arti Bhimani | | ▨ | | ▨ | | ▨ | $3,220.00 |
| | | | | | | | **$415,728.40[1]** |

### Table 2: Attorney Fees for Services Performed in December 2022

| Timekeeper | Hourly Rate | Hours Billed | Billed |
|---|---|---|---|
| Ehab M. Samuel | ▨ | ▨ | $32,470.00 |
| David A. Randall | ▨ | ▨ | $16,350.00 |
| Elizabeth Rader | ▨ | ▨ | $9,834.00 |
| | | | |
| | | | **$58,654.00** |

---

[1] I acknowledge that there appears to be a minor discrepancy between the fees stated in my December 2022 declaration, Dkt. 132-1 at ¶ 5 ($415,578.20), and the tabulated fees in Table 1 ($415,728.40), which amounts to $150.20. It is unclear what time was unaccounted for in my December 2022 declaration.