# EXHIBIT B

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT B

## Table 3: Attorney Fees by Litigation Task

### ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM

| Timekeeper | Hourly Rate | Hours Worked | Total Billed |
|---|---|---|---|
| Ehab M. Samuel |  | | $2,320.00 |
| David A. Randall | | | $380.00 |

### INFRINGEMENT CONTENTIONS

| Timekeeper | Hourly Rate | Hours Worked | Total Billed |
|---|---|---|---|
| Ehab M. Samuel |  |  | $4,270.00 |
| David A. Randall | | | $630.00 |
| Elizabeth Rader | | | $330.00 |

### CLAIM CONSTRUCTION[1]

| Timekeeper | Hourly Rate | Hours Worked | Total Billed |
|---|---|---|---|
| Ehab M. Samuel |  | | $6,282.50 |
| David A. Randall | | | $10,027.50 |
| Paul G. Novak | | | $15,310.00 |

### FACT DISCOVERY

| Timekeeper | Hourly Rate | Hours Worked | Total Billed |
|---|---|---|---|
| Ehab M. Samuel |  | | $35,890.00 |
| David A. Randall | | | $10,092.50 |

---

[1] Time billed includes on Joint Claim Construction and Prehearing Statement (Dkt. 31), Opening Claim Construction brief (Dkt. 34), Responsive Claim Construction brief (Dkt. 41), and related meet and confers, as well as related Court hearing.

### MOTIONS TO COMPEL[2]

| Timekeeper | Hourly Rate | Hours Worked | Total Billed |
|---|---|---|---|
| Ehab M. Samuel | ▓ | ▓ | $39,610.00 |
| David A. Randall | ▓ | ▓ | $6,900.00 |
| Elizabeth Rader | ▓ | ▓ | $7,012.50 |
| Arti Bhimani | ▓ | ▓ | $3,220.00 |

### AMENDED COUNTERCLAIMS

| Timekeeper | Hourly Rate | Hours Worked | Total Billed |
|---|---|---|---|
| Ehab M. Samuel | ▓ | ▓ | $7,140.00 |
| David A. Randall | ▓ | ▓ | $3,100.00 |
| Elizabeth Rader | ▓ | ▓ | $7,260.00 |

### OPPOSITION TO GYT'S MOTION TO DISMISS

| Timekeeper | Hourly Rate | Hours Worked | Total Billed |
|---|---|---|---|
| Ehab M. Samuel | ▓ | ▓ | $1,827.50 |
| David A. Randall | ▓ | ▓ | $300.00 |
| Elizabeth Rader | ▓ | ▓ | $2,640.00 |

### SETTLEMENT/SETTLEMENT CONFERENCE

| Timekeeper | Hourly Rate | Hours Worked | Total Billed |
|---|---|---|---|
| Ehab M. Samuel | ▓ | ▓ | $15,907.50 |
| David A. Randall | ▓ | ▓ | $2,537.50 |

---

[2] Time billed includes on Joint Stipulation re Motion to Compel (Dkt. 33), responsive brief (Dkt. 38), further meet and confer per Magistrate's Order (Dkt. 48), and Joint Report re Motion to Compel (Dkt. 64).

### EXPERT DISCOVERY

| Timekeeper | Hourly Rate | Hours Worked | Total Billed |
|---|---|---|---|
| Ehab M. Samuel |  |  | $43,902.50 |
| David A. Randall | | | $13,750.00 |
| Elizabeth Rader | | | $1,155.00 |

### DAUBERT AND SUMMARY JUDGMENT MOTIONS[3]

| Timekeeper | Hourly Rate | Hours Worked | Total Billed |
|---|---|---|---|
| Ehab M. Samuel |  |  | $86,955.00 |
| David A. Randall | | | $20,150.00 |
| Elizabeth Rader | | | $26,928.00 |

### MOTIONS TO STRIKE[4]

| Timekeeper | Hourly Rate | Hours Worked | Total Billed |
|---|---|---|---|
| Ehab M. Samuel |  |  | $22,057.50 |
| David A. Randall | | | $2,150.00 |
| Elizabeth Rader | | | $6,682.50 |
| Katherine Fayne | | | $3,326.40 |

---

[3] Time billed includes on Joint Stipulation for Dismissal of Certain Defenses (Dkt. 90), dbest's *Daubert* Motion to Exclude Opinions of Ms. Smith (Dkt. 92), dbest's MSJ on GYT's Invalidity Defenses (Dkt. 94), dbest's MSJ on Literal Infringement (Dkts. 102-103); Appendix of Exhibits (Dkt. 104), dbest's Opposition to GYT's Motion to Exclude (Dkts. 112-114); dbest's Opposition to GYT's MSJ on Noninfringement and Invalidity (Dkt. 115-116); dbest's opposition to GYT's Motion to Exclude (Dkt. 112); dbest's Reply in support of *dbest's* MSJ on GYT's Invalidity Defenses (Dkt. 124) and on Infringement (Dkt. 125); and dbest's Reply in support of dbest's *Daubert* Motion (Dkt. 127).

[4] Time billed includes on dbest's Motion to Strike Improper Invalidity Theories of Plaintiff's expert, Mr. David G. Smith (Dkt. 93), Motion to Exclude Untimely Rebuttal Expert Report (Dkt. 118), and related reply briefs (Dkts. 121 and 130).

### MOTION RE REQUEST FOR BOND

| Timekeeper | Hourly Rate | Hours Worked | Total Billed |
|---|---|---|---|
| Ehab M. Samuel | ▓ | ▓ | $10,030.00 |
| David A. Randall | ▓ | ▓ | $1,350.00 |
| Elizabeth Rader | ▓ | ▓ | $3,844.50 |

### OPPOSITION TO GYT'S MOTION RE GYT'S REQUEST FOR REMOTE TESTIMONY OF ALLEY YE

| Timekeeper | Hourly Rate | Hours Worked | Total Billed |
|---|---|---|---|
| Ehab M. Samuel | ▓ | ▓ | $5,312.50 |
| David A. Randall | ▓ | ▓ | $950.00 |

### CASE STRATEGY/MANAGEMENT

| Timekeeper | Hourly Rate | Hours Worked | Total Billed |
|---|---|---|---|
| Ehab M. Samuel | ▓ | ▓ | $5,772.50 |
| David A. Randall | ▓ | ▓ | $2,435.00 |
| Elizabeth Rader | ▓ | ▓ | $660.00 |

### PRETRIAL AND TRIAL PREPARATION

| Timekeeper | Hourly Rate | Hours Worked | Total Billed |
|---|---|---|---|
| Ehab M. Samuel | ▓ | ▓ | $15,597.50 |
| David A. Randall | ▓ | ▓ | $10,250.00 |
| Elizabeth Rader | ▓ | ▓ | $7,986.00 |