# EXHIBIT C

## EXHIBIT C

## Breakdown of Costs

| Costs | Amount |
|---|---:|
| Vendor for serving third-party subpoena | $135.00 |
| Vendor for printing and delivering Court courtesy copies | $1,953.48 |
| Order re transcript of claim construction hearing | $42.00 |
| Deposition - Court reporter and translator cost | $4,966.10 |
| Damages Expert (Dr. Matt Farber) | $20,000.00 |
| Technical Expert (Dr. Glen Stevick) | $15,673.75 |
|  |  |
|  | **$42,770.33** |