# **EXHIBIT D**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL