# EXHIBIT E

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL