# EXHIBIT F



# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 633 Yesler Way, Seattle, WA 98104 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

HACKLER DAGHIGHIAN MARTINO & NOVAK P.C.
10900 Wilshire Blvd. Suite 300
Los Angeles, CA 90024

| | |
|---|---|
| INVOICE# | 11255719.100 |
| DATE | Mar 16, 2022 |
| ACCOUNT# | 131122 |
| ATTENTION | esamuel@hdmnlaw.com |
| REFERENCE# | REF-9753238 |

**AMOUNT DUE**   $ 0.00

| CASE # | N/A |
|---|---|
| CASE TITLE | N/A |
| COURT | N/A |

**SERVICES PERFORMED**

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Prepare Suit** | | |
| Process Service - Web Upload | Uploaded File(s): Walmart Subpoena - Executed.pdf<br>Rush Requested: No<br>Parties To Serve: 1 | 135.00 |
| | | |

| | |
|---|---|
| SUBTOTAL | $ 135.00 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 135.00** |

**PAYMENTS**

| SOURCE | DATE | AMOUNT |
|---|---|---|
| visa ending in 1572 | March 16, 2022 | 135.00 |
| | | |

| | |
|---|---|
| **AMOUNT PAID** | **$ 135.00** |

| | |
|---|---|
| **AMOUNT DUE** | **$ 0.00** |

OFFICIAL PROCESS SERVER TO U.S. DEPARTMENT OF JUSTICE AND U.S. STATE DEPARTMENT    Page 1 of 1

# INVOICE

*FD32051-01*

**FL FIRST LEGAL DIGITAL**

P.O. Box 841441
Dallas, TX 75284-1441
Tax ID: 83-2895761
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 60100000 | October 23, 2022 | FD32051-01-01 |

**Bill To:**
**Ehab M. Samuel**
**Partner**
**Hackler Daghighian Martino & Novak**
**10900 Wilshire Blvd. ▪ Suite 300 ▪ Los Angeles ▪ CA ▪ 90024**

**Ordered by:**
**Ehab M. Samuel**
**Partner**
**Hackler Daghighian Martino & Novak**
**10900 Wilshire Blvd. ▪ Suite 300 ▪ Los Angeles ▪ CA ▪ 90024**

Order Date: 10/14/2022

| Reference: | | Facility: | FIRST DIGITAL SOLUTIONS- LA |
|---|---|---|---|
| Claim # | | Custodian: | , |
| Case # | | Telephone: | (866) 993-5061 |
| Case Name: | | Address: | 1511 BEVERLY BLVD., LOS ANGELES, CA 90026 |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Bates Stamping - B&W, Electronic** | 1,275.00 | .06 | 76.50 |
| **Print - Color - Hole Punched - 8.5 x 11** | 776.00 | .80 | 620.80 |
| **Tabs - Exhibit** | 25.00 | .45 | 11.25 |
| **Cardstock** | 1.00 | .75 | .75 |
| **Binder - View 4"** | 1.00 | 25.00 | 25.00 |
| **Delivery - Santa Ana Court** | 1.00 | 95.00 | 95.00 |

**Regarding:** Data Handling- Bates stamp documents- See instructionsChambers copy to Judge Selna hand delivery at LA - Production FIRST DIGITAL SOLUTIONS- LA LOS ANGELES

| | |
|---|---|
| SUB-TOTAL | 829.30 |
| SALES TAX | 62.49 |
| **TOTAL DUE** | **$ 891.79** |

Thank you for choosing First Digital Solutions!  For billing inquiries, please call (877) 350-8698.

---

**PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE**



1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Digital Solutions

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 60100000 | October 23, 2022 | FD32051-01-01 |

| TOTAL DUE: | $ 891.79 |
|---|---|

**Mail Payment to:**

**First Digital Solutions**
**P.O. Box 841441**
**Dallas, TX 75284-1441**

*.INV1-FD32051-01-01*

**Bill To:**
**HECKLER DAGHIGHIAN MARTINO-Ehab Samuel COD**
,

Order#:FD32051-01/CINV

# INVOICE

*FD32146-01*

**FL FIRST LEGAL DIGITAL**

P.O. Box 841441
Dallas, TX 75284-1441
Tax ID: 83-2895761
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 60100000 | November 7, 2022 | FD32146-01-01 |

**Bill To:**
**Ehab M. Samuel**
**Partner**
**Hackler Daghighian Martino & Novak**
**10900 Wilshire Blvd. ▪ Suite 300 ▪ Los Angeles ▪ CA ▪ 90024**

**Ordered by:**
**Ehab M. Samuel**
**Partner**
**Hackler Daghighian Martino & Novak**
**10900 Wilshire Blvd. ▪ Suite 300 ▪ Los Angeles ▪ CA ▪ 90024**

Order Date: 10/14/2022

| Reference: | | Facility: | FIRST DIGITAL SOLUTIONS- LA |
|---|---|---|---|
| Claim # | | Custodian: | |
| Case # | | Telephone: | (866) 993-5061 |
| Case Name: | | Address: | 1511 BEVERLY BLVD., LOS ANGELES, CA 90026 |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Print - Color - Hole Punched - 8.5 x 11 | 544.00 | .80 | 435.20 |
| Tabs - Exhibit | 27.00 | .45 | 12.15 |
| Binder - View 3" | 1.00 | 22.00 | 22.00 |
| Delivery - Santa Ana Court | 1.00 | 95.00 | 95.00 |
| **Regarding:** PRINT STD // EMAIL ORIGNAL // BY NOON 10/25/22 at LA - Production FIRST DIGITAL SOLUTIONS- LA LOS ANGELES | | SUB-TOTAL | 564.35 |
| | | SALES TAX | 44.59 |
| | | **TOTAL DUE** | **$ 608.94** |

Thank you for choosing First Digital Solutions!  For billing inquiries, please call (877) 350-8698.

---

**PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE**

**FL FIRST LEGAL DIGITAL**

1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Digital Solutions

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 60100000 | November 7, 2022 | FD32146-01-01 |

| TOTAL DUE: | $ 608.94 |
|---|---|

**Mail Payment to:**

**First Digital Solutions**
**P.O. Box 841441**
**Dallas, TX 75284-1441**

*.INV1-FD32146-01-01*

**Bill To:**
**HECKLER DAGHIGHIAN MARTINO-Ehab Samuel COD**

,

Order#:FD32146-01/CINV

# INVOICE

*FD32171-01*

**FIRST LEGAL DIGITAL**

P.O. Box 841441
Dallas, TX 75284-1441
Tax ID: 83-2895761
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 60100000 | November 7, 2022 | FD32171-01-01 |

**Bill To:**
**Ehab M. Samuel**
**Partner**
**Hackler Daghighian Martino & Novak**
**10900 Wilshire Blvd. ▪ Suite 300 ▪ Los Angeles ▪ CA ▪ 90024**

**Ordered by:**
**Ehab M. Samuel**
**Partner**
**Hackler Daghighian Martino & Novak**
**10900 Wilshire Blvd. ▪ Suite 300 ▪ Los Angeles ▪ CA ▪ 90024**

Order Date: 10/26/2022

| Reference: | 2:21-cv-04758-JVS-JDE | Facility: | |
|---|---|---|---|
| Claim # | | Custodian: | |
| Case # | | Telephone: | , |
| Case Name: | GUANGZHOU YUCHENG vs. DBEST PRODUCTS, INC., | Address: | , , |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Print - Color - Hole Punched - 8.5 x 11** | 138.00 | .80 | 110.40 |
| **Delivery - Santa Ana Court** | 1.00 | 45.00 | 45.00 |
| **Regarding: Print-Std x1 // Link originals // RUSH  COLOR // Staple/Acco by size // Bottom tabs as needed at** | | **SUB-TOTAL** | 155.40 |
| | | **SALES TAX** | 10.49 |
| | | **TOTAL DUE** | **$ 165.89** |

Thank you for choosing First Digital Solutions!  For billing inquiries, please call (877) 350-8698.

---

**PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE**

**FIRST LEGAL DIGITAL**

1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Digital Solutions

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 60100000 | November 7, 2022 | FD32171-01-01 |

| TOTAL DUE: | $ 165.89 |
|---|---|

**Mail Payment to:**

**First Digital Solutions**
**P.O. Box 841441**
**Dallas, TX 75284-1441**

*.INV1-FD32171-01-01*

**Bill To:**
**HECKLER DAGHIGHIAN MARTINO-Ehab Samuel COD**

,

Order#:FD32171-01/CINV

# INVOICE

**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

TAX ID# 27-3093840

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 10504964 | 11942 |
| **Invoice Date** | **Total Due** |
| 5/23/22 | 452.75 |

Hackler Daghighian Martino & Novak
Attn: David Randall
10900 Wilshire Blvd. Suite 300
Los Angeles, CA 90024

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11942 | 10504964 | 5/23/22 | 452.75 | 1 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 5/17/22 | 4984896 | PDF | FIRST LEGAL SUPPORT-LA<br>1517 W BEVERLY BOULEVARD<br>LOS ANGELES    CA 90026<br>Caller: Ehab Samuel<br>2:21-cv-04758<br>GUANGZHOU V DBEST<br>doc#33,36,38,49,63,64,65,66<br><br>COURTESY CPY TO JDGE<br>JOHN D. EARLY<br>BY NOON<br>Signed: Judges box | USDC-SANTA ANA<br>411 WEST 4TH STREET<br>SANTA ANA    CA 92701<br><br><br><br><br><br><br><br>Env#: oc base<br>Ref: GUANGZHOU V DBEST | Base Chg :<br>PDF/Ship : | 48.75<br>404.00 | 452.75 |
| DF COURTESY DEL.-RUSH | | | | | | | |

*** REPRINT ***    **Total**    452.75

## INVOICE PAYMENT DUE UPON RECEIPT



Ehab Samuel &lt;esamuel@gwmail.gwu.edu&gt;

## Bill Pay: Your payment(s) were sent

**Wells Fargo** &lt;Billpay@wellsfargo.com&gt;  Sat, Aug 20, 2022 at 10:14 AM
Reply-To: Wells Fargo &lt;Billpay@wellsfargo.com&gt;
To: esamuel@gwu.edu

## Your payment was sent

We debited your selected account(s) for the following amount(s):

**Payee name or nickname** US D.Ct. Reporter Sharon Seffens

| | |
|---|---|
| **Amount** | $42.00 |
| **Sent on** | 08/19/2022 |
| **Delivery date** | 08/26/2022 |

Payments typically require 2-5 business days to arrive. If a payment falls on a weekend or federal holiday, it will be sent on the next available business day.

Paper checks are taking over 5 days to reach their destination. You may want to send any check payments earlier to avoid a late fee.

**wellsfargo.com** | Security Center | Contact Us

**To change your alerts preferences, go to Bill Pay.**

**Please do not reply to this automated email.**

**TSG REPORTING** — Worldwide - 24 Hours — (877) 702-9580 — www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 9/9/2022
**INVOICE #:** 2092852
**JOB #:** 215626

| | |
|---|---|
| **BILL TO:** | Hackler Daghighian Martino & Novak<br>c/o Ehab Samuel<br>10900 Wilshire Blvd., Suite 300<br>Los Angeles, CA 90024 US |
| **SHIP TO:** | Hackler Daghighian Martino & Novak<br>c/o Ehab Samuel<br>10900 Wilshire Blvd., Suite 300<br>Los Angeles, CA 90024 US |
| **CASE:** | Guangzhou Yucheng Trading Co., LTD. v. DBest Products, Inc. |
| **WITNESS:** | Li Ping Ye |
| **JOB DATE:** | 8/26/2022 |
| **LOCATION:** | TELEPHONIC, Macau, China, 999078, CN |

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Li Ping Ye** | | | | |
| Original & 1 Certified Transcript | 1 | 174 | $4.95 | $861.30 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Rough Transcript | 1 | 174 | $2.25 | $391.50 |
| Exhibit Processing - Hard - B&W | 1 | 94 | $0.35 | $32.90 |
| Exhibit Processing - Hard - Color | 1 | 274 | $1.50 | $411.00 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 94 | $0.35 | $32.90 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 274 | $1.00 | $274.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Reporter Appearance Fee / Hour - Remote, Interpreter | 9 | | $145.00 | $1,305.00 |
| Remote Video Stream / Zoom | 1 | | $150.00 | $150.00 |
| | | | SUBTOTAL | $3,458.60 |
| | | | SHIPPING & HANDLING | $45.00 |
| | | | **TOTAL** | **$3,503.60** |

THE SHIPPING CHARGE REFLECTS THE TOTAL COST OF ALL SHIPMENTS FOR YOUR ORDER ON THIS JOB.

**THANK YOU FOR YOUR BUSINESS!**
Please make all checks payable to: TSG Reporting Inc.
Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708
Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.

# TSG REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 10/6/2022
**INVOICE #:** 2092853.1
**JOB #:** 215626



| | |
|---|---|
| **BILL TO:** | Hackler Daghighian Martino & Novak<br>c/o Ehab Samuel<br>10900 Wilshire Blvd., Suite 300<br>Los Angeles, CA 90024 US |
| **SHIP TO:** | Hackler Daghighian Martino & Novak<br>c/o Ehab Samuel<br>10900 Wilshire Blvd., Suite 300<br>Los Angeles, CA 90024 US |
| **CASE:** | Guangzhou Yucheng Trading Co., LTD. v. DBest Products, Inc. |
| **WITNESS:** | Li Ping Ye |
| **JOB DATE:** | 8/26/2022 |
| **LOCATION:** | TELEPHONIC, Macau, China, 999078, CN |

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Rate | Amount |
|---|---|---|---|
| **Li Ping Ye** | | | |
| Interpreter Appearance Fee / Day | 1 | $2,475.00 | $2,475.00 |
| Interpreter Appearance Fee / Overtime Hour | 1 | $450.00 | $450.00 |
| **Discounts** | | | |
| Discount (%) | 1 | -50% | ($1,462.50) |
| | | **SUBTOTAL** | $1,462.50 |
| | | **TOTAL** | $1,462.50 |

THANK YOU FOR YOUR BUSINESS!
Please make all checks payable to: TSG Reporting Inc.
Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708
Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.