# EXHIBIT G



11452 El Camino Real, Suite 250
San Diego, CA 92130
(858) 876-9101
invoice@intensity.com
www.intensity.com

Ehab M Samuel
Hackler Daghighian Martino & Novak
10900 Wilshire Blvd., Suite 300
Los Angeles, CA  90024

## Invoice

**INVOICE NUMBER:** 2214601
**INVOICE DATE:** 9/30/2022
**PROJECT:** 22146 MF

**BILLING FROM:** 9/1/2022
**BILLING TO:** 9/30/2022

**Guangzhou Yucheng Trading Co., Ltd. v. dbest Products, Inc. Case No. 2:21-cv-04758 (C.D. Cal.)**

### PROFESSIONAL SERVICES

| | DATE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | Matthew Farber | | | |
| | 9/2/2022 | 4.4 | $400.00 | $1,760.00 |
| | 9/3/2022 | 1.3 | $400.00 | $520.00 |
| | 9/4/2022 | 2.8 | $400.00 | $1,120.00 |
| | 9/5/2022 | 1.6 | $400.00 | $640.00 |
| | 9/6/2022 | 8.8 | $400.00 | $3,520.00 |
| | 9/7/2022 | 7.9 | $400.00 | $3,160.00 |
| | 9/8/2022 | 1.5 | $400.00 | $600.00 |
| | 9/9/2022 | 5.8 | $400.00 | $2,320.00 |
| | 9/10/2022 | 2.2 | $400.00 | $880.00 |
| | 9/11/2022 | 7.2 | $400.00 | $2,880.00 |
| | Matthew Farber TOTAL | 43.5 | | $17,400.00 |
| | Alexandre Gisquet | | | |
| | 9/2/2022 | 1.4 | $300.00 | $420.00 |
| | 9/3/2022 | 2.4 | $300.00 | $720.00 |
| | 9/4/2022 | 2.8 | $300.00 | $840.00 |
| | 9/6/2022 | 6.1 | $300.00 | $1,830.00 |

**PROFESSIONAL SERVICES**

| | DATE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | 9/7/2022 | 5.2 | $300.00 | $1,560.00 |
| | 9/8/2022 | 3.1 | $300.00 | $930.00 |
| | 9/9/2022 | 1.2 | $300.00 | $360.00 |
| | 9/10/2022 | 1.8 | $300.00 | $540.00 |
| | 9/11/2022 | 3.9 | $300.00 | $1,170.00 |
| | Alexandre Gisquet TOTAL | 27.9 | | $8,370.00 |
| **TOTAL PROFESSIONAL SERVICES** | | 71.4 | | $25,770.00 |
| | | **DISCOUNT APPLIED** | | ($5,770.00) |
| | | **AMOUNT DUE THIS INVOICE** | | **$20,000.00** |

**Please remit payment via ACH or wire transfer:**

Zions Bancorporation, N.A. dba

California Bank & Trust

11375 El Camino Real Ste 100

San Diego, CA 92130

Account Name: Intensity, LLC

Account #: 5797474698

ABA Transit #: 122232109

Swift Code: ZFNBUS55

**Tax identification number:**

05-0632105

# Intensity, LLC

## TIME DETAILS

**FILTERS USED :**

**Time Entry Date In :** 1/1/1970 To 12/31/2022
and **Project Manager In :**  Matthew Farber
and **Project In :**  22146 MF - dbest Guangzhou

**PROJECT :**  22146 MF - dbest Guangzhou

**PROJECT MANAGER :**  Matthew  Farber

| DATE | EMPLOYEE | DESCRIPTION | HOURS | CLIENT HOURS | AMOUNT | * |
|---|---|---|---|---|---|---|
| 9/2/2022 | Alexandre Gisquet | Professional services | 1.40 | 1.40 | $0.00 | A |
| | | *Preliminary discussions with Matt about 22146.  Read and signed protective order* | | | | |
| 9/2/2022 | Matthew Farber | Professional services | 4.40 | 4.40 | $0.00 | A |
| | | *Call with counsel, prep for call, and analysis of counterdefendant sales data* | | | | |
| 9/3/2022 | Alexandre Gisquet | Professional services | 2.40 | 2.40 | $0.00 | A |
| | | *Read and took notes on the complaint.  Summarized Guangzhou's Amazon sales data* | | | | |
| 9/3/2022 | Matthew Farber | Professional services | 1.30 | 1.30 | $0.00 | A |
| | | *Drafting of report* | | | | |
| 9/4/2022 | Matthew Farber | Professional services | 2.80 | 2.80 | $0.00 | A |
| | | *Drafting of report* | | | | |
| 9/4/2022 | Alexandre Gisquet | Professional services | 2.80 | 2.80 | $0.00 | A |
| | | *Made revisions to the Attachments.  Wrote and did research on Section 2* | | | | |
| 9/5/2022 | Matthew Farber | Professional services | 1.60 | 1.60 | $0.00 | A |
| | | *Evaluation of lost profits* | | | | |
| 9/6/2022 | Alexandre Gisquet | Professional services | 6.10 | 6.10 | $0.00 | A |
| | | *Created C Attachments.  Made revisions to Attachments.  Made revisions to report.  Added GYT Walmart data* | | | | |
| 9/6/2022 | Matthew Farber | Professional services | 8.80 | 8.80 | $0.00 | A |
| | | *Discussion with counsel; analysis of license agreements; analysis of benefits of patented technology; drafting of report* | | | | |
| 9/7/2022 | Matthew Farber | Professional services | 7.90 | 7.90 | $0.00 | A |
| | | *Georgia-Pacific analysis; trademark disgorgement analysis; drafting of report; call with counsel* | | | | |
| 9/7/2022 | Alexandre Gisquet | Professional services (non-billable) | 1.00 | 1.00 | $0.00 | A |
| | | *Excel troubles* | | | | |
| 9/7/2022 | Alexandre Gisquet | Professional services | 5.20 | 5.20 | $0.00 | A |
| | | *Made revisions to Attachments.  Summarized Walmart data.  QC'ed Walmart data.* | | | | |
| 9/8/2022 | Matthew Farber | Professional services | 1.50 | 1.50 | $0.00 | A |
| | | *Drafting of report* | | | | |
| 9/8/2022 | Alexandre Gisquet | Professional services | 3.10 | 3.10 | $0.00 | A |
| | | *Created D Attachments.  Created B06.  Revised Attachments* | | | | |
| 9/8/2022 | Alexandre Gisquet | Professional services (non-billable) | 0.70 | 0.70 | $0.00 | A |
| | | *Excel troubles* | | | | |
| 9/9/2022 | Matthew Farber | Professional services | 5.80 | 5.80 | $0.00 | A |
| | | *Drafting of report; call with counsel and technical experts* | | | | |

GROUPED BY          Project                                        *U=Un-Submitted, S=Submitted, A=Approved,F=Forwarded, R=Rejected, UA=Un-Approved*

## Intensity, LLC
### TIME DETAILS

**PROJECT :** 22146 MF - dbest Guangzhou
**PROJECT MANAGER :** Matthew Farber

| DATE | EMPLOYEE | DESCRIPTION | HOURS | CLIENT HOURS | AMOUNT * |
|---|---|---|---|---|---|
| 9/9/2022 | Alexandre Gisquet | Professional services | 1.20 | 1.20 | $0.00 A |
| | | *Prepared the report to send to counsel* | | | |
| 9/10/2022 | Alexandre Gisquet | Professional services | 1.80 | 1.80 | $0.00 A |
| | | *Created Attachment A-2. Made revisions to Attachments* | | | |
| 9/10/2022 | Matthew Farber | Professional services | 2.20 | 2.20 | $0.00 A |
| | | *Revisions to report* | | | |
| 9/11/2022 | Alexandre Gisquet | Professional services | 3.90 | 3.90 | $0.00 A |
| | | *Made revisions to Attachments. Made revisions to A-2. PDFed Attachments* | | | |
| 9/11/2022 | Matthew Farber | Professional services | 7.20 | 7.20 | $0.00 A |
| | | *Revisions to report and attachment; call with counsel* | | | |
| | | **22146 MF - DBEST GUANGZHOU Total:** | **73.10** | **73.10** | **$0.00** |
| | | **GRAND TOTAL:** | **73.10** | **73.10** | **-** |