# **EXHIBIT H**



**Berkeley Engineering And Research**
808 Gilman Street
Berkeley, CA 94710-2217
Tel 510-549-3300 x 105 - Fax 510-619-7233
Email: bebebearinc@gmail.com

| DATE | 10/1/2022 |
|---|---|

| INVOICE SUBMITTED TO: | Invoice | 65448 |
|---|---|---|

**Hackler Daghighian Martino & Novak**
**Ehab M. Samuel, P.C.**
**10900 Wilshire Blvd., Suite 300**
**Los Angeles, CA 90024**

IN REFERENCE TO:

Case Name:
Guangzhou Yucheng Trading Co, Ltd.
v.
Dbest Products, Inc.

| DATE | DESCRIPTION | HRS/UNITS | RATE | AMOUNT |
|---|---|---|---|---|
| | 22-5843G GYT v Dbest Products, Inc. | | | |
| | CONSULTANT:  Glen R. Stevick, Ph.D., P.E. | | | |
| 9/9/2022 | Review docs, product, images and videos. | 8 | 550.00 | 4,400.00 |
| 9/10/2022 | Review docs, product, images, videos, patents, draft decl. | 4 | 550.00 | 2,200.00 |
| 9/11/2022 | Draft decl. | 2.5 | 550.00 | 1,375.00 |
| 9/27/2022 | Validity discussion, review patents. | 1.5 | 550.00 | 825.00 |
| | CONSULTANT: Mingxi Zheng, M.S., P.E. | | | |
| 9/8/2022 | Review rec'vd material for report. | 1.5 | 175.00 | 262.50 |
| 9/9/2022 | Patent report. | 3.5 | 175.00 | 612.50 |
| 9/10/2022 | Report. | 0.6 | 175.00 | 105.00 |
| | CONSULTANT: Derek A. King, M.S., P.E. | | | |
| 9/6/2022 | Review files, call client. | 0.5 | 175.00 | 87.50 |
| 9/8/2022 | Draft claim section. | 5.75 | 175.00 | 1,006.25 |
| | 10-26-22 ak emailed | | | |

**Please make checks payable to Berkeley Engineering And Research Inc.**
**Our Tax ID is # 94-3150001**

Payable upon receipt. 2% Late charge per month after 30days!

| **Amount Due** | $10,873.75 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,873.75 |

**Berkeley Engineering And Research**
808 Gilman Street
Berkeley, CA 94710-2217
Tel 510-549-3300 x 105 - Fax 510-619-7233
Email: bebebearinc@gmail.com



| DATE | 11/30/2022 |
|---|---|

INVOICE SUBMITTED TO:

Hackler Daghighian Martino & Novak
Ehab M. Samuel, P.C.
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024

**Invoice  65581**

IN REFERENCE TO:

Case Name:
Guangzhou Yucheng Trading Co, Ltd.
v.
Dbest Products, Inc.

| DATE | DESCRIPTION | HRS/UNITS | RATE | AMOUNT |
|---|---|---|---|---|
| | 22-5843G GYT v Dbest Products, Inc. | | | |
| | CONSULTANT: Glen R. Stevick, Ph.D., P.E. | | | |
| 10/3/2022 | Edit reply report. | 1.75 | 550.00 | 962.50 |
| 10/14/2022 | Rev/edit reply report. | 2.5 | 550.00 | 1,375.00 |
| 10/18/2022 | Review reports, phone with client. | 1.5 | 550.00 | 825.00 |
| 10/19/2022 | Review online videos and pics. | 1.5 | 550.00 | 825.00 |
| 10/24/2022 | Declaration. | 1.25 | 550.00 | 687.50 |
| | CONSULTANT: Chelsea Torgersen-Bell, Case Manager | | | |
| 11/21/2022 | Intake, photograph, process 3 exemplar shopping carts. | 1.25 | 100.00 | 125.00 |

Please make checks payable to
Berkeley Engineering And Research Inc.
Our Tax ID is # 94-3150001

Payable upon receipt. 2% Late charge per month after 30days!

| | |
|---|---|
| **Amount Due** | $4,800.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,800.00 |