# EXHIBIT I

Ehab M. Samuel (SBN 228296)
esamuel@orbitip.com
David A. Randall (SBN 156722)
dave@orbitip.com
Sepehr Daghighian (SBN 239349)
sd@orbitip.com
**ORBIT IP, LLP**
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel.: (310) 887-1333
Fax: (310) 887-1334

Attorneys for Defendant and Counterclaimant,
DBEST PRODUCTS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| **GUANGZHOU YUCHENG TRADING CO., LTD.**, a foreign limited liability company,<br><br>Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>**DBEST PRODUCTS, INC.**, a California corporation,<br><br>Defendant / Counterclaim Plaintiff. | Case No.: 2:21-cv-04758-JVS-JDE<br><br>**DECLARATION OF DAVID A. RANDALL IN SUPPORT OF DBEST PRODUCTS, INC.'S MOTION TO REQUIRE PLAINTIFF TO POST A SECURITY BOND**<br><br>JUDGE: JAMES V. SELNA<br>COURTROOM: 10C |

I, David A. Randall, declare as follows:

1. I am a member in good standing of the bar of the State of California and the bar of this Court. I am the managing partner of Orbit IP, LLP and one of the attorneys of record for Defendant/Counterclaim Plaintiff, dbest products, Inc. ("dbest"), in this action. I have personal knowledge of the facts stated herein except where otherwise stated. If called upon to testify thereto, I could and would testify competently thereto.

2. I have been a member of the Bar of the State of California since 1991. I am a graduate of University of Arizona, B.S. (1985) and Arizona State University, J.D. (1991).

3. I have been practicing law for over thirty years. I began my career and became a partner at Lyon & Lyon, LLP, which was the largest intellectual property law firm west of the Mississippi until it dissolved in 2002. I was then a partner for several national and international firms, including Jones Day, Dickstein Shapiro LLP, and Shephard Mullin Richter & Hampton LLP.

4. For the last five years I have served on the board of the Los Angeles Intellectual Property Association (LAPILA) and chaired a number of its committees, including its TechTainment Committee for four years and its Spring Seminar for two years. In addition to being a Board member, I have also served as the LAIPLA's Secretary, Treasurer, and Vice President, and I am presently serving as the LAIPLA's President.

5. Much of my practice has involved intellectual property litigation. I have represented plaintiffs and defendants in patent, trademark, copyright, trade

secret, and unfair competition matters in district courts across the country and before the United States Patent and Trademark Office.

6. Based upon my experience and knowledge of rates charged in this community (Central District of California), it is my opinion that my billing rate, and those of my law firm partners Ehab Samuel and Paul Novak, as set forth in Exhibit A of the Second Supplemental Declaration of Ehab M. Samuel, are well within the range of rates charged by attorneys of similar experience in the community of the Central District of California for cases such as this one. In fact, my hourly rate at Shephard Mullin Richter & Hampton LLP was over $700 per hour over six years ago.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of January 2023 at Los Angeles, California.

_____
David A. Randall