# EXHIBIT J

Ehab M. Samuel (SBN 228296)
esamuel@orbitip.com
David A. Randall (SBN 156722)
dave@orbitip.com
Sepehr Daghighian (SBN 239349)
sd@orbitip.com
**ORBIT IP, LLP**
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel.: (310) 887-1333
Fax: (310) 887-1334

Attorneys for Defendant and Counterclaimant,
DBEST PRODUCTS, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **GUANGZHOU YUCHENG TRADING CO., LTD.**, a foreign limited liability company,<br><br>Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>**DBEST PRODUCTS, INC.**, a California corporation,<br><br>Defendant / Counterclaim Plaintiff. | Case No.: 2:21-cv-04758-JVS-JDE<br><br>**DECLARATION OF ELIZABETH H. RADER IN SUPPORT OF DBEST PRODUCTS, INC.'S MOTION TO REQUIRE PLAINTIFF TO POST A SECURITY BOND**<br><br>JUDGE: JAMES V. SELNA<br>COURTROOM: 10C |

I, Elizabeth H. Rader, declare as follows:

1. I am a member in good standing of the bar of the State of California and the bar of this Court. I am contract counsel assisting Orbit IP, LLP, in its representation of Defendant/Counterclaim Plaintiff, dbest products, Inc. ("dbest"), in this action. I have personal knowledge of the facts stated herein except where otherwise stated. If called upon to testify thereto, I could and would testify competently thereto.

2. Since approximately March 2022, I have provided Ehab Samuel with timesheets for my legal work on this matter. These timesheets accurately describe my hours and the work I performed. My time and work performed are accurately stated in Exhibits A and B to the Second Supplemental Declaration of Ehab M. Samuel.

3. I have been a member of the Bar of the State of California since 1996. I am a 1987 graduate of Bryn Mawr College, and a 1992 graduate of the University of Minnesota Law School.

4. I have been practicing law for about thirty years. After graduating from law school, I worked a law clerk for the Honorable Alvin A. Schall, U.S. Circuit Judge for the United States Court of Appeals for the Federal Circuit and for the Honorable Leonie M. Brinkema, U.S. District Judge for the Eastern District of Virginia. Subsequently, I practiced intellectual property litigation at several national and international firms, including Weil Gotshal & Manges, LLP, Heller Ehrman, LLP, Akin Gump Strauss Hauer & Feld, LLP, and Alston & Bird, LLP. From 2002-2004, I was a residential fellow in the Center for Internet & Society at Stanford Law School.

5. Most of my practice has involved intellectual property litigation. I have represented plaintiffs and defendants in patent, trademark, copyright, and trade secret matters.

6. Based upon my experience and knowledge of rates charged in this community (Central District of California), it is my opinion that the billing rates of the attorneys working on this case, as set forth in Exhibit A of the Second Supplemental Declaration of Ehab M. Samuel, are well within the range of rates charged by attorneys of similar experience in the community of the Central District of California for cases such as this one.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of January 2023 at Rockville, Maryland.

*Elizabeth H. Rader* (signature)

Elizabeth H. Rader