# **<u>EXHIBIT L</u>**

Ehab M. Samuel (SBN 228296)
esamuel@orbitip.com
David A. Randall (SBN 156722)
dave@orbitip.com
Sepehr Daghighian (SBN 239349)
sd@orbitip.com
**ORBIT IP**, **LLP**
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel.: (310) 887-1333
Fax: (310) 887-1334

Attorneys for Defendant and Counterclaimant,
DBEST PRODUCTS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| **GUANGZHOU YUCHENG TRADING CO., LTD.**, a foreign limited liability company,<br><br>    Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>**DBEST PRODUCTS, INC.**, a California corporation,<br><br>    Defendant / Counterclaim Plaintiff. | Case No.: 2:21-cv-04758-JVS-JDE<br><br>**DECLARATION OF GLEN STEVICK, PH.D. IN SUPPORT OF DBEST'S MOTION TO REQUIRE PLAINTIFF TO POST A SECURITY BOND**<br><br>   JUDGE:  JAMES V. SELNA<br>   COURTROOM: 10C |

I, Glen Stevick, declare as follows:

1. I have been retained by Defendant dbest products Inc. ("dbest") through its counsel, to provide expert analysis and opinions in the above-captioned matter. I make this declaration based on my personal knowledge.

2. I have reviewed a collection of my invoices to dbest's counsel designated Exhibit H to the Second Supplemental Declaration of Ehab M. Samuel in Support of dbest's Motion to Require Plaintiff to Post a Security Bond, which I understand is being filed this week.

3. Exhibit H is a true and correct collection of invoices issued for my expert work on this matter.  As these invoices reflect, I was assisted in this matter by my staff engineers, Minxi Zheng, M.S., P.E., Derek A. King., M.S., P.E., and by my case manager, Chelsea Torgerson-Bell.

4. These invoices accurately describe the hours and the work my team and I performed on behalf of dbest in this matter.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


   Executed this 18th day of January 2023 at Deli, India.


   Glen Stevick