# EXHIBIT M

Ehab M. Samuel (SBN 228296)
esamuel@orbitip.com
David A. Randall (SBN 156722)
dave@orbitip.com
Sepehr Daghighian (SBN 239349)
sd@orbitip.com
**ORBIT IP, LLP**
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel.: (310) 887-1333
Fax: (310) 887-1334

Attorneys for Defendant and Counterclaimant,
DBEST PRODUCTS, INC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| **GUANGZHOU YUCHENG TRADING CO., LTD.**, a foreign limited liability company,<br><br>Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>**DBEST PRODUCTS, INC.**, a California corporation,<br><br>Defendant / Counterclaim Plaintiff. | Case No.: 2:21-cv-04758-JVS-JDE<br><br>**DECLARATION OF RICHARD ELDEN IN SUPPORT OF DBEST PRODUCTS INC.'S MOTION TO REQUIRE PLAINTIFF TO POST A SECURITY BOND**<br><br>JUDGE: JAMES V. SELNA<br>COURTROOM: 10C |

I, Richard Elden, declare as follows:

1. I am the founder and president of defendant and counterclaim plaintiff dbest products, Inc. ("dbest") and the inventor of the patent-in-suit, U.S. Patent No. 9,233,700 ("the '700 Patent"). I have personal knowledge of the facts stated herein except where otherwise stated. If called upon to testify thereto, I could and would testify competently thereto.

2. dbest is a consumer products company specializing in storage and organizational products. Over the past two decades, dbest has sold over 500 different kinds of storage and organizational products, including the Trolley Dolly® carts that are covered by the '700 Patent.

3. In the past five years, dbest has sold over 200,000 units of Trolley Dolly® carts.

4. As the founder and president of dbest, I am involved in all aspects of the business' operations, including sales, marketing, production, shipping & transportation, and storage of inventory.

5. I have over 25 years of experience in sales, marketing, production, shipping & transportation, and storage of inventory.

6. I am a graduate of the Pepperdine University, MBA (2005), which included course work at Oxford University in England and Hong Kong University of Science and Technology in Hong Kong. I am also a graduate of the University of Southern California, Communication and Media Studies with a minor in Business (1998).

7. I understand that the Court ordered both parties to submit declarations concerning "GYT's financial condition, specific location(s) of any of GYT's inventory located within the United States, and any other relevant information relating to GYT's ability to post a bond, to the best of the parties' knowledge." Dkt. 151.

8. I lack any personal knowledge of GYT's financial condition or the location(s) of its inventory in the United States.

9. I understand that GYT's witness, Alley Ye, testified that GYT has about 5,000 units of its accused shopping carts stored with its logistics provider in the United States but did not know where that inventory is stored, and that GYT's counsel represented to dbest's counsel that GYT does not know the exact location of GYT's inventory.

10. I offer this declaration to provide perspective, based on my experience, on the storage and transportation of 5000 units, as well as the market value of these units.

11. Based on my experience, the product value of GYT's inventory is about $250,000 at retail ($50 x 5,000 pcs). However, after factoring the costs associated with selling the product on Amazon, the net value of GYT's inventory is about $150,000 ($30 x 5,000 pcs).

12. I have reviewed Exhibits A and C to the Second Supplemental Declaration of Ehab M. Samuel in Support of dbest's Motion to Require Plaintiff to Post a Security Bond. Exhibit A tabulates the attorney fees incurred through December 2022, which amounts to $474,382.40, while Exhibit C shows costs incurred in the amount of $42,770.33. Thus, the value of GYT's inventory is insufficient to cover the attorney fees and costs through December 2022.

13. Based on my experience, product inventory is shipped and warehoused on pallets to facilitate efficient storage. Each product is packaged in a box. Each pallet would hold about 60 boxes.

14. As such, based on my experience, 5000 units would be stored in a warehouse on roughly 83 pallets. Those 83 pallets could be transported from one warehouse to another, or one state to another, in three 53-foot shipping trailers, which would take only one day to load.

15. Consequently, even if we now learn of the location of GYT's inventory, based on my experience, it can be moved within a day to an undisclosed location.

16. Because GYT is a foreign company with no other assets in the United States to the best of my knowledge, I have concerns that upon entry of judgment, dbest will be unable to collect on the judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of January 2023 at Carson, California.

Richard Elden