Tianyu Ju, Esq. (SBN 323817)
Yu Hao Yao, Esq. (SBN 344022)
Glacier Law LLP
9660 Flair Dr., Suite 328
El Monte, CA 91731
Tel.:(626)727-8666
Fax: (626)727-9666
Email: iris.ju@glacier.law
       mickey.yao@glacier.law
Counsels for Plaintiff and Counterclaim Defendant
Guangzhou Yucheng Trading Co., Ltd.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGZHOU YUCHENG TRADING CO., LTD., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> DBEST PRODUCTS, INC., <br><br> Defendant/Counterclaim Plaintiff. | Case No. 2-21-cv-04758-JVS-JDE <br><br> **DECLARATION OF ALLEY YE** |

# DECLARATION OF ALLEY YE

I, Alley Ye, declare as follows:

1. I am a manager of Plaintiff/Counterclaim Defendant Guangzhou Yucheng Trading Co., Ltd. ("GYT").

2. I make this Declaration based on my personal knowledge.

3. The current balance of GYT's account is $18,204.52. A true and correct copy of GYT's account information and balance is attached hereto as Exhibit 1.

4. GYT's inventory is located at 120 Raskulinecz Road, Carteret, New Jersey, 07008. There are 4,159 of shopping carts stored at this location.

5. GYT's shopping cart sells at a price $69.99 per unit on Amazon. Therefore, the total value of the inventory is approximately $291,088.41 USD.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: January 17, 2023                    Alley Ye