Tianyu Ju, Esq. (SBN 323817)
Yu Hao Yao, Esq. (SBN 344022)
Glacier Law LLP
251 South Lake Ave, Suite 910
Pasadena, CA 91101
Tel.:(312)448-7772
Fax: (312)801-4587
Email: iris.ju@glacier.law
       mickey.yao@glacier.law
Counsels for Plaintiff and Counterclaim Defendant
Guangzhou Yucheng Trading Co., Ltd.

**DENIED BY ORDER OF THE COURT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGZHOU YUCHEN TRADING CO., LTD.,<br><br>  Plaintiff/Counterclaim Defendant,<br><br>  v.<br><br>DBEST PRODUCTS, INC.,<br><br>  Defendant/Counterclaim Plaintiff. | Case No. 2-21-cv-04758-JVS-JDE<br><br>**[PROPOSED] ORDER RE PLAINTIFF'S *EX PARTE* APPLICATION FOR EXPEDITED HEARING AND SHORTENEND BRIEFING SCHEDULE** |

Plaintiff's Renewed Motion to Allow Alley to Testify via Contemporaneous Measures at Trial was filed with this Court on January 12, 2023 ("Plaintiff's Renewed Motion"). Plaintiff's *ex* parte application for expedited hearing schedule and shortened time briefing was filed with this Court on January 12, 2023

After considering Plaintiff's Renewed Motion and all supporting and opposing documents and otherwise duly advised on all matters presented on this cause.

**IT IS HEREBY ORDERED** that the *Ex Parte* Application is **GRANTED**.

It is hereby **ORDERED** and **ADJUDGED** that:

1. Plaintiff's *Ex Parte* application is **GRANTED.**
2. Defendant's Opposition to Plaintiff's Renewed Motion be filed on or before January 16, 2023.
3. Plaintiff's Reply in Support of Plaintiff's Renewed Motion be filed on or before January 23, 2023.
4. Hearing on Plaintiff's Renewed Motion be held on January 30, 2023.

**IT IS SO ORDERED.**

Dated: January 20, 2023

**DENIED BY ORDER OF THE COURT**

James V. Selna
UNITED STATES DISTRICT JUDGE