# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUANGZHOU YUCHENG TRADING CO., LTD.**, a foreign limited liability company,<br><br>        Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>**DBEST PRODUCTS, INC.**, a California corporation,<br><br>        Defendant / Counterclaim Plaintiff. | Case No.: 2:21-cv-04758-JVS-JDE<br><br>**ORDER GRANTING DBEST PRODUCTS, INC.'S APPLICATION TO FILE UNDER SEAL CONFIDENTIAL MATERIALS RELATED TO SECOND SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION TO REQUIRE PLAINTIFF TO POST A SECURITY BOND [155]**<br><br>**JUDGE:  JAMES V. SELNA**<br><br>**COURTROOM:  10C** |

# [PROPOSED] ORDER

**THIS MATTER** is before the Court upon defendant and counterclaim plaintiff dbest products, Inc.'s ("dbest") Application For Leave To File Under Seal Confidential Materials Related to Second Supplemental Declaration In Support of Motion To Require Plaintiff to Post A Security Bond ("Application").

The Court has carefully considered the Application and all related filings and arguments of counsel and finds that there is good cause that the requested relief be granted.

Accordingly, the Court hereby **GRANTS** the Application. The following documents may be filed under seal:

| | | |
|---|---|---|
| 1. | The yellow highlighted portions of Exhibit A to the Second Supplemental Declaration of Ehab M. Samuel In Support of dbest products, Inc.'s Motion for an Order Requiring Plaintiff to post a Security Bond ("Second Suppl. Decl.") | GRANTED |
| 2. | The yellow highlighted portions of Exhibit B to the Second Suppl. Decl. | GRANTED |
| 3. | Exhibit D to the Second Suppl. Decl. | GRANTED |
| 4. | Exhibit E to the Second Suppl. Decl. | GRANTED |

1    IT IS SO ORDERED.

2

3    Dated: January 23, 2023            _____
                                               James V. Selna

4                                                United States District Judge
                                               Central District of California