FILED
CLERK, U.S. DISTRICT COURT
3/3/23
CENTRAL DISTRICT OF CALIFORNIA
BY: eva DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 21-04758-JVS(JDEx)    Date: 3/3/23

Case Name: DBest Products, Inc. v.
Guangzhou Yucheng Trading Co., LTD    Time: 1:14 pm

JURY NOTE NUMBER ___1___

[X]    THE JURY HAS REACHED A UNANIMOUS VERDICT

____    THE JURY REQUESTS THE FOLLOWING:

SIGNED: [redacted]
FOREPERSON OF THE JURY