# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| **DBEST PRODUCTS, INC.**, a California corporation,<br><br>Plaintiff<br><br>v.<br><br>**GUANGZHOU YUCHENG TRADING CO., LTD.**, a foreign limited liability company,<br><br>Defendant, | Case No.: 2:21-cv-04758-JVS-JDE<br><br>**DBEST's REQUEST FOR ENTRY OF JUDGMENT FOLLOWING THE JURY VERDICT AND PROPOSED JUDGMENT**<br><br>Fed. R. Civ. P. 58(b)(2) |

dbest Products Inc. "dbest") respectfully submits a proposed judgment on the jury verdict, which includes the relief requested in dbest's Motion for Exceptional Case Finding, Award of Treble Damages, A Permanent Injunction and Interest and Costs, filed yesterday and includes an order that GYT turn over to dbest its inventory of infringing products.

Federal Rule of Civil Procedure 58(b)(2) instructs that "when the jury returns a special verdict or general verdict with answers to written questions," then "the court must promptly approve the form of the judgment which the clerk must promptly enter." Fed. R. Civ. P. 58(b)(2)(A).

Dated: March 17, 2023              Respectfully submitted,

                                   **ORBIT IP, LLP**

                                   By:  /s/ Ehab M. Samuel
                                   Ehab M. Samuel (CA SBN 228296)
                                   David A. Randall (CA SBN 156722)

                                   *Attorneys for Defendant and Counterclaimant*
                                   DBEST PRODUCTS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document has been served on March 17, 2023 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5005 (b)(2).

   /s/ Ehab M. Samuel
Ehab M. Samuel (CA SBN 228296)

*Attorneys for Defendant and Counterclaimant*
DBEST PRODUCTS, INC.