1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| **DBEST PRODUCTS, INC.**, a California corporation,<br><br>Plaintiff<br><br>v.<br><br>**GUANGZHOU YUCHENG TRADING CO., LTD.**, a foreign limited liability company,<br><br>Defendant, | Case No.: 2:21-cv-04758-JVS-JDE<br><br>**[PROPOSED] JUDGMENT**<br><br>JUDGE:  JAMES V. SELNA<br>COURTROOM:  10C |

On December 6, 2022, the Court granted dbest's Motion for Partial Summary Judgment of Infringement of U.S. Patent No. 9,233,700 ("the '700 Patent") and dbest's Motion for Partial Summary Judgment re GYT's Invalidity Defenses.  Dkt. 133.  On March 3, 2023 the jury returned a verdict in favor of dbest, awarding lost profits of **$463,136.00** and finding willful infringement of the '700 Patent.  Dkt. 191.  The Clerk is directed to promptly enter judgment on the Court's judgment of infringement and the jury verdict.

The products the Court found to infringe the '700 Patent are depicted below:








Dated: _____, 2023.

                                                  _____
                                                     United States District Judge