Tianyu Ju, Esq. (SBN 323817)
Yu Hao Yao, Esq. (SBN 344022)
Glacier Law LLP
251 South Lake Ave Suite 910
Pasadena, CA 91101
Tel.:(312)448-7772
Fax: (312) 801-4587
Email: iris.ju@glacier.law
       mickey.yao@glacier.law
Counsels Guangzhou Yucheng Trading Co., Ltd.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DBEST PRODUCTS, INC., | Case No. 2-21-cv-04758-JVS-JDE |
| Plaintiff, | **ORDER** |
| v. | JUDGE: JAMES V. SELNA |
| GUANGZHOU YUCHEN TRADING CO., LTD., | |
| Defendant. | |

Defendant's motion for leave to file Defendant's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion (1) exceptional case finding and attorney's fees, (2) an award of treble damages, (3) a permanent injunction, and (4) interest and costs was filed with the Court on March 31, 2023.

After considering the application and all supporting and opposing documents and otherwise duly advised on all matters presented on this cause.

**IT IS HEREBY ORDERED** that the *Ex Parte* Application is **GRANTED**: Defendant may file a memorandum of up to thirty pages.

**IT IS SO ORDERED.**

Dated: April 04, 2023

James V. Selna
UNITED STATES DISTRICT JUDGE