# DENIED
# BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DBEST PRODUCTS, INC.**, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>**GUANGZHOU YUCHENG TRADING CO., LTD.**, a foreign limited liability company,<br><br>Defendant. | Case No.: 2:21-cv-04758-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING DBEST PRODUCTS, INC.'S EX PARTE APPLICATION FOR AN ORDER HOLDING GYT AND ITS COUNSEL IN CONTEMPT**<br><br>JUDGE: JAMES V. SELNA<br>COURTROOM: 10C |

**[PROPOSED] ORDER**

THIS CAUSE came before the Court upon dbest products Inc.'s ex parte application for an order holding GYT and its counsel in contempt. The Court has carefully considered the motion and all related filings and arguments of counsel and finds that there is good cause that the application be granted.

Accordingly, the Court GRANTS defendants' ex parte application.

GYT and Glacier Law are ORDERED to turn over GYT's inventory of infringing products in the United States and China to dbest within ____ days of this Order, and, if they failed to do so, then pay as sanctions the full value of the U.S. and China inventory in the amount of $_____.

Dated: May 25, 2023

**DENIED**
BY ORDER OF THE COURT
_____
James V. Selna
United States District Court
Central District of California

Denied without prejudice to a noticed motion. May 25, 2023.  JVS