Tianyu Ju, Esq. (SBN 323817)
Glacier Law LLP
251 South Lake Ave Suite 910
Pasadena, CA 91101
Tel.:(312)448-7772
Fax: (312) 801-4587
Email: iris.ju@glacier.law

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGZHOU YUCHEN TRADING CO., LTD., <br><br>   Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> DBEST PRODUCTS, INC., <br><br>   Defendant/Counterclaim Plaintiff. | Case No. 2-21-cv-04758-JVS-JDE <br><br> **GLACIER LAW LLP'S NOTICE OF *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION FOR CLARIFICATION** <br><br> JUDGE: JAMES V. SELNA |

**TO THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that Glacier Law LLP hereby applies to the Court *ex parte* for a clarification of its Order dated April 28, 2023 [Dkt. 236].

Glacier Law LLP seeks clarification on one question, as further explained below:

The Order required Guangzhou Yuchen Trading Co., Ltd ("GYT") and its officers, agents, associates, affiliates, employees, attorneys promptly take all measures to turn the inventory over to dbest products, Inc. ("dbest"). [Dkt. No. 236].

Did the Court intend to hold Glacier Law LLP, the attorney representing GYT at the time of this Order[1], liable for costs incurred in the storage and transportation for turn-over of the inventory?

This *ex parte* Application is based on this Notice and Application and concurrently lodged Proposed Order, and papers on file in this matter, and the arguments of counsel at a hearing on this *ex parte* Application, if a hearing is required.

---

[1] Glacier Law LLP filed motion to withdraw as counsel on May 10, 2023. *See* Dkt. 239 This motion is pending.

Date: 5/26/2023

/s/ Tianyu Ju

Tianyu Ju, Esq.
iris.ju@glacier.law
**Glacier Law LLP**

**Local Rule Certification**

Pursuant to L.R. 7-19, the undersigned counsel represents that the names, address, telephone numbers and e-mail addresses of dbest's counsel are set forth below:

>Ehab M. Samuel
>esamuel@orbitip.com
>David A. Randall
>dave@orbitip.com
>ORBIT IP, LLP
>10900 Wilshire Blvd., Suite 300
>Los Angeles, CA 90024
>Tel.: (310) 887-1333
>Fax: (310) 887-1334

Pursuant to Local Rule 7-19.1, the undersigned counsel further represents that good faith efforts have been made to advise dbest's counsel of Glacier Law LLP's intent to seek for the clarification. Counsel for dbest seems to oppose the Application.

Date: 5/26/2023

/s/ Tianyu Ju
Tianyu Ju, Esq.
iris.ju@glacier.law
**Glacier Law LLP**

# *EX PARTE* APPLICATION

Pursuant to Local Rule 7-19, Glacier Law LLP respectfully applies to this Court *ex parte* for clarification of the Court's April 28, 2023 Order [Dkt. 236].

On April 28, 2023, this Court ordered:

"GYT, its officers, agents, associates, affiliates, employees, attorneys, and all other acting in concert and participation with them, directly or indirectly, to

> … (iv) promptly take all measures necessary to turn the inventory over to dbest and/or its attorneys or agents acting on behalf of dbest."

*See* Dkt. 236, p.16. Despite Glacier Law LLP's diligent efforts, which have included requesting warehouse information from GYT, providing the Court Order to the warehouse where the inventory is stored, sharing the warehouse information with dbest's attorney, requesting GYT to facilitate the turn-over of inventory, following up with GYT, contacting the warehouse, and advising the warehouse to comply with the Court Order [*see* Status Report, Dkt. 242], dbest remains unsatisfied. Glacier Law LLP will keep the Court informed and will address other measures taken by Glacier Law LLP in the periodic status report.

Dbest continues to demand Glacier Law LLP to pay for the storage fees and costs associated with the turn-over of the inventory. In fact, dbest has gone so fat as to file an *ex parte* application, seeking to hold Glacier Law LLP in contempt and sanctioning Glacier Law LLP for the combined value of the inventory in the U.S. and China. *See* Dkt. 244. Although this application was denied by the Court on May

25, 2023, it is anticipated that dbest may file another motion seeking similar relief. *See* Dkt. 245. Now, Glacier Law LLP files its own *ex parte* Application to avoid further delay. Specifically, Glacier Law LLP seeks clarification on the following matter:

By ordering GYT's attorney[2] to promptly take all measures to turn the inventory over, did the Court intend to hold Glacier Law LLP liable for the costs incurred in storage and transportation of the inventory?

Glacier Law LLP respectfully seeks guidance because the Court's clarification may narrow or otherwise resolve the unnecessary debate remained in this matter.

| | |
|---|---|
| Date: 5/26/2023 | /s/ Tianyu Ju |
| | Tianyu Ju, Esq. |
| | iris.ju@glacier.law |
| | **Glacier Law LLP** |

---

[2] Glacier Law LLP filed motion to withdraw as counsel on May 10, 2023. *See* Dkt. 239 This motion is pending.

GLACIER LAW LLP'S NOTICE OF EX PARTE APPLICATION AND EX PARTE APPLICATION FOR CLARIFICATION

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th of May 2023, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record.

Date: 5/26/2023

/s/ Tianyu Ju
Tianyu Ju, Esq.
iris.ju@glacier.law
**Glacier Law LLP**