# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGZHOU YUCHEN TRADING CO., LTD., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> DBEST PRODUCTS, INC., <br><br> Defendant/Counterclaim Plaintiff. | Case No. 2-21-cv-04758-JVS-JDE <br><br> **[PROPOSED] ORDER** |

The matter before the Court is Glacier Law LLP's *ex parte* Application for Clarification. After full consideration of the Application, all other matters presented to this Court, IT IS HEREBY ORDERED that:

Glacier Law LLP is not liable for the costs incurred in storage and transportation of the inventory.

Dated: _____, 2023       _____
                                   Hon. James V. Selna
                                   United States District Court
                                   Central District of California