1
2
3
4
5
6
7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10  **SOUTHERN DIVISION**

11

12  **DBEST PRODUCTS, INC.**, a
California corporation,

13          Plaintiff

14  v.

15  **GUANGZHOU YUCHENG**
16  **TRADING CO., LTD.**, a foreign
limited liability company,

17

18          Defendant,

19

20

21

22

23

24

Case No.: 2:21-cv-04758-JVS-JDE

**ORDER ENTERING FINAL JUDGMENT**

1. Pursuant to Dkts. 133, 191 and 212, judgment of willful infringement of U.S. Patent No 9,233,700 ("the '700 Patent") is entered against Defendant Guangzhou Yucheng Trading Co. and in favor of Plaintiff dbest products, Inc. ("dbest") on dbest's claim for infringement.

2. Pursuant to Dkt. 236, an award to dbest is entered, including $1,389,408 representing treble damages for willful infringement; its reasonable attorney's fees of $692,461.40; its reasonable costs of $70,047.07; and prejudgment interest of $38,995 as of March 16, 2023.

3. Further pursuant to Dkt. 236, the Court **PERMANENTLY ENJOINS** GYT, its officers, agents, associates, affiliates, employees, attorneys, and all others acting in concert or participation with them, from, directly or indirectly:

(i) making, using, selling, offering for sale, and/or importing the shopping carts that infringe the '700 Patent, as depicted below:

 





(ii) making, using, selling, offering for sale, and/or importing the following infringing shopping carts sold on Amazon.com under the ASINs B07T63S2WP, B07B4XSW9L, B08CX9VXPT and B08JYB8MB4 into the United States; and

(iii) selling and offering for sale the infringing shopping carts on Amazon.com and Walmart.com through any and all seller accounts, including the seller accounts for WINKEEP, WINIBEST, WILBEST, LENBEST, POPOLIC, BOVN, AMOETES, and STARRYBB, ROYI, FLYFUN, TEEHON, CAPER BROS. and TOMSER.

4. Plaintiff dbest is the prevailing party.

5. This case is exceptional under 35 U.S.C. § 285.

6. All claims of the parties in this action have been adjudicated or dismissed and all post-trial motions have been adjudicated.

7. Pursuant to Dkt. 236, Plaintiff dbest is entitled to post-judgment interest on all foregoing amounts, at a rate of 4.57 percent representing the rate equal to the weekly average 1-year constant maturity Treasury yield for the calendar week preceding the date of judgment, per 28 U.S.C. § 1961.

8. This order is without prejudice to dbest's right to seek attorneys' fees and costs incurred after March 16, 2023.

The Clerk is directed to enter this Judgment.

**IT IS SO ORDERED**

Dated: August 02, 2023

James V. Selna
United States District Judge