# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGZHOU YUCHENG TRADING CO., LTD., a foreign limited liability company,<br><br>　　Plaintiff and counterdefendant,<br><br>　　vs.<br><br>DBEST PRODUCTS, INC., a California corporation,<br><br>　　Defendant and counterclaimant.<br><br>AND RELATED CROSS-ACTION. | Case No.: 2:21-cv-04758-JVS-JDE<br><br>**JUDGMENT RE: SECOND MOTION FOR ASSIGNMENT ORDER**<br><br>**[DKT. 275, 276]** |

# JUDGMENT

On January 1, 2024, Defendant, Counterclaimant, and Judgment Creditor DBEST PRODUCTS, INC. ("Creditor") filed against GUANGZHOU YUCHENG TRADING CO., LTD. ("Debtor") a [First] Motion ("First Motion") for Assigning Property Due and of Judgment Debtor to Judgment Creditor in connection with Debtor's activities on Amazon Canada. (Dkt. No. 271.) On February 23, 2024, the Court entered an order ("First Order") granting the First Motion. (Dkt. No. 274.)

On May 9, 2024, Creditor filed a [Second] Motion ("Second Motion") for Order Assigning Property Due and of Judgment Debtor to Judgment Creditor. (Dkt. No. 275.) On May 31, 2024, the Court entered an order ("Second Order") granting the Second Motion.

The Second Order grants the Second Motion's two requests for relief—assignment and restraint. Specifically, the Second Order "assigns DBest the rights to payments made from Amazon and Walmart in the United States and worldwide to Guangzhou to satisfy the remaining amount due on the judgment, $2,295,955.17." (Id. at 4.) It also "restrain[s] Guangzhou from assigning rights to payments." (Id. at 6.) The Court also ordered Creditor to submit a proposed judgment consistent with the Order. (Id.)

Having considered the First Motion and Second Motion, the supporting memoranda of points of authorities, the supporting declarations, and the proposed judgment, the COURT HEREBY ENTERS JUDGMENT AS FOLLOWS:

1. The Court finds Creditor owning a judgment in the principal amount of $2,295,955.17 ("Creditor's Judgment") against Debtor.

2. All of Debtor's rights to payments from Amazon.com, Inc. and its related entities, affiliates and subsidiaries worldwide (collectively, "Amazon"), shall be assigned directly to Creditor until Creditor's Judgment is satisfied ("Amazon Assignments"). This Judgment is binding on Amazon, and Amazon shall comply with the Judgment.

3. All of Debtor's rights to payments from Walmart Inc. ("Walmart") shall be assigned directly to Creditor until Creditor's Judgment is satisfied ("Walmart Assignments"). This Judgment is binding on Walmart, and Walmart shall comply with the Judgment.

4. Mail service is appropriate for the Amazon Assignments and Walmart Assignments (collectively, the "Assignments"). That is, the Assignments are effective, enforceable, live, operative, valid, etc. upon this Judgment's service by mail. (See e.g., Second Order at 5.)

5. The Assignments shall be made monthly payable by wire transfer to Creditor, c/o Chora Young & Manasserian LLP, Attention: Paul P. Young, at 650 Sierra Madre Villa Avenue, Suite 304, Pasadena, California 91107. Bank information is obtainable from Creditor's attorneys of record.

6. Debtor is restrained from assigning or otherwise disposing of the rights in the Assignments ("Restraining Order").

7. Mail service is not appropriate for the Restraining Order. That is, the Restraining Order is effective, enforceable, live, operative, valid, etc. upon this Judgment's personal service. (See e.g., Second Order at 5–6.)

The Judgment on the Assignments shall remain in full force and effect until Creditor's Judgment is paid in full, including without limitation costs incurred and interest accrued, or until further order by this Court.

**NOTICE IS HEREBY GIVEN THAT FAILURE TO COMPLY WITH THIS ORDER BY THE JUDGMENT DEBTOR AND/OR NOTICED THIRD PARTY OBLIGORS AMAZON AND WALMART, INCLUDING THEIR AFFILIATES, SUBSIDIARIES, PRINCIPALS, EMPLOYEES, AGENTS, MANAGERS, PARTNERS, MEMBERS OR REPRESENTATIVES, MAY SUBJECT THEM TO SANCTIONS AND/OR CONTEMPT OF COURT.**

//
//

**IT IS SO ORDERED.**

Dated: June 27, 2024

_____
Honorable James V. Selna
United States District Judge