# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GUANGZHOU YUCHENG TRADING CO., LTD., et al.

Plaintiff(s)

v.

DBEST PRODUCTS, INC., et al.

Defendant(s)

CASE NUMBER

2:21-cv-04758-JVS-JDE

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

☐ The Court hereby orders that the request of:

_____ ☐ Plaintiff ☐ Defendant ☐ Other _____
*Name of Party*

☐ to substitute _____ who is

☐ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

_____
*Street Address*

_____  _____
*City, State, Zip*  *E-Mail Address*

_____  _____  _____
*Telephone Number*  *Fax Number*  *State Bar Number*

as attorney of record instead of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

is hereby ☐ GRANTED  ☐ DENIED

☒ The Court hereby orders that the request of Paul P. Young (paul@cym.law) and Nikko S. Stevens (nikko@cym.law)
*List **all** attorneys from same firm or agency who are withdrawing.*

of CHORA YOUNG & MANASSERIAN LLP

to withdraw as attorney of record for DBEST PRODUCTS, INC.

**is hereby** ☐ GRANTED  ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge