Ehab M. Samuel (SBN 228296)
esamuel@orbitip.com
David A. Randall (SBN 156722)
dave@orbitip.com
**ORBIT IP, LLP**
620 Newport Center Dr., Suite 1100
Newport Beach, CA 92660
Tel.: (310) 887-1333
Fax: (310) 887-1334

Attorneys for Defendant, Counterclaimant, and Judgment Creditor
DBEST PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGZHOU YUCHENG TRADING CO., LTD., a foreign limited liability company,<br><br>Plaintiff and counterdefendant,<br><br>vs.<br><br>DBEST PRODUCTS, INC., a California corporation,<br><br>Defendant and counterclaimant.<br><br>AND RELATED CROSS-ACTION. | Case No.: 2:21-cv-04758-JVS-JDE<br><br>**DECLARATION OF EHAB M. SAMUEL IN SUPPORT OF DBEST PRODUCTS, INC.'S MOTION TO MODIFY JUDGMENT AND FOR RESTRAINING ORDER**<br><br>**Hearing Date and Time:**<br><br>Date: October 7, 2024<br>Time: 1:30 p.m.<br>Ctrm: 10C |

I, Ehab M. Samuel, declare as follows:

1. I am an attorney licensed to practice in all courts of this State, a member in good standing of the bar of this Court, and a partner at Orbit IP, LLP, in Los Angeles, California. I am one of the attorneys of record for dbest products, Inc. ("dbest") in this matter. Unless otherwise stated, I have personal knowledge of the facts set forth herein.

2. On June 27, 2024, the court entered judgment assigning payments from Debtor's sales on Amazon and Walmart, pursuant to Cal. Civ. P. § 708.510. (Dkt. 279, "Assignment Judgment").

3. Subsequently, I served the Assignment Judgment on Amazon.

4. Amazon informed me that it conducted a good faith search for accounts registered to Judgment Debtor Guangzhou Yucheng Trading Co., Ltd. and that to comply with the order on U.S. seller accounts, it needs a Court order that specifically identifies the Seller IDs subject to the order.

5. The Seller ID is a unique code that Amazon incorporates in the URL domain for each seller account.

6. For example, as shown in the excerpt below from the Winkeep storefront page on Amazon, the seller ID for Winkeep is AE9PH4ZE4QQ88.



1  7. Attached as **Exhibit A** is a true and correct copy of the DENMOSITY
2  storefront page on Amazon, identifying the associated Seller ID as
3  A2NAIZBTG2QA1A.
4  8. Attached as **Exhibit B** is a true and correct copy of the ROYI storefront
5  page on Amazon, identifying the associated Seller ID as AION4MBMNOSQ1.
6  9. Attached as **Exhibit C** is a true and correct copy of the BOVN
7  storefront page on Amazon, identifying the associated Seller ID as
8  A6R316QP8BTIN.
9  10. Attached as **Exhibit D** is a true and correct copy of the WINKEEP
10  storefront page on Amazon, identifying the associated Seller ID as
11  AE9PH4ZE4QQ88.
12  11. Attached as **Exhibit E** is a true and correct copy of the LENBEST
13  storefront page on Amazon, identifying the associated Seller ID as
14  A3NFM96JAPV6XO.
15  12. Attached as **Exhibit F** is a true and correct copy of the STARYBB
16  storefront page on Amazon, identifying the associated Seller ID as
17  A3ASETZ0SO899U.
18  13. Attached as **Exhibit G** is a true and correct copy of the AMAOTES
19  storefront page on Amazon, identifying the associated Seller ID as
20  A3OLKHHYEAFQP8.
21  14. Attached as **Exhibit H** is a true and correct copy of the TOOFA
22  storefront page on Amazon, identifying the associated Seller ID as
23  ASITJ7ZWNEJND.
24

15. Attached as **Exhibit I** is a true and correct copy of the VSGSBDGDFW storefront page on Amazon, identifying the associated Seller ID as A1AOAMUXNKJBVN.

16. Attached as **Exhibit J** is a true and correct copy of the AFTCURTAINS storefront page on Amazon, identifying the associated Seller ID as A2MFF1ZVUVT3VL.

17. The Seller IDs identified above and in Exhibits A through J are summarized in the table below:

| Seller Account Name | Seller I.D. |
|---|---|
| DENMOSITY | A2NAIZBTG2QA1A |
| ROYI | AION4MBMNOSQ1 |
| BOVN | A6R316QP8BTIN |
| WINKEEP | AE9PH4ZE4QQ88 |
| LENBEST | A3NFM96JAPV6XO |
| STARYBB | A3ASETZ0SO899U |
| AMAOTES | A3OLKHHYEAFQP8 |
| TOOFA | ASITJ7ZWNEJND |
| VSGSBDGDFW | A1AOAMUXNKJBVN |
| AFTCURTAINS | A2MFF1ZVUVT3VL |

18. Attached as **Exhibit K** is a true and correct copy of a screenshot from a webpage on Amazon's online marketplace for seller account TOOFA selling a ROYI product, which is one of the brands that the jury associated with Debtor at trial. Exhibit K includes red box annotations to call out the seller account name TOOFA as well as the ROYI brand and product.

19. Attached as **Exhibit L** is a true and correct copy of a webpage on Amazon's online marketplace for seller account VSGSBDGDFW selling a WILBEST product, which is one of the brands that the jury associated with Debtor at trial. Exhibit L includes red box annotations to call out the seller account name VSGSBDGDFW as well as the WILBEST brand and product.

20. Attached as **Exhibit M** is a true and correct copy of a webpage on Amazon's online marketplace for seller account AFTCURTAINS selling a FLYFUN product, which is one of the brands that the jury associated with Debtor at trial. Exhibit M includes red box annotations to call out the seller account name AFTCURTAINS as well as the FLYFUN brand.

21. To effectively address Debtor's ongoing game of Whac-A-Mole, which will invariably result in a new Seller ID each time Debtor creates a new seller account on Amazon, Amazon requested a Court-approved procedure, that adheres to the jury's finding and the Court's judgment, while allows for supplementing the judgment with Debtor's new Seller IDs on an ongoing basis.

22. Creditor and Amazon agreed to the following supplementation procedure, subject to the Court's approval:

    a. Creditor shall file a declaration identifying the new Seller I.D. with evidence supporting association of the Debtor to the new Seller I.D.

    b. Debtor or anyone operating the new Seller Account will have one-week from issuance of the notice to file objections with the Court.

    c. Amazon agreed that, upon receiving the declaration from Creditor, it will: (a) freeze the funds in the new Seller Account, and (b) notify the Seller Account holder of the right to object.

    d. If no objections are filed, Amazon will release the funds to Creditor.

  e. If objections are filed, Creditor will have one-week to file a response to the objections, and the Court would issue a ruling as to the new Seller I.D. The funds will remain withheld until such time the Court issues a ruling on the objections.

23. Amazon has temporarily frozen the funds for the above Seller Accounts pending the Court's decision on Creditor's Motion to Modify the Assignment Judgment. The current amount in the accounts subject to the Court's Assignment Judgment is only $40,812.61.

24. On September 4, 2024, Amazon's counsel notified me that when Amazon placed a hold on the funds for the above Seller Accounts, Debtor complained and presented Amazon with the Court's Order Denying Appointment of Limited Receiver, which had no bearing on assignment of payments received in Debtor's accounts.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: September 9, 2024

            /s/ Ehab M. Samuel
            Ehab M. Samuel