# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGZHOU YUCHENG TRADING CO., LTD., a foreign limited liability company,<br><br>Plaintiff and counterdefendant,<br><br>vs.<br><br>DBEST PRODUCTS, INC., a California corporation,<br><br>Defendant and counterclaimant.<br><br>AND RELATED CROSS-ACTION. | Case No.: 2:21-cv-04758-JVS-JDE<br><br>**AMENDED JUDGMENT RE: ASSIGNMENT AND RESTRAINING ORDER** |

# AMENDED JUDGMENT

On January 1, 2024, Defendant, Counterclaimant, and Judgment Creditor DBEST PRODUCTS, INC. ("Creditor") filed against GUANGZHOU YUCHENG TRADING CO., LTD. ("Debtor") a [First] Motion ("First Motion") for Assigning Property Due and of Judgment Debtor to Judgment Creditor in connection with Debtor's activities on Amazon Canada. Dkt. 271. On February 23, 2024, the Court entered an order ("First Order") granting the First Motion. Dkt. 274.

On May 9, 2024, Creditor filed a [Second] Motion ("Second Motion") for Order Assigning Property Due and of Judgment Debtor to Judgment Creditor. Dkt. 275. On May 31, 2024, the Court entered an order ("Second Order") granting the Second Motion.

The Second Order grants the Second Motion's two requests for relief—assignment and restraint. Specifically, the Second Order "assigns DBest the rights to payments made from Amazon and Walmart in the United States and worldwide to Guangzhou to satisfy the remaining amount due on the judgment, $2,295,955.17." *Id*., p. 4 of 6. It also "restrain[s] Guangzhou from assigning rights to payments." *Id*., p. 6. The Court also ordered Creditor to submit a proposed judgment consistent with the Order. *Id.* On June 27, 2024, the Court adopted and entered judgment, as proposed. Dkt. 279.

Creditor's Motion to Modify Judgment and For Restraining Order came on for hearing on October 7, 2024. Having considered this Motion, the supporting memoranda of points of authorities, the supporting declarations, and the proposed judgment, the COURT HEREBY ENTERS JUDGMENT AS FOLLOWS:

1. The Court finds Creditor owning a judgment in the principal amount of $2,295,955.17 ("Creditor's Judgment") against Debtor.

2. All of Debtor's rights to payments from Amazon.com, Inc. and its related entities, affiliates and subsidiaries worldwide (collectively, "Amazon"), shall be assigned directly to Creditor until Creditor's Judgment is satisfied ("Amazon

Assignments"), including each of Debtor's Seller IDs identified in the table below:

| Seller Account Name | Seller I.D. |
|---|---|
| DENMOSITY | A2NAIZBTG2QA1A |
| ROYI | AION4MBMNOSQ1 |
| BOVN | A6R316QP8BTIN |
| WINKEEP | AE9PH4ZE4QQ88 |
| LENBEST | A3NFM96JAPV6XO |
| STARYBB | A3ASETZ0SO899U |
| AMAOTES | A3OLKHHYEAFQP8 |
| TOOFA | ASITJ7ZWNEJND |
| VSGSBDGDFW | A1AOAMUXNKJBVN |
| AFTCURTAINS | A2MFF1ZVUVT3VL |

Creditor may supplement this list, and shall be deemed to be part of this Amended Judgment, in accordance with the following procedure:

a. Creditor shall file a declaration identifying any new Seller I.D. with evidence supporting association of the Debtor to the new Seller I.D.

b. Debtor or anyone operating the new Seller Account will have one-week from issuance of the notice to file objections with the Court.

c. Amazon, upon receiving the declaration from Creditor, will: (a) freeze the funds in the new Seller Account, and (b) notify the Seller Account holder of the right to object within one-week.

d. If no objections are filed, Amazon will release the funds to Creditor.

e. If objections are filed, Creditor will have one-week to file a response to the objections, and the Court would issue a ruling as to the new Seller I.D. The funds will remain withheld until such time the Court issues a ruling on the objections.

This Judgment is binding on Amazon and Amazon shall comply with the

Judgment.

3. All of Debtor's rights to payments from Walmart Inc. ("Walmart") shall be assigned directly to Creditor until Creditor's Judgment is satisfied ("Walmart Assignments"). This Judgment is binding on Walmart and Walmart shall comply with the Judgment.

4. Mail service is appropriate for the Amazon Assignments and Walmart Assignments (collectively, the "Assignments"). That is, the Assignments are effective, enforceable, live, operative, valid, etc. upon this Judgment's service by mail. (See e.g., Order at 5).

5. The Assignments shall be made payable by wire transfer to Creditor, c/o Orbit IP, LLP's IOLTA trust account or any other account for Creditor's benefit. Bank information is obtainable from Creditor's attorneys of record.

6. Debtor is restrained from assigning or otherwise disposing of the rights in the Assignments ("Restraining Order").

The Judgment on the Assignments shall remain in full force and effect until Creditor's Judgment is paid in full, including without limitation costs incurred and interest accrued, or until further order by this Court.

**NOTICE IS HEREBY GIVEN THAT FAILURE TO COMPLY WITH THIS ORDER BY THE JUDGMENT DEBTOR AND/OR NOTICED THIRD PARTY OBLIGORS AMAZON AND WALMART, INCLUDING THEIR AFFILIATES, SUBSIDIARIES, PRINCIPALS, EMPLOYEES, AGENTS, MANAGERS, PARTNERS, MEMBERS OR REPRESENTATIVES, MAY SUBJECT THEM TO SANCTIONS AND/OR CONTEMPT OF COURT.**

**IT IS SO ORDERED.**

Dated: October 15, 2024

_____
Honorable James V. Selna
United States District Judge